IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **PHILADELPHIA COUNTY BOARD OF ELECTIONS,** : <br> Defendant. : | Civ. No. 20-5533 |

# O R D E R

**AND NOW**, this 5th day of November, 2020, it is hereby **ORDERED** that a hearing shall be held at the Eastern District of Pennsylvania, 601 Market St, Philadelphia, PA 19106 at 5:30 PM today to consider the Plaintiff's Motion for an Emergency Injunction. (Doc. No.1.)

Plaintiff shall ensure that Defense counsel is provided with a copy of the Complaint (Doc. No. 1.) and this Order forthwith.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.