# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 20-5533 |
| : | |
| **PHILADELPHIA COUNTY BOARD OF ELECTIONS,** : | |
| Defendant. : | |

# <u>O R D E R</u>

As stated during today's Emergency Injunction Hearing, in light of the Parties' agreement, Plaintiff's Motion (Doc. No. 1) is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.
