```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3
       DONALD J. TRUMP FOR            : CIVIL ACTION NUMBER
 4     PRESIDENT, INC.                :
                                      :
 5                                    :
           VERSUS                     :
 6                                    :
       PHILADELPHIA COUNTY BOARD      :
 7     OF ELECTIONS                   :  20-5533

 8
                          JAMES A. BYRNE U.S. COURTHOUSE
 9                        THURSDAY, NOVEMBER 5, 2020
                          COMMENCING AT 5:30 P.M.
10                        PHILADELPHIA, PA 19106

11     _____
                 BEFORE THE HONORABLE PAUL S. DIAMOND, J.
12     _____

13          HEARING:  MOTION FOR EMERGENCY INJUNCTION

14
       APPEARANCES:
15
       JEROME MARCUS, ESQUIRE
16     P.O.BOX 212
       MERION STATION, PA 19066
17     JMARCUS@MARCUSLAW.US

18
       COUNSEL FOR PLAINTIFF
19

20              SUZANNE R. WHITE, RPR, FCRR, CM
                  OFFICIAL COURT REPORTER
21                 2609 U. S. COURTHOUSE
                    601 MARKET STREET
22               PHILADELPHIA, PA 19106
                    (215)299-7252
23

24
       PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
25     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

```
 1     CONTINUED APPEARANCES:

 2     ROBERT A. WIYGUL, ESQUIRE
       HANGLEY ARONCHICK SEGAL
 3     PUDLIN AND SCHILLER ESQUIRE
       ONE LOGAN SQUARE 27TH FLOOR
 4     PHILADELPHIA, PA 19103

 5     COUNSEL FOR DEFENDANT

 6
       MEGHAN CLAIBORNE, ESQUIRE
 7     BENJAMIN FIELD, ESQUIRE
       ONE PARKWAY BUILDING
 8     1515 ARCH STREET
       PHILADELPHIA PA 19102
 9
       COUNSEL FOR DEFENDANT
10
       ADAM BONIN, ESQUIRE
11     121 S. BROAD STREET
       SUITE 400
12     PHILADELPHIA, PA 19107

13     COUNSEL FOR DEFENDANT

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    (CLERK OPENS COURT.)

2                    THE COURT:  GOOD EVENING, EVERYBODY.

3    PLEASE BE SEATED.

4                    WHAT I WOULD REQUEST IS THAT IF YOU FEEL

5    COMFORTABLE DOING IT, WHEN YOU SPEAK, YOU DON'T NEED TO

6    STAND UP.  BUT IF YOU SPEAK INTO THE MICROPHONE, AND IF

7    YOU COULD, IF YOU FEEL COMFORTABLE DOING IT, PULL YOUR

8    MASK DOWN AS I'M DOING NOW, BECAUSE IT'S VERY HARD TO

9    UNDERSTAND SOMEBODY WHEN HE OR SHE IS SPEAKING THROUGH A

10   MASK.

11                   I GATHER THERE IS A VIDEO HOOKUP TO 15B

12   FOR THE MEDIA AND THAT THERE IS ALSO A CALL-IN NUMBER.

13                   MR. MARCUS IS HERE ON BEHALF OF THE

14   PLAINTIFF.  IS THAT RIGHT?

15                   MR. MARCUS:  YES, SIR.

16                   THE COURT:  YOU DON'T NEED TO STAND UP,

17   AGAIN, IF YOU CAN SPEAK INTO THE MICROPHONE.  IF YOU'RE

18   COMFORTABLE WITHOUT YOUR MASK ON.

19                   AND MR. WIYGUL, MS. CLAIBORNE AND

20   MR. FIELD ARE HERE FOR THE BOARD OF ELECTIONS.

21                   IS THAT RIGHT?

22                   MR. WIYGUL:  YES, YOUR HONOR.

23                   THE COURT:  NICE TO SEE YOU AGAIN,

24   MR. WIYGUL.

25                   MR. MARCUS.  WELL, YOU HAVE YOUR

1      EMERGENCY HEARING.

2                    WHAT DO YOU HAVE TO SAY ABOUT IT?

3                    MR. MARCUS:  FIRST OF ALL, THANK YOU VERY

4      MUCH, YOUR HONOR, FOR HEARING US ON SUCH SHORT NOTICE.

5                    YOUR HONOR, THERE WAS AN ORDER ENTERED BY

6      THE COMMONWEALTH COURT IN PENNSYLVANIA THIS MORNING AT

7      AROUND 9:30 THAT MANDATED THAT MY CLIENT AND VOLUNTEERS

8      WORKING FOR MY CLIENT BE GIVEN ACCESS TO THE COUNTING

9      ROOM WHERE ABSENTEE AND MAIL-IN BALLOTS WERE BEING --

10                   THE COURT:  A LITTLE LOUDER AND INTO THE

11     MICROPHONE, PLEASE.

12                   MR. MARCUS:  AN ORDER ENTERED BY THE

13     COMMONWEALTH COURT THIS MORNING, YOUR HONOR, MANDATING

14     THAT VOLUNTEERS WORKING AND PAPERS NOW WORKING WITH AND

15     FOR MY CLIENT, THE TRUMP CAMPAIGN, BE GIVEN ACCESS TO

16     THE ROOM AT THE CONVENTION CENTER IN WHICH ABSENTEE AND

17     MAIL-IN BALLOTS WERE BEING COUNTED.  THAT ORDER HAS BEEN

18     STUDIOUSLY DISOBEYED ALL DAY LONG.  I WILL PUT ON

19     TESTIMONY FROM THE GENTLEMAN WHO IS SITTING HERE, JEREMY

20     MERCER, WHO IS AN OFFICIAL WITH THE CAMPAIGN.  AND I CAN

21     PRODUCE AS LONG A PARADE AS THE COURT WOULD LIKE OF

22     VOLUNTEERS WHO WILL TESTIFY THAT THEY SHOWED UP AND

23     WANTED TO VOLUNTEER, THEIR NAMES WERE ON THE APPROPRIATE

24     LISTS, THEY HAD BEEN TOLD THAT THEIR NAMES HAD BEEN SENT

25     IN THE APPROPRIATE WAY, AND THEY WERE SIMPLY LEFT

1      TWIDDLING THEIR THUMBS FOR HOURS UNTIL IT BECAME CLEAR

2      THAT THEY WERE NOT GOING TO BE ADMITTED TO THE ROOM.

3      AND THEREFORE, THERE WAS NOT ADEQUATE ACCESS TO THE ROOM

4      WHERE THIS COUNTING WAS GOING ON.

5              SO THAT IS THE PROBLEM THAT WE HAVE

6      BROUGHT TO YOUR HONOR THIS EVENING.

7              THE COURT:  MR. WIYGUL.

8              MR. WIYGUL:  THANK YOU, YOUR HONOR.  WE

9      BELIEVE THE MOTION, WHICH AS WE UNDERSTAND IT IS -- I

10     THINK IT'S A ONE-PAGE DOCUMENT STYLED AS A COMPLAINT.

11             THE COURT:  LET'S BE FAIR, IT'S A PAGE

12     AND A QUARTER.

13             MR. WIYGUL:  IT'S A PAGE AND A QUARTER,

14     YOUR HONOR.  I BELIEVE IT'S STYLES BOTH A COMPLAINT AND

15     A MOTION FOR A TEMPORARY RESTRAINING ORDER.  WE BELIEVE

16     THAT IT IS FATALLY FLAWED FOR BOTH LEGAL AND FACTUAL

17     REASONS.  WE DON'T THINK YOUR HONOR ACTUALLY NEEDS TO

18     REACH THE FACTUAL QUESTIONS.

19             I'M HAPPY TO START BY GIVING JUST AN

20     OVERVIEW OF THE LEGAL FLAWS.  AS I HEARD MR. MARCUS

21     EXPLAIN THEIR CONTENTION, THEY ARE SEEKING AN ORDER, I

22     PRESUME AN INJUNCTIVE ORDER OF SOME SORT, FROM THE

23     FEDERAL DISTRICT COURT TO ENFORCE A STATE COURT ORDER.

24             AND THAT IS NOT APPROPRIATE PROCEDURALLY.

25     THEY HAVE REMEDIES IN STATE COURT.  I WOULD ALSO ADD, WE

1    BELIEVE THAT MR. MARCUS'S CHARACTERIZATION OF THE STATE

2    COURT PROCEEDINGS IS INCORRECT.   THERE WAS AN ORDER

3    ISSUED BY THE COMMONWEALTH COURT THIS MORNING AS HE

4    NOTED.   THE PHILADELPHIA BOARD OF ELECTIONS THEN

5    PROMPTLY FILED A PETITION FOR ALLOWANCE OF APPEAL TO THE

6    PENNSYLVANIA SUPREME COURT FROM THAT ORDER.

7              AND UNDER PENNSYLVANIA PROCEDURAL RULES,

8    THE FILING OF THAT PETITION OPERATES AS AN AUTOMATIC

9    SUPERSEDEAS OF THE COMMONWEALTH COURT ORDER DURING THE

10   PENDENCY OF THE PETITION, WHICH, AS FAR AS I KNOW, IS

11   STILL PENDING BEFORE THE PENNSYLVANIA SUPREME COURT.

12   THEY ORDERED BRIEFING ON THAT, AND I BELIEVE BRIEFING

13   WAS COMPLETED AROUND THE MIDDLE OF THE AFTERNOON.

14              THE COURT:   WELL, LET ME BACK UP FOR JUST

15   A MINUTE.

16              ARE PEOPLE BEING KEPT OUT OF THE ROOM?

17              MR. WIYGUL:   THANK YOU, YOUR HONOR, NO.

18   AND MY COLLEAGUE CAN ADDRESS MORE OF THE DETAILS OF THE

19   FACTS, BUT IT IS MY UNDERSTANDING THAT PEOPLE HAVE NEVER

20   BEEN KEPT OUT OF THE ROOM.   AND, IN FACT, NOT

21   WITHSTANDING THE EFFECTIVE STAY OF THE COMMONWEALTH

22   COURT ORDER, WE BELIEVE WE HAVE BEEN COMPLYING WITH ITS

23   TERMS SINCE IT WAS ENTERED.

24              THE COURT:   IF WE CAN BE A LITTLE LESS

25   ABSTRACT.   HOW BIG IS THE ROOM?

1                    MS. CLAIBORNE:  MEGHAN CLAIBORNE FOR THE

2     CITY OF PHILADELPHIA.

3                    THE COURT:  NICE TO SEE YOU.

4                    MS. CLAIBORNE:  NICE TO SEE YOU TOO, YOUR

5     HONOR.

6                    THE ACTUAL DIMENSIONS OF THE ROOM?

7                    THE COURT:  IS IT AS BIG AS THIS

8     COURTROOM?

9                    MS. CLAIBORNE:  I WOULD SAY IT'S TEN

10    TIMES LARGER THAN THE COURTROOM AT A MINIMUM.

11                   THE COURT:  TEN TIMES BIGGER.  HOW MANY

12    PEOPLE ARE DOING THE COUNTING?

13                   MS. CLAIBORNE:  150.

14                   THE COURT:  AND ARE OBSERVERS BEING

15    ALLOWED IN TO WATCH THE COUNTING?

16                   MS. CLAIBORNE:  ABSOLUTELY, YOUR HONOR.

17    AND WE DO HAVE ONE OF THE STAFF WHO WAS PRESENT ALL DAY

18    HERE TO CONFIRM THAT.

19                   THE COURT:  LET ME BACK UP A LITTLE MORE,

20    MR. MARCUS.  I CAN'T REVIEW A STATE COURT ORDER.

21                   MR. MARCUS:  WE ARE NOT ASKING THE COURT

22    TO ORDER A STATE COURT ORDER, YOUR HONOR.

23                   THE COURT:  IT KIND OF SOUNDS LIKE YOU

24    ARE.  I KNOW YOU INVOKED 1983 AND DUE PROCESS THE 14TH

25    AMENDMENT.  WHAT CONSTITUTIONAL RIGHT OF WHOM IS BEING

1   INFRINGED?

2                   MR. MARCUS:  BOTH THE -- WELL, TO START

3   WITH, THE CAMPAIGN IS RIPE TO BE PRESENT.  CAMPAIGN --

4                   THE COURT:  UNDER WHAT PROVISION OF

5   FEDERAL LAW OR THE CONSTITUTION?

6                   MR. MARCUS:  THE DUE PROCESS CLAUSE AND

7   THE EQUAL PROTECTION CLAUSE, BOTH OF WHICH WERE AT ISSUE

8   IN BUSH V. GORE.  THE --

9                   THE COURT:  BOTH OF WHICH --

10                  MR. MARCUS:  -- WERE AT ISSUE IN BUSH V.

11  GORE.

12                  THE PLAINTIFF WAS THE CAMPAIGN IN THAT

13  CASE.

14                  THE ISSUE WAS THE FAIRNESS --

15                  THE COURT:  I REMEMBER.  I'M OLD ENOUGH.

16  YOU'RE SPEAKING IN GREAT GENERALITIES.  EQUAL

17  PROTECTION, DUE PROCESS, AND I ASK YOU WHAT -- HOW IS

18  THE CAMPAIGN BEING DENIED EQUAL PROTECTION?  WHAT --

19                  MR. MARCUS:  IT'S NOT.

20                  THE COURT:  IT'S NOT?

21                  MR. MARCUS:  EXCUSE ME, I WAS GOING TO

22  SAY, IT IS NOT BEING GIVEN EQUAL ACCESS TO THE COUNTING.

23  AND I THINK --

24                  THE COURT:  WHO IS GETTING BETTER ACCESS

25  OTHER THAN THE EMPLOYEES THEMSELVES?

1              MR. MARCUS:  REPRESENTATIVES OF THE

2    DEMOCRATIC PARTY.

3              THE COURT:  IS THAT TRUE, MS. CLAIBORNE?

4              MS. CLAIBORNE:  NO, YOUR HONOR.  AGAIN,

5    TO THE BEST OF OUR KNOWLEDGE, UNLESS THERE WERE --

6              THE COURT:  "TO THE BEST OF MY KNOWLEDGE"

7    AND "AS FAR AS I KNOW" REALLY WON'T WORK TONIGHT.

8              MS. CLAIBORNE:  NO, YOUR HONOR.  NOT A

9    SINGLE OBSERVER.  TO THE EXTENT THAT AN OBSERVER WAS NOT

10   COMPORTING WITH THE RULES, I BELIEVE THAT AT LEAST ONE

11   INDIVIDUAL WAS REMOVES BECAUSE THEY WERE BEHAVING

12   INAPPROPRIATELY, TO THE EXTENT THAT THEY WEREN'T

13   SOCIALLY DISTANCING OR ANY OTHER ISSUE --

14             THE COURT:  HOW CLOSE ARE THE OBSERVERS

15   GENERALLY ALLOWED TO GET TO THE COUNTERS?

16             MS. CLAIBORNE:  THAT WAS AT ISSUE TODAY.

17   THERE WAS AN ORDER TOO THIS MORNING THAT THEY BE WITHIN

18   SIX FEET.  WE SHUT DOWN ALL OF OUR CANVASSING ACTIVITIES

19   EXCEPT FOR THE FIRST ROW CLOSEST TO THE BARRICADE.  WE

20   MOVED THE BARRICADE UP.  MS. STEPHANIE REID IS HERE TO

21   TESTIFY WE GOT A TAPE MEASURE, WE MEASURED OUT SIX FEET

22   AND THEY WERE ALLOWED TO STAND AT THE BARRICADE.

23             THE COURT:  IT'S OKAY.  I'M NOT A LAND

24   SURVEYOR.  I JUST WANTED TO KNOW.

25             MR. MARCUS, I'LL GRANT YOU, IF THERE WERE

1    A COMPLETELY IRRATIONAL DECISION THAT PEOPLE WHO WERE, I

2    DON'T KNOW, UNDER FIVE FEET OR OVER FIVE FEET AREN'T

3    ALLOWED TO OBSERVE OR PEOPLE OF A CERTAIN RACE OR

4    RELIGION ARE NOT ALLOWED TO OBSERVE, I'D STILL HAVE

5    TROUBLE FIGURING OUT WHAT THE CONSTITUTIONAL INJURY IS,

6    BUT AT LEAST THERE WOULD BE SOME SORT OF A

7    DISCRIMINATION.

8                    THEY'RE SAYING THAT YOUR PEOPLE ARE IN

9    THAT ROOM.  ARE THEY IN THAT ROOM OR NOT?  DOWN.

10                   MR. MARCUS:  DOWN.  THEY ARE NOT BEING

11   GIVEN EQUAL ACCESS TO THE ROOM.

12                   YOUR HONOR, I THINK --

13                   THE COURT:  EQUAL ACCESS IS REALLY -- ARE

14   THEY IN THE ROOM?

15                   MR. MARCUS:  THERE ARE NON -- THERE IS A

16   NONZERO NUMBER OF PEOPLE IN THE ROOM.  THEY ARE NOT

17   BEING GIVEN --

18                   THE COURT:  NONZERO NUMBER OF PEOPLE.

19   DON'T KNOW WHAT THAT IS EITHER.

20                   MR. MARCUS:  MAY I RESPECTFULLY MAKE A

21   SUGGESTION, YOUR HONOR?

22                   THE COURT:  SURE.

23                   MR. MARCUS:  THE OTHER SIDE AND WE HAVE

24   WHAT I THINK IS A FACTUAL DISAGREEMENT ABOUT WHAT'S

25   ACTUALLY GOING ON.

1                    THE COURT:  I'M ASKING YOU AS A MEMBER OF

2      THE BAR OF THIS COURT, ARE PEOPLE REPRESENTING THE

3      DONALD J. TRUMP FOR PRESIDENT, REPRESENTING THE

4      PLAINTIFF, IN THAT ROOM?

5                    MR. MARCUS:  YES.

6                    THE COURT:  I'M SORRY, THEN WHAT'S YOUR

7      PROBLEM?

8                    MR. MARCUS:  THEY'RE NOT BEING GIVEN

9      EQUAL ACCESS TO THE ROOM.  THEY'RE NOT BEING GIVEN

10     ACCESS TO -- THE FACTUAL REPRESENTATION THAT THEY WERE

11     WITHIN SIX FEET IS NOT ACCURATE, AS MY CLIENT WILL

12     TESTIFY.  THEY CAN'T SEE --

13                    THE COURT:  HOW MANY FEET ARE THEY AWAY?

14                    MR. MARCUS:  AT ALL TIMES, YOUR HONOR, A

15     DISTANCE GREATER THAN ONE COULD ACTUALLY SEE.  THE

16     DISTANCE VARIED BETWEEN 100 FEET AND 30 FEET.

17                    THE COURT:  ONE COULD ACTUALLY SEE WHAT?

18                    MR. MARCUS:  WHAT WAS ACTUALLY GOING ON.

19     THE PURPOSE OF HAVING THE OBSERVERS THERE IS SO THAT

20     THEY CAN OBSERVE THE OPENING OF INDIVIDUAL BALLOTS, THE

21     CHECKING OF SIGNATURES, THE SECURITY --

22                    THE COURT:  YOU CAN'T SEE FROM 30 FEET IF

23     AN ENVELOPE IS BEING OPENED?  YOU'RE 30 FEET FROM ME

24     RIGHT NOW.

25                    MR. MARCUS:  CORRECT.

 1                    THE COURT:  YOU DON'T THINK I CAN -- AND

 2     BELIEVE ME, YOU WOULDN'T WANT ME PILOTING YOUR AIRCRAFT

 3     WITH THESE 67-YEAR OLD EYES, BUT I COULD SEE IF YOU WERE

 4     OPENING AN ENVELOPE AND LOOKING AT IT?

 5                    MR. MARCUS:  YOU COULD SEE IF I WAS

 6     OPENING AN ENVELOPE.

 7                    THE COURT:  WHAT MORE DO THEY HAVE TO DO?

 8     THEY'RE NOT GOING TO BE ALLOWED TO STAND OVER THEIR

 9     SHOULDERS.

10                    MR. MARCUS:  NO.  BUT THEY HAVE TO BE

11     GIVEN THE RIGHT TO SEE THE SIGNATURE, TO SEE WHETHER THE

12     SIGNATURE MATCHES THE SIGNATURE IN THE BOOK, TO SEE --

13                    THE COURT:  THEY WOULD HAVE TO BE CLOSER

14     THAN SIX FEET TO DO THAT.

15                    MR. MARCUS:  THE RULE WAS SIX FEET.  SIX

16     FEET --

17                    THE COURT:  I UNDERSTAND.  BUT WE HAVE A

18     VIRUS OUT THERE THAT THERE HAVE TO BE MORE ROOM -- I'M

19     SORRY, THERE WOULD BE LESS ROOM THAN SIX FEET.  I DON'T

20     KNOW IF IT'S SAFE.

21                    MS. CLAIBORNE, MR. WIYGUL, AGAIN, I'M NOT

22     A LAND SURVEYOR, I DON'T KNOW THAT I HAVE JURISDICTION

23     TO HEAR THIS.  I JUST DECIDED WE SHOULD HAVE A HEARING

24     BECAUSE IT DOES SEEM TO ME THAT THE WHOLE THING IS GOING

25     TO BE MOOT IF WHAT I READ ON THE INTERNET IS CORRECT,

```
 1      WHICH IS THAT THE COUNT IS GOING TO BE COMPLETED

 2      SOMETIME SOON, WHATEVER THAT IS.

 3                   DOES THAT SOUND RIGHT, MS. CLAIBORNE?

 4                   MS. CLAIBORNE:  IT IS, YOUR HONOR.  BUT,

 5      I MEAN, I DO THINK IT IS IMPORTANT TO CORRECT THE

 6      FACTUAL RECORD THAT --

 7                   THE COURT:  I COULDN'T AGREE WITH YOU

 8      MORE.  AND I CAN HEAR TESTIMONY FROM SOMEONE WHO SAYS

 9      THEY ARE THIS MANY FEET AND THEN I'LL HEAR TESTIMONY

10      FROM SOMEONE ELSE THAT SAYS THEY'RE THIS MANY FEET.

11      REALLY, CAN WE BE RESPONSIBLE ADULTS HERE AND REACH AN

12      AGREEMENT AS TO HOW FAR ALL OBSERVERS, NOT JUST -- NOT

13      JUST MR. MARCUS'S CLIENTS, ALL OBSERVERS ARE ALLOWED TO

14      STAND?

15                   MR. CLAIBORNE:  WE ARE HAPPY TO DO THAT,

16      YOUR HONOR, BUT THAT HAS ALREADY BEEN ADDRESSED, AND WE

17      ARE IN COMPLIANCE.

18                   THE COURT:  THAT'S -- THAT'S --

19                   MR. CLAIBORNE:  WE ARE CERTAINLY HAPPY --

20      IF HE WANTS SIX FEET, WE'RE AGREEING TO SIX FEET, THAT'S

21      WHAT IT IS, WE WOULD ALLOW THAT TO CONTINUE GOING AND WE

22      WOULD REALLY HOPE THAT THE RECORD WOULD REFLECT THAT SO

23      THAT IS NO MISINTERPRETATION OF WHAT'S GOING ON, AND HE

24      DOESN'T WALK OUT OF HERE AND SAY THAT WE'RE KEEPING THEM

25      30 TO 100 FEET AWAY.  THEY ARE ALLOWED UP TO SIX FEET
```

1    AWAY AT THE BARRICADE, AND THAT'S HOW IT HAS BEEN ALL

2    DAY.

3              THE COURT:  I REALLY WOULD LIKE -- YOU'RE

4    A LAWYER, AND YOU DON'T HAVE THE AUTHORITY -- LOOK, YOU

5    MAY BE RUNNING THE CITY SOLICITOR'S OFFICE, I DON'T

6    KNOW, BUT YOU DON'T HAVE THE AUTHORITY TO TELL THE

7    PEOPLE WHERE TO STAND.  WHO DOES?  I WOULD LIKE A NAME.

8              MR. CLAIBORNE:  AT THIS POINT I WOULD SAY

9    THE COMMONWEALTH COURT WHICH HAS ALREADY ISSUED AN ORDER

10   TO THAT EFFECT TODAY, BUT WE CERTAINLY HAVE --

11             THE COURT:  I'M TRYING TO AVOID THE NEED

12   TO DO ANYTHING SIMPLY BY HAVING THE PARTIES REACH AN

13   AGREEMENT ON THE RECORD.

14             IF I WERE BROKERING A SETTLEMENT, WHICH

15   I'M NOT, WE WOULD HAVE SOMEBODY, SOME CLIENT

16   REPRESENTATIVE OTHER THAN A LAWYER.  WHO WOULD THAT BE?

17   THE HEAD OF THE BOARD OF ELECTIONS?

18             YES, MR. FIELD, NICE TO SEE YOU TOO.

19             MR. FIELD:  NICE TO SEE YOU TOO.  I DO

20   THAT ALL THE TIME.  IT'S AWKWARD IN THESE TIMES, YOUR

21   HONOR.  NICE TO SEE YOU.

22             SO I DO REPRESENT THE BOARD OF ELECTIONS.

23   AND THE BOARD IS A THREE MEMBER BOARD.  TO THE EXTENT

24   YOUR HONOR IS ASKING THE QUESTION IN TERMS OF THEIR

25   REGULATIONS --

1                    THE COURT:  NO.  I'M ASKING SOMEBODY WITH

2      DECISION-MAKING AUTHORITY TO SAY TO ME, THEY WILL -- TO

3      ME, MR. FEDERAL JUDGE, WE ARE GOING TO LET PEOPLE STAND

4      WITHIN X FEET.  SIX FEET HAPPENS TO BE THE NUMBER THAT

5      HAS BEEN PICKED I ASSUME BECAUSE THAT IS GENERALLY WHAT

6      YOU SEE IN EVERY SUPERMARKET AND EVERYWHERE YOU GO, THAT

7      IS CONSIDERED A SAFE DISTANCE MOSTLY.  IF IT'S TEN FEET,

8      IT'S TEN FEET.  WHATEVER IT IS, I WOULD LIKE SOMEONE TO

9      SAY TO ME, JUDGE, ANYONE WHO WANTS TO WATCH, PROVIDING

10     THEY STAY DISTANT FROM EACH OTHER, BECAUSE THEY HAVE TO

11     STAND AT LEAST SIX FEET APART FROM EACH OTHER, CAN GET

12     AS CLOSE AS X FEET AND SAY THAT TO ME ON THE RECORD

13     HERE.  CAN WE DO THAT?

14                    YOU'RE SHAKING YOUR HEAD, MS. CLAIBORNE.

15     CAN WE DO THAT?

16                    MR. FIELD:  SO I CAN EXPLAIN A LITTLE

17     BIT --

18                    THE COURT:  IF IT'S ALREADY BEING DONE, I

19     DON'T KNOW WHY WE CAN'T DO THAT.

20                    MR. FIELD:  WE CAN TRY AND ARRANGE FOR A

21     WITNESS, ONE OF THE DEPUTIES OF THE COMMISSIONERS

22     RESPONSIBLE FOR OVERSEEING THE AREA TO COME IN, BUT JUST

23     TO EXPLAIN, AT THE BEGINNING OF THE PRE-CANVASS, THE

24     BARRICADE THAT HAS BEEN DISCUSSED, WHICH CORDONS OFF THE

25     AREA OF THE OBSERVERS ARE IN TO MAKE SURE THAT THE AREA

1    THAT THE BALLOTS ARE BEING WORKED ON IS SAFE, SECURE,

2    BALLOTS ARE NOT, YOU KNOW, IN A POSITION WITH THE PUBLIC

3    AROUND THEM, VOTER SECRECY AND ALL THOSE THINGS --

4                    THE COURT:  TRULY, MR. FIELD, I'M NOT

5    TELLING YOU HOW TO DO THIS, I'M NOT TELLING YOUR CLIENT

6    HOW TO DO THIS.  SIX FEET HAPPENS TO BE THE NUMBER OF

7    FEET THAT HAS BEEN MENTIONED.  YOU WANT TO DO TEN FEET,

8    YOU WANT TO DO 20 FEET, AS LONG AS EVERYONE IS HELD TO

9    THE SAME STANDARD, AND THAT IS WHAT I'M TOLD, I DON'T

10   HAVE TO GET INTO A QUESTION OF WHETHER I HAVE TO ABSTAIN

11   BECAUSE THIS APPEARS TO BE AN APPEAL FROM A STATE COURT

12   ORDER.  I DON'T HAVE TO ADDRESS WHETHER OR NOT THERE IS

13   A FEDERAL RIGHT AT ISSUE HERE OR WHETHER THERE IS A

14   FEDERAL INJURY, BECAUSE THIS IS WHAT YOU'VE REPRESENTED.

15   THIS IS WHAT EVERYONE IS GOING TO BE HELD TO.  AND SO

16   THAT MR. MARCUS HAS NO COMPLAINT AT THAT POINT TO MAKE

17   ABOUT IT -- WELL, HE MAY WANT TO STAND CLOSER, WHICH IS

18   NOT A CONSTITUTIONAL RIGHT AS FAR AS I CAN TELL.

19                    MR. FIELD:  SO I WILL -- IF I MIGHT, YOUR

20   HONOR, PUT IT ON THE RECORD.

21                    I CAN BRING A WITNESS TO THIS, BUT I

22   WANT --

23                    THE COURT:  WHAT I WOULD LIKE YOU TO DO,

24   I WOULD LIKE TO TAKE A BRIEF RECESS AND I WOULD LIKE YOU

25   TO SPEAK WITH MR. MARCUS FROM A SAFE DISTANCE AND DECIDE

1    WHAT THE AMOUNT OF SPACE IS AND WHAT EVERYONE IS GOING

2    TO BE HELD TO.  THEN I'M GOING TO WANT YOU TO GET

3    SOMEONE ON THE PHONE WHO CAN MAKE THE DECISION WHO WILL

4    STATE HERE ON THE RECORD THAT THAT -- THIS IS -- WE ARE

5    GOING TO HONOR THAT.  AND THAT IS WHAT WE ARE GOING TO

6    DO WITH RESPECT TO EVERYBODY.

7                 LOOK, I DON'T KNOW THAT ANYBODY HAS A

8    RIGHT TO STAND WITHIN A PARTICULAR DISTANCE, ALTHOUGH IT

9    DOES SEEM TO ME THAT IF THE CITY WERE TO SAY PEOPLE OF

10   ONE RACE STAND THIS DISTANCE, PEOPLE WITH ANOTHER RACE

11   STAND ANOTHER DISTANCE, I'M NOT SAYING THAT'S WHAT'S

12   GOING ON.  I'M SAYING THAT IF I WERE A LAW PROFESSOR, I

13   COULD PROBABLY THEORETICALLY THINK OF SOMETHING THAT

14   WOULD GET MR. MARCUS INTO COURT HERE, ALTHOUGH THAT DOES

15   SEEM SORT OF TENUOUS TO ME.

16                 BUT IF, IN FACT, THE CITY IS PREPARED --

17   A DECISION-MAKER WITH A NAME IS PREPARED TO SAY, WE WILL

18   ALLOW EVERYBODY TO STAND NO CLOSER THAN X FEET, THEN I

19   WILL ASK MR. MARCUS, WHERE IS THE QUIBBLE?  WHY ISN'T

20   THAT ENOUGH?

21                 MR. FIELD:  VERY WELL.

22                 THE COURT:  CAN WE DO THAT?

23                 MR. FIELD:  WE CAN DO THAT.

24                 MR. MARCUS:  YOUR HONOR, MAY I ASK,

25   THERE'S ONE OTHER DIMENSION TO THIS PROBLEM.

1                    THE COURT:  LENGTH AND WIDTH AND DEPTH?

2      NO, A DIFFERENT DIMENSION.  TIME AND SPACE, NO.

3                    MR. MARCUS:  NUMBER OF HUMAN BEINGS,

4      BECAUSE ONE OF THE SIGNIFICANT ISSUES IS THAT A GREAT

5      NUMBER OF PEOPLE -- AND I OBSERVED THIS MYSELF

6      PERSONALLY AND I HAVE WITNESSES WHO WILL TESTIFY, WHO

7      HAVE THE LEGAL RIGHT TO BE THERE, WERE SIMPLY BEING

8      TOLD, I'M SORRY, WE CAN'T FIND YOUR NAME.  THE E-MAIL

9      DIDN'T ARRIVE WHEN WE KNOW THE E-MAIL WAS SENT.  SO

10     THERE WERE DOZENS OF PEOPLE WHO WERE SUPPOSED TO BE

11     OBSERVERS WHO WERE SIMPLY NOT IN THE ROOM.

12                    THE COURT:  I DON'T KNOW HOW MANY PEOPLE

13     CAN FIT.  HOW MANY -- SINCE YOU REPRESENT YOUR CLIENTS

14     AND NO ONE ELSE, HOW MANY OF YOUR CLIENT REPRESENTATIVES

15     WISH TO BE IN THAT ROOM?

16                    MR. MARCUS:  WE WANT THE SAME NUMBER AS

17     THE OTHER SIDE HAS, YOUR HONOR.

18                    THE COURT:  COME ON, COME ON, COME ON,

19     HONESTLY, HONESTLY, YOU GOT TO DO BETTER THAN THAT.

20                    PLEASE.  PLEASE, SIR.  I DON'T KNOW WHO

21     YOU ARE, BUT DON'T LAUGH.

22                    HOW MANY?

23                    MR. MARCUS:  25 PEOPLE.

24                    THE COURT:  CAN YOU ACCOMMODATE THEM,

25     MR. FIELD?

1          MR. FIELD:  YOUR HONOR, THERE ARE

2    STATUTORY REQUIREMENTS REGARDING HOW MANY PEOPLE CAN BE

3    IN THE ROOM AT A TIME.  THEY CAN APPOINT MORE, SO --

4          THE COURT:  ARE THERE PARTICULAR GROUPS

5    THAT ARE ALLOWED IN THE ROOM, OR CAN I -- ANYBODY JUST

6    WALK IN AND SAY I WANT --

7          MR. FIELD:  NO.  TWO POINTS ON THAT, YOUR

8    HONOR.  ONE IS THE ELECTION CODE, THE PENNSYLVANIA

9    ELECTION CODE SAYS THAT THEY CAN APPOINT OBSERVERS.

10          THE COURT:  YOU MEAN THE POLITICAL

11   PARTIES CAN APPOINT OBSERVERS?

12          MR. FIELD:  SO THE MAJOR POLITICAL

13   PARTIES AND EACH CANDIDATE IN THE ROOM AT ANY TIME IS

14   ONE UP TO ONE PER CANDIDATE PLUS THREE FOR THE PARTY.

15          THE COURT:  SO THESE ARE OBVIOUSLY

16   CANDIDATES, ALTHOUGH YOU ALMOST WOULDN'T KNOW IT TO LOOK

17   AT THE INTERNET0, OTHER THAN PRESIDENTIAL CANDIDATES.

18   THERE ARE REPRESENTATIVES OF -- HOW MANY CANDIDATES ARE

19   IN THAT ROOM AS FAR AS YOU CAN TELL?

20          MR. FIELD:  THERE ARE FEWER

21   REPRESENTATIVES THAN TOTAL CANDIDATES.  I THINK THERE

22   WERE 57 CONTESTS ON THE BALLOT IN THE CITY OF

23   PHILADELPHIA IN THIS ELECTION.  59, EXCUSE ME.

24          THE COURT:  HOW MANY REPRESENTATIVES OF

25   THE DEMOCRATIC PARTY.

1           MR. FIELD:  COUNSEL FOR THE DEMOCRATIC

2    PARTY IS OVER HERE.  I WOULD TURN TO HIM ON THAT.

3           THE COURT:  COULD YOU IDENTIFY YOURSELF.

4           MR. BONIN:  GOOD EVENING, YOUR HONOR.

5    ADAM BONIN.

6           THE COURT:  I'VE NEVER MET HIM, BUT I

7    THINK MR. BONIN USED TO LIVE ON MY BLOCK.  YES.

8           MR. BONIN:  IT'S ENTIRELY POSSIBLE,

9    JUDGE.  AND WE CAN SPEAK ABOUT THAT OFF THE RECORD AT A

10   LATER POINT.

11          I'M HERE ON BEHALF OF THE DEMOCRATIC

12   PARTY.  WE PARTICIPATED IN THE PROCEEDINGS.  WE ARE

13   PARTICIPATING IN THE PROCEEDINGS ON THE STATE COURT

14   LEVEL.  WE -- YOU KNOW, WE HAVE -- YOU KNOW, WE HAVE

15   JUST AS MANY -- YOU KNOW, WE HAVE THE RIGHT TO HAVE

16   ONE --

17          THE COURT:  PLEASE.  I DON'T WANT TO HEAR

18   ABOUT --

19          MR. BONIN:  HOW MANY PEOPLE DO WE HAVE?

20   WE HAVE HAD.

21          THE COURT:  SIR, SIR, PLEASE.  I REALLY

22   DON'T -- I REALLY WOULD TRY TO -- LIKE TO MAKE THIS AS

23   SIMPLE AS POSSIBLE.

24          IS THERE A TOTAL NUMBER -- MS. CLAIBORNE,

25   IS THERE A TOTAL NUMBER ABOVE WHICH IT WOULDN'T BE SAFE?

1          MS. CLAIBORNE:  I DO NOT --

2          THE COURT:  MR. FIELD, IS THERE A TOTAL

3    NUMBER ABOVE WHICH IT WOULDN'T BE SAFE?  YOU DON'T KNOW.

4          MR. FIELD:  I DON'T KNOW HOW MANY --

5          THE COURT:  HOW MANY PEOPLE -- CAN YOU

6    ESTIMATE HOW MANY PEOPLE ARE OBSERVING RIGHT NOW AS YOU

7    SIT HERE LAST TIME YOU LOOKED?

8          MR. FIELD:  I THINK THERE'S PROBABLY BEEN

9    ABOUT 30 TO 40 OBSERVERS IN THE OBSERVER AREA DURING THE

10   DAY AND THAT IS FINE.

11         THE COURT:  HOW MANY OF THOSE DO YOU

12   IDENTIFY AS BEING REPRESENTED BY MR. MARCUS?

13         MR. FIELD:  I WOULD NOT KNOW THE ANSWER

14   TO THAT.

15         THE COURT:  SOME?

16         MR. FIELD:  CERTAINLY -- HIS TESTIMONY

17   SOME.

18         THE COURT:  IS THERE ROOM FOR MORE THAN

19   30 AS FAR AS YOU CAN TELL?

20         MR. FIELD:  SO I BELIEVE THERE IS ROOM

21   FOR MORE THAN 30.

22         THE COURT:  40?

23         MR. FIELD:  PROBABLY MORE THAN 40, YOUR

24   HONOR, BUT CAN --

25         THE COURT:  50?

1          MR. FIELD:  CAN I MAKE ONE POINT HERE,

2      YOUR HONOR?

3          THE COURT:  50?  DO I HEAR 50?

4          MR. FIELD:  YOU CAN HAVE 52.

5          THE COURT:  OKAY.  GOOD AHEAD.

6          MR. FIELD:  52, MAYBE 53.  I DON'T KNOW

7      AT WHAT POINT SOCIAL DISTANCING WOULD BECOME AN ISSUE.

8          THE COURT:  THAT'S WHAT I'M ASKING.

9      THAT'S WHAT I'M ASKING.

10          MR. FIELD:  I DON'T THINK WE ARE NEAR

11      THAT NUMBER.  WHAT I WOULD LIKE TO SAY IS THE BOARD LAST

12      WEDNESDAY, SO ON THE 28TH OF OCTOBER, PROMULGATED

13      PROCEDURES.  AND THOSE PROCEDURES REQUIRED PEOPLE TO

14      SEND IN NAMES AND ADDRESSES TO CREDENTIALED OBSERVERS,

15      BECAUSE THERE ARE SECURITY PROTOCOLS.

16          THE COURT:  I UNDERSTAND THAT.  AND ALL

17      OF THE SECURITY IS GOING TO GO THROUGH MR. MARCUS.  AND

18      THAT IS TO SAY, HE IS GOING TO IDENTIFY THE PEOPLE HE

19      WANTS IN THERE.  HE IS GOING TO TELL YOU.  AND YOU'RE

20      GOING TO TELL YOUR CLIENT.  AND THAT IS HOW IT'S GOING

21      TO WORK.  IF YOUR CLIENT HAS A PROBLEM WITH A PARTICULAR

22      OBSERVER BECAUSE HE OR SHE HAS A CRIMINAL RECORD;

23      BECAUSE, I DON'T KNOW WHAT IS CONSIDERED INAPPROPRIATE

24      BEHAVIOR, MS. CLAIBORNE REFERRED TO SOMEBODY ACTING

25      INAPPROPRIATELY.  IF SOMEONE IS ACTING OUT, IS ACTING

1    NUTS, SOMEONE NUTS, THAT MIGHT BE -- THESE DAYS IT MIGHT

2    BE APPROPRIATE BEHAVIOR, BUT OTHERWISE, HE'S GOING TO

3    TELL YOU -- I'M GOING TO SAY THAT EACH SIDE CAN HAVE 30

4    PEOPLE.  HE CAN HAVE 30 PEOPLE PRESENT AND THERE CAN BE

5    30 ADDITIONAL PEOPLE PRESENT.  AND HOWEVER MANY THAT IT

6    IS SAFE TO STAND WITHIN WHATEVER DISTANCE YOUR CLIENT

7    HAS DECIDED IS A SAFE DISTANCE.  IF IT'S SIX FEET, IT'S

8    SIX FEET.  IF IT'S TEN FEET, IT'S WHATEVER YOU DECIDE,

9    AS LONG AS EVERYONE IS BEING TREATED THE SAME.  HOWEVER

10   MANY PEOPLE CAN STAND IN THAT FRONT BARRIER HAVE TO BE

11   AN EQUAL NUMBER FROM EACH SIDE.  OTHERWISE, THEY CAN

12   JUST KIND OF MILL AROUND AND HAVE COFFEE.

13              DOES THAT WORK?

14              MR. FIELD:  SO IN PRACTICE I THINK THAT

15   WORKS.  I DO WANT TO POINT OUT, YOUR HONOR, THAT THERE

16   ARE QUESTIONS ABOUT JURISDICTION.  AND IT'S HARD FOR ME

17   TO BIND MY CLIENT TO THINGS THAT THE ELECTION CODE

18   DOESN'T REQUIRE.

19              NOW, I THINK THERE'S AN EASY ANSWER TO

20   THAT, BECAUSE CERTAINLY THEY CAN DESIGNATE --

21              THE COURT:  MY GUESS IS THAT BY TOMORROW

22   AT THIS TIME, ALL OF THIS IS GOING TO BE MOOT.

23              MR. FIELD:  I KNOW, BUT I HAVE TO

24   PROPERLY REPRESENT MY CLIENT.

25              THE COURT:  YOU'RE BEING A LAWYER.  I

1    UNDERSTAND.  IT'S AN OCCUPATIONAL HAZARD.  I JUST -- IF

2    YOUR CLIENT, BY NAME, CAN AGREE TO THIS.  THIS IS JUST

3    SOMETHING I PULLED OUT OF MY EAR WHILE I'M SITTING HERE,

4    30 AND 30.  IF ONLY 10 AND 10 CAN STAND AT THE FRONT

5    RAILING TO WATCH FROM A DISTANCE OF HOWEVER LONG,

6    HOWEVER FAR YOUR CLIENT THINKS IS SAFE, THEN THAT IS

7    WHAT WE'LL DO IF YOU AGREE TO IT AND WE CAN OBVIATE THE

8    NEED FOR ANYTHING MORE.

9                  YES, MS. CLAIBORNE?

10                  MS. CLAIBORNE:  YOUR HONOR, I THINK THAT

11   THE ONLY REMAINING ISSUE -- ONE OF THE REMAINING ISSUES

12   WITH THAT WOULD BE THAT -- UNFORTUNATELY MY CO-COUNSEL

13   HERE WAS PREPARED TO ELOQUENTLY ARGUE THIS AND IT DOES

14   NOT SEEM THAT HE WILL NEED TO.  BUT THIS ISSUE IS STILL

15   AT LEAST PARTIALLY PENDING BEFORE THE SUPREME COURT OF

16   PENNSYLVANIA RIGHT NOW.  AND AS PART OF THE ISSUE IS

17   THAT THEY HAVE NOW SOUGHT --

18                  THE COURT:  YOU'RE NOT -- LOOK, I'M NOT

19   GETTING INTO THEIR HAIR.

20                  MS. CLAIBORNE:  WELL, THE ISSUE IS THAT

21   WE MIGHT COME TO AN AGREEMENT BEFORE YOUR HONOR AND THEN

22   HAVE INCONSISTENT RULING TODAY.

23                  THE COURT:  IF IT IN FACT MOOTS THE

24   DISPUTE BEFORE THE STATE SUPREME COURT, THEN AND --

25   MR. FIELD IS SHAKING HIS HEAD.  BUT IF IT MOOTS THE

1     DISPUTE BEFORE THE STATE SUPREME COURT, YOU'RE FREE TO

2     TELL THE STATE SUPREME COURT ORDER, IF IT ALTERS THE

3     POSTURE BEFORE THE STATE SUPREME COURT, YOU'RE FREE TO

4     TELL THAT.  JUST SAY THAT IN AN EFFORT TO RESOLVE THE

5     DISPUTE IN FEDERAL COURT, HERE IS WHAT WE HAVE AGREED

6     TO, AND JUST LEAVE IT AT THAT.  IS THERE -- I MEAN,

7     LOOK, I DON'T KNOW WHEN THE STATE SUPREME COURT IS GOING

8     TO ACT.  I CLERKED FOR IT 40 YEARS AGO.  I DON'T

9     REMEMBER THEM AT LEAST IN THOSE DAYS ACTING WITH

10    PARTICULAR ALACRITY, BUT IT'S 40 YEARS, THINGS MIGHT

11    CHANGE.  THEY MAY ACT ON IT LATER TODAY.  THEY MAY ACT

12    ON IT TOMORROW MORNING.  YOUR AGREEING TO THIS AT THE

13    REQUEST OF THE FEDERAL COURT TO OBVIATE THE NEED TO FILE

14    BRIEFS AND CALL WITNESSES IN THIS MATTER.

15              IF THAT IS TRUE, FINE.  AND IF IT'S NOT,

16    THEN I WILL DEAL WITH THAT TOO.  YOU'RE NOT WAIVING

17    ANYTHING.  I WANT TO BE AWFULLY CLEAR ABOUT THIS.

18    YOU'RE NOT WAIVING ANYTHING BY AGREEING TO A TEMPORARY

19    RESOLUTION OF THIS TO OBVIATE THE NEED FOR LITIGATION

20    AND TAKING PEOPLE AWAY FROM -- AS I UNDERSTAND IT, THERE

21    ARE PEOPLE WHO HAVE TO TESTIFY HERE WHO SHOULD BE

22    COUNTING BALLOTS.  I MUCH RATHER THEY WERE COUNTING

23    BALLOTS -- NOT THAT I DON'T ENJOY THE COMPANY OF

24    STRANGERS, BUT I WOULD MUCH RATHER THEY BE COUNTING

25    BALLOTS THAN COMING HERE TO TESTIFY IF THAT WERE

1    POSSIBLE.

2              IT SEEMS TO ME THAT IF WE COULD AVOID

3    LITIGATION HERE AND JUST AGREE TO A PROCESS, THAT WOULD

4    BE A GOOD THING.

5              YES, MR. FIELD?

6              MR. FIELD:  I WAS GOING TO SUGGEST, YOUR

7    HONOR, THAT IF WE HAVE A MINUTE TO TALK TO MY CO-COUNSEL

8    AND THEN MR. MARCUS.

9              THE COURT:  AND I WOULD REALLY URGE YOU

10   ALL TO TRY TO BE REASONABLE AND TO BEAR IN MIND THAT THE

11   BATTLE OF THE BULGE, AT LEAST THIS PART OF IT, IS GOING

12   TO END UNDOUBTEDLY WITHIN A DAY OR SO.  AND IF THERE IS

13   A WAY TO AVOID A LOT OF WHEEL SPINNING BETWEEN NOW AND

14   THEN, I WOULD THINK -- WHERE NO ONE IS PREJUDICED, I

15   WOULD THINK THAT WOULD BE -- AND BY THE WAY, MR. MARCUS,

16   IF THERE ARE REPUBLICAN CANDIDATES WHO WANT TO HAVE

17   THEIR REPRESENTATIVES PRESENT TO WATCH, THAT COMES OUT

18   OF YOUR 30.

19             MR. MARCUS:  YES, SIR.

20             THE COURT:  AND IF THERE ARE DEMOCRATIC

21   CANDIDATES WHO WANT TO HAVE THEIR REPRESENTATIVES WATCH,

22   THAT COMES OUT OF YOUR 30.

23             MR. BONIN:  OF COURSE, YOUR HONOR.

24             THE COURT:  SORRY MR. BONIN.

25             MR. BONIN:  JUST TO BE CLEAR, I MEAN,

1    THAT IS HOW WE'VE BEEN DOING -- WE HAVE AUTHORIZATIONS

2    FROM THE VARIOUS DEMOCRATIC CANDIDATES WHO ARE ON THE

3    BALLOT HERE.  THAT'S HOW WE KEEP TO IT THE ONE PER

4    CANDIDATE.

5              THE COURT:  I REALLY DON'T WANT TO BE ON

6    A FOOL'S ERRAND HERE, BUT IT DOES SEEM TO ME THIS IS --

7    THE NEXT FEW DAYS, IF NOT WEEKS, THERE IS GOING TO BE A

8    LOT MORE HEAT THAN LIGHT GENERATED.  AND I WOULD SIMPLY

9    LIKE TO AVOID A DISPUTE IF IN FACT THERE REALLY IS NO

10   DISPUTE.  IF THE PRESIDENTIAL CAMPAIGN, REELECTION

11   CAMPAIGN, CAN BE PRESENT AND THE BOARD OF ELECTIONS, THE

12   CITY -- THE DEMOCRATIC PARTY DOESN'T FEEL IT IS BEING

13   PREJUDICED BY THEIR PRESENCE, AND THAT THE LAW IS BEING

14   COMPLIED WITH, I DON'T KNOW WHY WE CAN'T JUST AGREE TO

15   THAT.

16             MR. BONIN:  ALL WE WANT IS, YOU KNOW, TO

17   BE IN THE ROOM FOR THESE DISCUSSIONS, MAKE SURE WE

18   CONTINUE TO HAVE EQUAL ACCESS.

19             AND I DO HAVE TO SAY THAT I WAS BOTHERED

20   BY MR. MARCUS'S REPRESENTATION THAT SOMEHOW DEMOCRATIC

21   REPRESENTATIVES HAD ANY KIND OF SUPERIOR ACCESS TO

22   ANYONE ELSE.

23             THE COURT:  LISTEN, LISTEN.  I CAN GET

24   INTO -- THIS IS WHAT I WANT TO AVOID.  AS WE USED TO

25   SAY, WHO STRUCK WHOM AND ALL OF THAT KIND OF STUFF.  I

1        DON'T WANT TO CHALLENGE ANYONE'S GOOD FAITH.  YOU'RE ALL

2        OFFICERS OF THE COURT.  AND YOU'RE ALL WELL-KNOWN

3        LAWYERS AND WELL-RESPECTED LAWYERS.  I WOULD SIMPLY ASK

4        YOU TO SEE IF YOU CAN WORK THIS OUT REASONABLY.

5                        I WILL BE ON THE OTHER SIDE OF THAT DOOR

6        WAITING FOR YOU TO TELL ME WHAT YOU WANT TO DO.  OKAY?

7                        MR. MARCUS:  THANK YOU, YOUR HONOR.

8                        THE CLERK:  ALL RISE.

9                        (COURT IS NOW IN SESSION.)

10                       THE COURT:  PLEASE BE SEATED, EVERYBODY.

11       WHO WOULD LIKE TO SPEAK?

12                       MR. MARCUS:  I WOULD LIKE TO SPEAK, YOUR

13       HONOR.

14                       THE COURT:  ALL RIGHT, MR. MARCUS.

15                       MR. MARCUS:  I HAVE A VERY ROUGH SKETCH

16       OF THE ROOM.  AND I WANT TO EXPLAIN TO THE COURT WHAT IT

17       IS THAT THE DEFENDANTS HAVE OFFERED AND WHY IT IS NOT

18       ACCEPTABLE TO THE PLAINTIFF.

19                       THE COURT:  YES.  WHAT IS THE DEFENDANT

20       OFFERING?

21                       MR. MARCUS:  SO MAY I HAND THIS UP?

22                       THE COURT:  OKAY.

23                       MR. MARCUS:  AS YOUR HONOR WILL SEE --

24                       THE COURT:  THIS IS YOUR ARTWORK?

25                       MR. MARCUS:  THAT IS MY CLIENT'S ARTWORK.

1      THAT IS WHY MY CLIENT DOESN'T MAKE A LIVING AS A LAWYER.

2                  THE COURT:  WHOEVER WROTE THIS, DON'T

3      QUIT YOUR DAY JOB.

4                  MR. MARCUS:  SO THE LONG RED LINE THAT

5      GOES ALL OF THE WAY DOWN THE SIDE IS THE BARRICADE.

6                  THE COURT:  THAT'S THE BARRICADE HERE

7      (INDICATING)?

8                  MR. MARCUS:  CORRECT.

9                  THE COURT:  THE LITTLE LINES BELOW THAT,

10     IF YOU'RE HOLDING THE PAPER THE RIGHT WAY, ARE TABLES.

11                 MR. MARCUS:  AS YOUR HONOR WILL SEE,

12     THERE ARE TABLES IN ROWS.

13                 THE COURT:  YES.

14                 MR. MARCUS:  THE FIRST TABLE IS SIX FEET

15     FROM THE BARRICADE.

16                 THE COURT:  YES.

17                 MR. MARCUS:  INITIALLY THOSE WERE THE

18     ONLY TABLES THAT WERE PRESENT.

19                 THE COURT:  YES.

20                 MR. MARCUS:  EVERYBODY WAS HAPPY.

21                 THE COURT:  YES.

22                 MR. MARCUS:  THEN THE DEFENDANT SET UP

23     OTHER TABLES BEHIND THOSE TABLES.

24                 THE COURT:  PRESUMABLY BECAUSE THERE ARE

25     A LOT OF VOTES TO COUNT AND THEY NEEDED TO HAVE MORE

1    TABLES?

2                    MR. MARCUS:  CORRECT.

3                    THE COURT:  AND YOU WANT TO HAVE PEOPLE

4    WITHIN SIX FEET OF EACH SET OF TABLES?

5                    MR. MARCUS:  CORRECT.  AND --

6                    THE COURT:  NO.  I'M SORRY.  I'M A

7    FEDERAL COURT -- YOU'RE PREPARED, MR. FIELD --

8                    MR. MARCUS:  CAN I BE HEARD ONE MOMENT ON

9    WHY THAT IS APPROPRIATE?

10                   THE COURT:  I THINK I'VE BEEN AWFULLY

11   GENEROUS TO YOU, BUT GO AHEAD.

12                   MR. MARCUS:  THANK YOU, SIR.

13                   THE ACTIVITY THAT WE HAVE THE RIGHT TO BE

14   WITHIN SIX FEET OF GOES ON -- IN EACH OF THOSE TABLES.

15   IT'S A VERY BIG ROOM.

16                   THE COURT:  YOU DON'T HAVE THE RIGHT TO

17   BE WITHIN A HUNDRED FEET.

18                   MR. MARCUS:  WE HAVE THE RIGHT TO BE

19   WITHIN THE SAME --

20                   THE COURT:  YOU HAVE A RIGHT MAYBE TO BE

21   TREATED EQUALLY AS RECOGNIZED BY A STATE COURT.  I'M NOT

22   YET CONVINCED I HAVE JURISDICTION HERE.

23                   IF EVERYONE IS BEING TREATED THE SAME AND

24   EVERYONE IS WITHIN SIX FEET OF THE FIRST SET OF TABLES,

25   PROBABLY MORE LIKE WHAT, 20 FEET FROM THE SECOND SET OF

1   TABLES AND 30 FEET FROM THE THIRD SET OF TABLES, DOES

2   THAT SOUND ABOUT RIGHT?

3                    MR. MARCUS:  YES, SIR.

4                    THE COURT:  IS THAT WHAT THE CITY IS

5   PREPARED TO AGREE TO?  CAN SOMEBODY PLEASE --

6                    MR. FIELD:  I'M SORRY, YOUR HONOR.  I

7   MISSED THE QUESTION.

8                    THE COURT:  THAT IS QUITE ALL RIGHT.

9                    AS I UNDERSTAND IT, THE CITY IS PREPARED

10  TO AGREE THAT THIS -- YOU DON'T WANT TO MISS THIS BIT OF

11  ARTWORK.  THAT THIS IS THE BARRICADE.  THE FIRST SET OF

12  TABLES ARE SIX FEET FROM THE BARRICADE, AND THE NEXT SET

13  OF TABLES ARE MAYBE TEN FEET FROM THOSE AND THE NEXT SET

14  OF TABLES ARE MAYBE 10 OR 20 FEET FROM THOSE.  AND

15  EVERYONE GETS TREATED THE SAME.  NO ONE -- NONE OF THE

16  OBSERVERS CAN BE ANY CLOSER THAN THAT BARRICADE.  AND IF

17  THEY'RE 20 OR 30 OR 50 FEET FROM THE NEXT SET OF TABLES

18  OR THE NEXT SET OF TABLES, THAT'S THE WAY IT IS.

19                    MR. FIELD:  YOUR HONOR, TO BE CLEAR ON

20  THE RECORD, I UNDERSTAND THAT THERE HAVE BEEN AT LEAST

21  15 REPUBLICAN OBSERVERS THERE TODAY.  WE TREAT ALL OF

22  THE OBSERVERS THE SAME WAY.  THEY ARE FREE TO GO UP TO

23  THE BARRICADE.  THERE ARE A SET OF BEHAVIORAL

24  GUIDELINES, SUCH AS NO PHOTOGRAPHY EXCEPT FOR IN A

25  CERTAIN AREA THAT COULD CAUSE SOMEBODY TO BE REMOVED.

1          BUT WE TREAT EVERYBODY THE SAME WAY.  THE

2    BARRICADE IS CURRENTLY SIX FEET FROM THE FIRST TABLES

3    WHERE THE ACTIVITIES ARE GOING ON, AND WE ARE PREPARED

4    TO KEEP IT THERE, PENDING RESOLUTION OF THE STATE COURT

5    MATTER.

6          THE COURT:  DO YOU HAVE A NAME OF SOMEONE

7    WHO IS COMMITTING TO THIS?

8          MR. FIELD:  I CAN ARRANGE FOR SETH

9    BLUESTEIN, WHO IS THE DEPUTY CITY COMMISSIONER.

10   COMMISSIONER AL SCHMIDT IS ONE OF THE PEOPLE IN CHARGE

11   OF MOST OF THE ACTIVITIES THERE.

12         THE COURT:  YOU'RE REPRESENTING AS AN

13   OFFICER OF THE COURT THAT MR. BLUESTEIN IS GOING TO

14   ENSURE THAT THIS AGREEMENT IS HONORED?

15         MR. FIELD:  PENDING RESOLUTION OF THE

16   PENNSYLVANIA --

17         THE COURT:  UNTIL THE SUPREME COURT OR

18   SOME OTHER COURT MAKES A RULING.  I'M NOT -- NOTHING YOU

19   ARE AGREEING TO HERE BINDS YOUR HANDS SO THAT YOU CAN'T

20   OBEY THE ORDERS OF A STATE COURT.

21         MR. FIELD:  YES, YOUR HONOR.  WE WILL

22   KEEP THE FENCE EXACTLY WHERE IT IS, WHICH IS SIX FEET

23   FROM THE FIRST SET OF TABLES.

24         THE COURT:  AND THE PEOPLE WHO ARE GOING

25   TO BE ALLOWED IN ARE GOING TO BE PROVIDED TO YOU BY

1    MR. BONIN AND -- THE NAMES -- AND BY MR. MARCUS.

2              MR. FIELD:  SO, YOUR HONOR, MR. MARCUS,

3    WE DISCUSSED THE DISTANCE, AND HE INDICATED THAT WAS NOT

4    ACCEPTABLE.

5              WE RETURNED TO THE COURTROOM SO WE --

6              THE COURT:  I UNDERSTAND THAT.

7    MR. MARCUS IS NOT GOING TO GET EVERYTHING HE WANTS.  I'M

8    GOING TO TELL MR. MARCUS, HE'S THE PLAINTIFF, HE HAS

9    BROUGHT EVERYONE HERE TO THIS DANCE.  AND IF HE WANTS

10   HIS PEOPLE TO BE ALLOWED INTO THE ROOM, THEY HAVE TO

11   GIVE HIM THEIR NAMES AND HE HAS TO GIVE THEM TO

12   MS. CLAIBORNE?  NO.

13             WHO?  WHO DOES HE HAVE TO PROVIDE THEM

14   TO?

15             MR FIELD:  TO MR. BLUESTEIN WITH NAMES

16   AND ADDRESSES, YOUR HONOR.  BUT THERE IS -- WHAT I DON'T

17   KNOW IF MR. MARCUS HAS THE ABILITY TO IDENTIFY THOSE

18   NAMES AS TO CANDIDATES BECAUSE THE STATUTE IN THE

19   BOARD'S PROCEDURES WHICH REQUIRE BOARD MEETING --

20             THE COURT:  YOU CAN'T IDENTIFY THEM AS

21   THE CANDIDATE, THEY WON'T BE ALLOWED IN.

22             MR. FIELD:  VERY WELL, YOUR HONOR.

23             THE COURT:  SAME WITH MR. BONIN.  THAT'S

24   THE AGREEMENT.

25             MR. MARCUS:  I HEAR THAT, YOUR HONOR.

1    WHAT ABOUT THE NUMBER OF OBSERVERS?

2                    THE COURT:  IT WAS 30 AND 30, I BELIEVE.

3    IS THAT --

4                    MR. FIELD:  SO, YOUR HONOR, IT COULD

5    EXCEED 30.  IT'S ONE PER CANDIDATE PLUS THREE PER PARTY.

6    SO IF YOU CAN IDENTIFY OBSERVERS FOR DIFFERENT

7    CANDIDATES, THEN THAT'S FINE.

8                    THE COURT:  I JUST WANT TO HAVE HARD

9    NUMBERS.

10                   YOU'VE APPEARED BEFORE ME.  I NEVER SAY

11   THERE'S A TEN-DAY CONTINUANCE.  I'LL SAY IT'S DUE ON A

12   PARTICULAR DATE, BECAUSE EVERYBODY COUNTS DIFFERENTLY.

13   40 PER SIDE?

14                   MR. FIELD:  IF THEY ARE PROPERLY

15   DESIGNATED, YOUR HONOR.

16                   THE COURT:  50 PER SIDE?  JUST WHAT IS

17   THE AGREEMENT?

18                   MR. FIELD:  YOUR HONOR, IF THEY ARE

19   PROPERLY DESIGNATED UP TO THE MAXIMUM AMOUNT THE

20   ELECTION CODE IS ALLOWED IS WHAT I CAN COMMIT TO.  I

21   DON'T KNOW --

22                   THE COURT:  WHAT IS THAT?

23                   MR. FIELD:  HOW MANY -- DO YOU KNOW HOW

24   MANY REPUBLICAN CANDIDATES WERE ON THE BALLOT, MR.

25   BONIN?

1          MR. BONIN:  I DO NOT KNOW, BECAUSE I KNOW

2    THAT THERE WERE MANY --

3          THE COURT:  JUST PICK A NUMBER.  WE'RE

4    TALKING ABOUT A DAY OR TWO.  JUST PICK A NUMBER.  I

5    PROPOSED 30 PER SIDE.  THEN I PROPOSED 40 PER SIDE.

6    WHAT WOULD THE PARTIES LIKE?  I JUST --

7          MR. BONIN:  WE GENERALLY KEPT THINGS

8    BETWEEN 10 TO 15 AT ALL TIMES.  AND THAT HAS BEEN

9    SUFFICIENT FOR US.  WE JUST WANT WHAT -- EQUAL TO

10   WHATEVER THE REPUBLICANS WOULD LIKE TO HAVE, AS

11   MR. FIELD SAID, CONSISTENT WITH THE STATUTE.

12         THE COURT:  THE WORLD HAS ITS EYES ON

13   PHILADELPHIA RIGHT NOW, AND IT WILL TAKE ITS EYES OFF

14   SOON ENOUGH.  I SIMPLY WOULD LIKE THE PARTIES TO AGREE

15   THAT BOTH SIDES WILL BE SUBJECT BY THEIR OWN AGREEMENT

16   TO THE SAME LIMITATIONS.  I DON'T CARE IF IT'S ONE

17   OBSERVER PER SIDE.

18         NO MORE THAN HOW MANY MR. BONIN?  NO MORE

19   THAN?

20         MR. BONIN:  THE PROBLEM WITH MY

21   COMMITTING TO THAT, YOUR HONOR, IS THAT EACH OF THE

22   CANDIDATES WHO IS ON THE BALLOT HAS THE RIGHT TO HAVE AN

23   OBSERVER IN THE ROOM.  I CAN'T BIND ALL OF THEM MYSELF.

24   I CAN ONLY SPEAK ON BEHALF OF THE DEMOCRATIC PARTY WHICH

25   I'M REPRESENTING HERE.

1               MR. MARCUS:  SAY A BIG NUMBER.

2               THE COURT:  THAT WOULD SOLVE IT.  60 PER

3  SIDE?  THAT CERTAINLY -- HOW MANY.

4               MR. BONIN:  THAT'S --

5               THE COURT:  WAIT.  MR. WIYGUL, DID YOU

6  TELL ME HOW MANY CANDIDATES WERE ON THE BALLOT?

7  SOMEBODY TOLD ME.

8               MR. FIELD:  I BELIEVE THERE

9  WERE 59 RACES ACROSS THE ENTIRE CITY.

10              THE COURT:  59 RACES.

11              MR. FIELD BUT THEY ARE NOT NECESSARILY

12  CANDIDATES ON ALL SIDES IN EACH RACE.

13              THE COURT:  FINE.  AND AS FAR AS YOU

14  KNOW, MR. BONIN, AS FAR AS YOU KNOW, DOES EVERY

15  CANDIDATE HAVE A REPRESENTATIVE UP TILL NOW?  I WOULD BE

16  VERY SURPRISED IF EVERY CANDIDATE DID.

17              MR. BONIN:  NO, NOT EVERY CANDIDATE

18  HAS --

19              THE COURT:  HOW MANY, BALLPARK?

20              MR. BONIN:  I WOULD SAY 20-SOME HAVE

21  AUTHORIZED REPRESENTATIVES, BUT WE HAVEN'T HAD MORE

22  THAN -- THERE HAVEN'T BEEN MORE THAN 10 TO 15

23  DEMOCRATIC --

24              THE COURT:  FINE, FINE.  THEN WE'LL DO 60

25  A SIDE.  AND IF THAT IS AN INADEQUATE NUMBER, IF THAT IS

```
 1    AN INADEQUATE NUMBER, THE PARTIES ARE FREE TO AGREE TO A
 2    LARGER NUMBER WITHOUT OTHERWISE VIOLATING THE AGREEMENT
 3    OR THE PARTIES MIGHT -- MY LAW CLERK IS GOING TO GIVE
 4    YOU HIS CELL PHONE NUMBER.  WE ARE ALWAYS OPEN.  YOU CAN
 5    CALL -- THE PARTIES CAN JOINTLY CALL ME, CONTACT ME
 6    THROUGH MY LAW CLERK AT ANY TIME IF THIS NEEDS TO BE
 7    REVISED TONIGHT, TOMORROW MORNING, I'LL BE HERE TOMORROW
 8    MORNING, BUT IF THIS NEEDS TO BE REVISED, SO WE HAVE --
 9    WHAT DID I SAY, 60?
10                    MR. BONIN:  YOU SAID 60, JUDGE.
11                    THE COURT:  60, MR. MARCUS.
12                    MR. MARCUS:  YES, YOUR HONOR.
13                    THE COURT:  MR. WIYGUL?
14                    MR. FIELD:  SO YOUR HONOR --
15                    THE COURT:  MR. FIELD.
16                    MR. FIELD:  I CAN'T COMMIT MY CLIENT TO
17    SOMETHING OUTSIDE OF THE ELECTION CODE AND THE
18    REGULATIONS THEY HAVE PASSED, BUT I BELIEVE THAT THIS IS
19    A MATTER THAT WILL NOT -- I'M HOPEFUL WILL NOT COME BACK
20    TO THE COURT, BECAUSE WE CERTAINLY WORK WITH THE PARTIES
21    TO CREDENTIAL OBSERVERS.  AND I WILL SAY --
22                    THE COURT:  I WOULD BE SURPRISED IF THERE
23    ARE 60 PEOPLE FOR EACH SIDE.
24                    MR. FIELD:  I AGREE, YOUR HONOR.  AND
25    THAT'S WHY I'M SAYING THAT.  AND I WOULD NOTE THAT IN
```

1   THIS ELECTION CYCLE, ALL OF THE OBSERVER REQUESTS THAT

2   I'M AWARE OF CAME IN FROM ONE PARTY ATTORNEY AND HAD ALL

3   OF THE CANDIDATES UNDERNEATH IT.  SO I THINK IT'S THE

4   CASE THAT WE CAN REQUEST THAT THE CANDIDATES -- AND

5   THERE IS NO DISCUSSION.

6              THE COURT:  IF THERE IS A PROBLEM BECAUSE

7   YOU HAVE TO HAVE FEWER PEOPLE OR YOU HAVE TO HAVE MORE

8   PEOPLE, I REALLY WISH YOU WOULD SPEAK TO EACH OTHER AND

9   AGREE TO IT AND JUST INFORM ME OF IT.  IF THERE IS A

10  PROBLEM WITH THE CODE AND YOU HAVE TO HAVE FEWER PEOPLE,

11  JUST AS LONG AS IT APPLIES TO BOTH SIDES THE SAME WAY.

12             MR. FIELD:  I'M WILLING TO DO THAT, YOUR

13  HONOR, AND I CAN WORK WITH MY CLIENTS.

14             THE COURT:  THE PEOPLE ON THIS FIRST --

15  THIS IS GREAT DRAWING.  I WOULD LIKE YOU TO HAND THIS

16  OUT TO THE MEDIA.  IT SHOULD BE PRINTED.

17             EQUAL NUMBERS OF PEOPLE CAN BE ALLOWED TO

18  STAND -- FOR EACH SIDE CAN BE ALLOWED TO STAND.

19  IMAGINE -- LIKE IN CECIL B. DEMILLE'S TEN COMMANDMENTS,

20  THERE'S A -- THE SEA IS -- THE RED SEA IS PARTED.

21  HOWEVER MANY ON ONE SIDE, HOWEVER MANY ON THE OTHER.

22             DOES THAT SOUND DOABLE, MR. BONIN?

23             MR. BONIN:  I THINK THAT THAT

24  MISCONCEIVES OF WHAT THE ROOM LOOKS LIKE, JUDGE.  WHAT

25  YOU HAVE IS --

```
1                      THE COURT:  I THOUGHT YOU WERE GOING TO
2      TELL ME I MISREMEMBERED THE MOVIE.
3                      MR. BONIN:  NO, JUDGE.  WE ALL -- IT'S ON
4      EASTER EVERY YEAR.
5                      BASICALLY WHAT IT LOOKS LIKE IS --
6                      MR. CLAIBORNE:  I HAVE A PHOTO.
7                      MR. BONIN:  IF YOU HAVE A PHOTO, YEAH,
8      WHY DON'T YOU SHOW THE JUDGE?
9                      THE COURT:  THAT WOULD BE GREAT.  I DON'T
10     WANT TO PART WITH THIS DRAWING, BUT --
11                     MR. CLAIBORNE:  (INDICATING).
12                     THE COURT:  WHAT AM I MISSING, MR. BONIN?
13     HERE'S THE --
14                     MR. BONIN:  THERE IS A CROWD CONTROL
15     BARRIER ACROSS THE FRONT AS THERE IS ON BROAD STREET FOR
16     THE MUMMERS PARADE.  ALL OF THE OBSERVERS FOR ALL
17     PARTIES ARE ON THE ONE SIDE OF THE BARRICADE.
18                     THE COURT:  CORRECT.
19                     MR. BONIN:  AND ALL OF THE WORK IS DONE
20     ON THE OTHER SIDE OF THE BARRICADE.
21                     THE COURT:  CORRECT.  I THINK YOU
22     MISUNDERSTOOD.  I'M JUST SAYING THAT YOU CAN'T SAY THAT
23     IF THERE ARE 120 OBSERVERS ALLOWED AND EVERYBODY AGREES
24     THAT IS WHAT IT'S GOING TO BE, 119 OF THEM CAN'T BE ON
25     ONE SIDE STANDING AT THE FRONT THERE AND ONE ON THE
```

1    OTHER.  WHATEVER FITS -- WHATEVER FITS SAFELY, IF IT'S

2    10 AND 10, 20 AND 20, WHATEVER IT IS, IT'S --

3                    LOOK, THERE MAY NOT BE A NEED FOR THIS.

4    IT MAY BE THAT ONE SIDE HAS ONLY THREE OR FOUR PEOPLE

5    AND THE OTHER SIDE HAS TEN, I DON'T KNOW.  BUT THEY ALL

6    HAVE TO -- OBVIOUSLY THEY HAVE TO STAY ON THE ONE SIDE

7    OF THE BARRIER, BUT YOU CAN'T -- EQUAL ACCESS TO BOTH

8    SIDES TO THAT FRONT BARRIER, AS LONG AS THE SOCIAL

9    DISTANCING GUIDELINES AND THE ELECTION CODE AND ALL OF

10   THAT ARE BEING COMPLIED WITH.

11                    MR. BONIN:  ABSOLUTELY, JUDGE.

12                    THE COURT:  WOULD YOU LIKE YOUR COMPUTER

13   BACK?

14                    MR. CLAIBORNE:  YES, SIR.

15                    THE COURT:  OKAY.  IF I DETERMINE THAT IN

16   CARRYING THIS OUT ONE SIDE OR ANOTHER HAS NOT ACTED IN

17   GOOD FAITH, I MAY OR MAY NOT HAVE JURISDICTION TO HEAR

18   THIS DISPUTE, BUT I CERTAINLY HAVE JURISDICTION TO

19   POLICE THE CONDUCT OF COUNSEL AND PARTIES BEFORE ME IF

20   THEY HAVE MISREPRESENTED TO ME.  AM I BEING CLEAR?  I

21   EXPECT EVERYBODY TO ACT IN GOOD FAITH.  ERR ON THE SIDE

22   OF CAUTION.  DON'T HESITATE TO CONTACT MY LAW CLERK.

23   AND IF WE CAN SHOW THE WORLD THAT BOTH SIDES CAN ACT

24   REASONABLY TO RESOLVE THIS, THAT WOULD BE WONDERFUL.

25                    MR. KIM IS HERE, HE IS IN CHARGE OF

```
 1    SECURITY.  I HAVE ASKED HIM, AND HE HAS GRACIOUSLY

 2    AGREED, IF ANY OF COUNSEL ARE CONCERNED ABOUT THEIR

 3    PHYSICAL SAFETY LEAVING THE BUILDING, BECAUSE I

 4    UNDERSTAND, AS I SAID, MORE HEAT THAN LIGHT HAS BEEN

 5    GENERATED, HE WILL HAVE MARSHALS ESCORT YOU.

 6                    IS THERE ANYTHING MORE WE NEED TO DEAL

 7    WITH?

 8                    MR. MARCUS:  ONE BRIEF THING, YOUR HONOR.

 9                    THE COURT:  YES.

10                    MR. MARCUS:  WHICH I DON'T THINK WILL BE

11    CONTROVERSIAL.  BUT WE JUST WANT TO MAKE CLEAR THAT JUST

12    AS THE DEFENDANT INTEND TO CONTINUE LITIGATING IN THE

13    STATE SUPREME COURT, SO DO WE, AND THAT OUR AGREEMENT

14    HERE IS NOT --

15                    THE COURT:  ABSOLUTELY NOT.

16                    MR. MARCUS:  -- NOT PREJUDICED --

17                    THE COURT:  YOU CAN LITIGATE.

18                    THIS -- I'M GOING TO DENY YOUR MOTION

19    WITHOUT PREJUDICE AS MOOT IN LIGHT OF THE AGREEMENT THAT

20    HAS BEEN REACHED BETWEEN THE PARTIES.  IT'S WITHOUT

21    PREJUDICE.

22                    MR. MARCUS:  THANK YOU, YOUR HONOR.

23                    THE COURT:  MY GUESS IS LONG BEFORE THE

24    CITY HAS TO ANSWER WHAT IS NOT A TERRIBLY LONG

25    COMPLAINT, AS WE'VE INDICATED, THE LAWSUIT WILL LIKELY
```

1    IF NOT BE WITHDRAWN, THE COMPLAINT WILL BE REPLACED WITH

2    AN AMENDED COMPLAINT.  SO I'M NOT GOING TO ISSUE A CASE

3    MANAGEMENT ORDER, WHICH AS YOU KNOW I'M FOND OF DOING,

4    AND WITH VERY, VERY FAST DATES.  I DON'T THINK THAT IS

5    GOING TO BE NECESSARY HERE.

6              IS THERE IS ANYTHING MORE WE NEED TO

7    DISCUSS?

8              MR. MARCUS:  NOTHING FROM THE PLAINTIFF.

9              THE COURT:  I URGE YOU, IF THERE IS A

10   PROBLEM, DON'T BE SHY, CONTACT MY LAW CLERK AND HE WILL

11   CONTACT ME.  I DON'T UNDERSTAND ENTIRELY WHY THIS

12   COULDN'T HAVE BEEN AGREED TO ABSENT JUDICIAL

13   INTERVENTION, EXCEPT FOR THE FACT THAT IT'S A VERY

14   HEAVILY CONTESTED MATTER.

15             AND THE THREE LAWYERS FOR THE DEFENDANTS

16   ARE WHISPERING TO EACH OTHER.  YES, IS THERE ANYTHING

17   YOU WISH TO TELL ME?

18             MR. FIELD:  YOUR HONOR, I SHUDDER TO

19   BRING THIS UP, TO BE HONEST, BUT I WANT TO MAKE SURE

20   BECAUSE WE ARE GOING TO DO EVERYTHING WE CAN TO

21   NEGOTIATE IN GOOD FAITH --

22             THE COURT:  NO, NO.  YOU'VE ALREADY

23   NEGOTIATED IN GOOD FAITH.  YOU'RE GOING TO TRY TO ACT IN

24   GOOD FAITH TO IMPLEMENT WHAT IT IS THAT YOU AGREED TO.

25   AND I HAVE NO DOUBT THAT YOU WILL, MR. FIELD.  I DIDN'T

1    MEAN TO IMPLY THAT YOU WEREN'T.

2                    MR. FIELD:  UNDERSTOOD.  BUT I HAVE BEEN

3    TRANSPARENT WITH THE COURT THAT THERE ARE SOME

4    REQUIREMENTS IN THE ELECTION CODES --

5                    THE COURT:  IF THERE IS A PROBLEM WITH

6    THE ELECTION CODE AND YOU CAN'T DO SOMETHING, YOU TELL

7    THAT TO MR. MARCUS.  AND IF HE CAN'T -- IF HE DISAGREES

8    WITH THAT, CALL MY CLERK.  THAT IS NOT BAD FAITH.

9    COMPLYING WITH THE LAW IS NOT BAD FAITH.

10                   MR. FIELD:  VERY WELL, YOUR HONOR.

11                   THE COURT:  OKAY?  ANYTHING ELSE?

12                   MR. MARCUS:  THANK YOU, YOUR HONOR.

13                   THE COURT:  ALL RIGHT.  MY THANKS TO ALL

14   OF YOU.  PLEASE STAY HEALTHY.  AND, OF COURSE, MY THANKS

15   TO OUR MARSHALS.

16                   ALL COUNSEL:  THANK YOU, JUDGE.

17                   (PROCEEDINGS ADJOURNED.)

18                   I CERTIFY THAT THE FOREGOING IS A CORRECT

19   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

20   ABOVE-ENTITLED MATTER.

21

22   11-5-20                        Suzanne White

23   DATE                           SUZANNE R. WHITE

24                                  OFFICIAL COURT REPORTER

25

**1**

**10** [7] - 24:4, 31:14, 35:8, 36:22, 40:2
**100** [2] - 11:16, 13:25
**11-5-20** [1] - 43:22
**119** [1] - 39:24
**120** [1] - 39:23
**121** [1] - 2:11
**14TH** [1] - 7:24
**15** [3] - 31:21, 35:8, 36:22
**150** [1] - 7:13
**1515** [1] - 2:8
**15B** [1] - 3:11
**19066** [1] - 1:16
**19102** [1] - 2:8
**19103** [1] - 2:4
**19106** [2] - 1:10, 1:22
**19107** [1] - 2:12
**1983** [1] - 7:24

**2**

**20** [6] - 16:8, 30:25, 31:14, 31:17, 40:2
**20-5533** [1] - 1:7
**20-SOME** [1] - 36:20
**2020** [1] - 1:9
**212** [1] - 1:16
**215)299-7252** [1] - 1:22
**25** [1] - 18:23
**2609** [1] - 1:21
**27TH** [1] - 2:3
**28TH** [1] - 22:12

**3**

**30** [20] - 11:16, 11:22, 11:23, 13:25, 21:9, 21:19, 21:21, 23:3, 23:4, 23:5, 24:4, 26:18, 26:22, 31:1, 31:17, 34:2, 34:5, 35:5

**4**

**40** [7] - 21:9, 21:22, 21:23, 25:8, 25:10, 34:13, 35:5
**400** [1] - 2:11

**5**

**5** [1] - 1:9
**50** [5] - 21:25, 22:3, 31:17, 34:16
**52** [2] - 22:4, 22:6

**53** [1] - 22:6
**57** [1] - 19:22
**59** [3] - 19:23, 36:9, 36:10
**5:30** [1] - 1:9

**6**

**60** [6] - 36:2, 36:24, 37:9, 37:10, 37:11, 37:23
**601** [1] - 1:21
**67-YEAR** [1] - 12:3

**9**

**9:30** [1] - 4:7

**A**

**ABILITY** [1] - 33:17
**ABOUT** [12] - 4:2, 10:24, 16:17, 20:9, 20:18, 21:9, 23:16, 25:17, 31:2, 34:1, 35:4, 41:2
**ABOVE** [3] - 20:25, 21:3, 43:20
**ABOVE-ENTITLED** [1] - 43:20
**ABSENT** [1] - 42:12
**ABSENTEE** [2] - 4:9, 4:16
**ABSOLUTELY** [3] - 7:16, 40:11, 41:15
**ABSTAIN** [1] - 16:10
**ABSTRACT** [1] - 6:25
**ACCEPTABLE** [2] - 28:18, 33:4
**ACCESS** [12] - 4:8, 4:15, 5:3, 8:22, 8:24, 10:11, 10:13, 11:9, 11:10, 27:18, 27:21, 40:7
**ACCOMMODATE** [1] - 18:24
**ACCURATE** [1] - 11:11
**ACROSS** [2] - 36:9, 39:15
**ACT** [6] - 25:8, 25:11, 40:21, 40:23, 42:23
**ACTED** [1] - 40:16
**ACTING** [4] - 22:24, 22:25, 25:9
**ACTION** [1] - 1:3
**ACTIVITIES** [3] - 9:18, 32:3, 32:11
**ACTIVITY** [1] - 30:13
**ACTUAL** [1] - 7:6

**ACTUALLY** [5] - 5:17, 10:25, 11:15, 11:17, 11:18
**ADAM** [2] - 2:10, 20:5
**ADD** [1] - 5:25
**ADDITIONAL** [1] - 23:5
**ADDRESS** [2] - 6:18, 16:12
**ADDRESSED** [1] - 13:16
**ADDRESSES** [2] - 22:14, 33:16
**ADEQUATE** [1] - 5:3
**ADJOURNED** [1] - 43:17
**ADMITTED** [1] - 5:2
**ADULTS** [1] - 13:11
**AFTERNOON** [1] - 6:13
**AGAIN** [4] - 3:17, 3:23, 9:4, 12:21
**AGO** [1] - 25:8
**AGREE** [11] - 13:7, 24:2, 24:7, 26:3, 27:14, 31:5, 31:10, 35:14, 37:1, 37:24, 38:9
**AGREED** [4] - 25:5, 41:2, 42:12, 42:24
**AGREEING** [4] - 13:20, 25:12, 25:18, 32:19
**AGREEMENT** [10] - 13:12, 14:13, 24:21, 32:14, 33:24, 34:17, 35:15, 37:2, 41:13, 41:19
**AGREES** [1] - 39:23
**AHEAD** [2] - 22:5, 30:11
**AIDED** [1] - 1:25
**AIRCRAFT** [1] - 12:2
**AL** [1] - 32:10
**ALACRITY** [1] - 25:10
**ALL** [36] - 4:3, 4:18, 7:17, 9:18, 11:14, 13:12, 13:13, 14:1, 14:20, 16:3, 22:16, 23:22, 26:10, 27:16, 27:25, 28:1, 28:2, 28:8, 28:14, 29:5, 31:8, 31:21, 35:8, 35:23, 36:12, 38:1, 38:2, 39:3, 39:16, 39:19, 40:5, 40:9, 43:13, 43:16
**ALLOW** [2] - 13:21, 17:18
**ALLOWANCE** [1] - 6:5

**ALLOWED** [16] - 7:15, 9:15, 9:22, 10:3, 10:4, 12:8, 13:13, 13:25, 19:5, 32:25, 33:10, 33:21, 34:20, 38:17, 38:18, 39:23
**ALMOST** [1] - 19:16
**ALREADY** [4] - 13:16, 14:9, 15:18, 42:22
**ALSO** [2] - 3:12, 5:25
**ALTERS** [1] - 25:2
**ALTHOUGH** [3] - 17:8, 17:14, 19:16
**ALWAYS** [1] - 37:4
**AM** [2] - 39:12, 40:20
**AMENDED** [1] - 42:2
**AMENDMENT** [1] - 7:25
**AMOUNT** [2] - 17:1, 34:19
**AN** [28] - 4:5, 4:12, 4:20, 5:19, 5:21, 5:22, 6:2, 6:8, 9:9, 9:17, 11:23, 12:4, 12:6, 13:11, 14:9, 14:12, 16:11, 22:7, 23:11, 23:19, 24:1, 24:21, 25:4, 32:12, 35:22, 36:25, 37:1, 42:2
**AND** [155] - 2:3, 3:6, 3:12, 3:19, 4:7, 4:9, 4:10, 4:14, 4:16, 4:20, 4:22, 4:25, 5:3, 5:12, 5:13, 5:14, 5:16, 5:24, 6:7, 6:12, 6:18, 6:20, 7:14, 7:17, 7:24, 8:6, 8:17, 8:23, 9:7, 9:22, 10:23, 11:16, 12:1, 12:4, 13:8, 13:9, 13:11, 13:16, 13:21, 13:23, 13:24, 14:1, 14:4, 14:23, 15:6, 15:12, 15:20, 16:3, 16:9, 16:15, 16:24, 16:25, 17:1, 17:5, 18:1, 18:2, 18:5, 18:6, 18:14, 19:6, 19:13, 20:9, 21:10, 22:13, 22:14, 22:16, 22:17, 22:19, 22:20, 23:4, 23:5, 23:12, 23:16, 24:4, 24:7, 24:13, 24:16, 24:21, 24:24, 25:6, 25:14, 25:15, 25:20, 26:3, 26:8, 26:9, 26:10, 26:12, 26:13, 26:15, 26:20, 27:8, 27:11,
**ANOTHER** [3] - 17:10, 17:11, 40:16
**ANSWER** [3] - 21:13, 23:19, 41:24
**ANY** [6] - 9:13, 19:13, 27:21, 31:16, 37:6, 41:2
**ANYBODY** [2] - 17:7, 19:5
**ANYONE** [2] - 15:9, 27:22
**ANYONE'S** [1] - 28:1
**ANYTHING** [8] - 14:12, 24:8, 25:17, 25:18, 41:6, 42:6, 42:16, 43:11
**APART** [1] - 15:11
**APPEAL** [2] - 6:5, 6:11
**APPEARANCES** [2] - 1:14, 2:1
**APPEARED** [1] - 34:10
**APPEARS** [1] - 16:11
**APPLIES** [1] - 38:11
**APPOINT** [3] - 19:3, 19:9, 19:11
**APPROPRIATE** [5] - 4:23, 4:25, 5:24, 23:2, 30:9
**ARCH** [1] - 2:8
**ARE** [72] - 3:20, 5:21, 6:16, 7:12, 7:14, 7:21, 7:24, 9:14, 10:4, 10:8, 10:9, 10:10, 10:13, 10:15, 10:16, 11:2, 11:13, 13:9, 13:13, 13:15, 13:17, 13:19, 13:25, 15:3, 15:25, 16:1, 16:2, 17:4, 17:5,

18:21, 19:1, 19:4, 19:5, 19:15, 19:18, 19:20, 20:12, 21:6, 22:10, 22:15, 23:16, 25:21, 26:16, 26:20, 27:2, 29:10, 29:12, 29:24, 31:12, 31:13, 31:14, 31:22, 31:23, 32:3, 32:19, 32:24, 32:25, 34:14, 34:18, 36:11, 37:1, 37:4, 37:23, 39:17, 39:23, 40:10, 41:2, 42:16, 42:20, 43:3
**AREA** [5] - 15:22, 15:25, 21:9, 31:25
**AREN'T** [1] - 10:2
**ARGUE** [1] - 24:13
**ARONCHICK** [1] - 2:2
**AROUND** [4] - 4:7, 6:13, 16:3, 23:12
**ARRANGE** [2] - 15:20, 32:8
**ARRIVE** [1] - 18:9
**ARTWORK** [3] - 28:24, 28:25, 31:11
**AS** [62] - 3:8, 4:21, 5:9, 5:10, 5:20, 6:3, 6:8, 6:10, 7:7, 9:7, 11:1, 11:11, 13:12, 15:12, 16:8, 16:18, 18:16, 19:19, 20:15, 20:22, 20:23, 21:6, 21:12, 21:19, 23:9, 24:16, 25:20, 27:24, 28:23, 29:1, 29:11, 30:21, 31:9, 31:24, 32:12, 33:18, 33:20, 35:10, 36:13, 36:14, 38:11, 39:15, 40:8, 41:4, 41:12, 41:19, 41:25, 42:3
**ASK** [4] - 8:17, 17:19, 17:24, 28:3
**ASKED** [1] - 41:1
**ASKING** [6] - 7:21, 11:1, 14:24, 15:1, 22:8, 22:9
**ASSUME** [1] - 15:5
**AT** [34] - 1:9, 4:6, 4:16, 7:10, 8:7, 8:10, 9:10, 9:16, 9:22, 10:6, 11:14, 12:4, 14:1, 14:8, 15:11, 15:23, 16:13, 16:16, 19:3, 19:13, 19:17, 20:9, 22:7, 23:22, 24:4, 24:15, 25:6, 25:9, 25:12, 26:11, 31:20, 35:8, 37:6, 39:25

**ATTORNEY** [1] - 38:2
**AUTHORITY** [3] - 14:4, 14:6, 15:2
**AUTHORIZATIONS** [1] - 27:1
**AUTHORIZED** [1] - 36:21
**AUTOMATIC** [1] - 6:8
**AVOID** [5] - 14:11, 26:2, 26:13, 27:9, 27:24
**AWARE** [1] - 38:2
**AWAY** [4] - 11:13, 13:25, 14:1, 15:20
**AWFULLY** [2] - 25:17, 30:10
**AWKWARD** [1] - 14:20

## B

**BACK** [4] - 6:14, 7:19, 37:19, 40:13
**BAD** [2] - 43:8, 43:9
**BALLOT** [5] - 19:22, 27:3, 34:24, 35:22, 36:6
**BALLOTS** [8] - 4:9, 4:17, 11:20, 16:1, 16:2, 25:22, 25:23, 25:25
**BALLPARK** [1] - 36:19
**BAR** [1] - 11:2
**BARRICADE** [15] - 9:19, 9:20, 9:22, 14:1, 15:24, 29:5, 29:6, 29:15, 31:11, 31:12, 31:16, 31:23, 32:2, 39:17, 39:20
**BARRIER** [4] - 23:10, 39:15, 40:7, 40:8
**BASICALLY** [1] - 39:5
**BATTLE** [1] - 26:11
**BE** [82] - 3:3, 4:8, 4:15, 5:2, 5:11, 6:24, 8:3, 9:17, 10:6, 12:8, 12:10, 12:13, 12:18, 12:19, 12:25, 13:1, 13:11, 14:5, 14:16, 15:4, 16:6, 16:11, 16:15, 17:2, 18:7, 18:10, 18:15, 19:2, 20:25, 21:3, 23:1, 23:2, 23:4, 23:10, 23:22, 24:12, 25:17, 25:21, 25:24, 26:4, 26:10, 26:15, 26:25, 27:5, 27:7, 27:11, 27:17, 28:5, 28:10,

30:8, 30:13, 30:17, 30:18, 30:20, 31:16, 31:19, 31:25, 32:25, 33:10, 33:21, 35:15, 36:15, 37:6, 37:7, 37:8, 37:22, 38:16, 38:17, 38:18, 39:9, 39:24, 40:3, 40:4, 40:24, 41:10, 42:1, 42:5, 42:10, 42:19
**BEAR** [1] - 26:10
**BECAME** [1] - 5:1
**BECAUSE** [20] - 3:8, 9:11, 12:24, 15:5, 15:10, 16:11, 16:14, 18:4, 22:15, 22:22, 22:23, 23:20, 29:24, 33:18, 34:12, 35:1, 37:20, 38:6, 41:3, 42:20
**BECOME** [1] - 22:7
**BEEN** [20] - 4:17, 4:24, 6:20, 6:22, 13:16, 14:1, 15:5, 15:24, 16:7, 21:8, 27:1, 30:10, 31:20, 35:8, 36:22, 41:4, 41:20, 42:12, 43:2
**BEFORE** [10] - 1:11, 6:11, 24:15, 24:21, 24:24, 25:1, 25:3, 34:10, 40:19, 41:23
**BEGINNING** [1] - 15:23
**BEHALF** [3] - 3:13, 20:11, 35:24
**BEHAVING** [1] - 9:11
**BEHAVIOR** [2] - 22:24, 23:2
**BEHAVIORAL** [1] - 31:23
**BEHIND** [1] - 29:23
**BEING** [23] - 4:9, 4:17, 6:16, 7:14, 7:25, 8:18, 8:22, 10:10, 10:17, 11:8, 11:9, 11:23, 15:18, 16:1, 18:7, 21:12, 23:9, 23:25, 27:12, 27:13, 30:23, 40:10, 40:20
**BEINGS** [1] - 18:3
**BELIEVE** [12] - 5:9, 5:14, 5:15, 6:1, 6:12, 6:22, 9:10, 12:2, 21:20, 34:2, 36:8, 37:18
**BELOW** [1] - 29:9
**BENJAMIN** [1] - 2:7
**BEST** [2] - 9:5, 9:6
**BETTER** [2] - 8:24,

18:19
**BETWEEN** [4] - 11:16, 26:13, 35:8, 41:20
**BIG** [4] - 6:25, 7:7, 30:15, 36:1
**BIGGER** [1] - 7:11
**BIND** [2] - 23:17, 35:23
**BINDS** [1] - 32:19
**BIT** [2] - 15:17, 31:10
**BLOCK** [1] - 20:7
**BLUESTEIN** [3] - 32:9, 32:13, 33:15
**BOARD** [10] - 1:6, 3:20, 6:4, 14:17, 14:22, 14:23, 22:11, 27:11, 33:19
**BOARD'S** [1] - 33:19
**BONIN** [30] - 2:10, 20:4, 20:5, 20:7, 20:8, 20:19, 26:23, 26:24, 26:25, 27:16, 33:1, 33:23, 34:25, 35:1, 35:7, 35:18, 35:20, 36:4, 36:14, 36:17, 36:20, 37:10, 38:22, 38:23, 39:3, 39:7, 39:12, 39:14, 39:19, 40:11
**BOOK** [1] - 12:12
**BOTH** [9] - 5:14, 5:16, 8:2, 8:7, 8:9, 35:15, 38:11, 40:7, 40:23
**BOTHERED** [1] - 27:19
**BRIEF** [2] - 16:24, 41:8
**BRIEFING** [2] - 6:12
**BRIEFS** [1] - 25:14
**BRING** [2] - 16:21, 42:19
**BROAD** [2] - 2:11, 39:15
**BROKERING** [1] - 14:14
**BROUGHT** [2] - 5:6, 33:9
**BUILDING** [2] - 2:7, 41:3
**BULGE** [1] - 26:11
**BUSH** [2] - 8:8, 8:10
**BUT** [37] - 3:6, 6:19, 10:6, 12:3, 12:10, 12:17, 13:4, 13:16, 14:6, 14:10, 15:22, 16:21, 17:16, 18:21, 20:6, 21:24, 23:2, 23:23, 24:14, 24:25, 25:10, 25:24, 27:6, 30:11, 32:1, 33:16,

36:11, 36:21, 37:8, 37:18, 39:10, 40:5, 40:7, 40:18, 41:11, 42:19, 43:2
**BY** [18] - 1:24, 1:25, 4:5, 4:12, 5:19, 6:3, 14:12, 21:12, 23:21, 24:2, 25:18, 26:15, 27:13, 27:20, 30:21, 32:25, 33:1, 35:15
**BYRNE** [1] - 1:8

## C

**CALL** [5] - 3:12, 25:14, 37:5, 43:8
**CALL-IN** [1] - 3:12
**CAME** [1] - 38:2
**CAMPAIGN** [8] - 4:15, 4:20, 8:3, 8:12, 8:18, 27:10, 27:11
**CAN** [61] - 3:17, 4:20, 6:18, 6:24, 11:20, 12:1, 13:8, 13:11, 15:11, 15:13, 15:15, 15:16, 15:20, 16:18, 16:21, 17:3, 17:22, 17:23, 18:13, 18:24, 19:2, 19:3, 19:5, 19:9, 19:11, 19:19, 20:9, 21:5, 21:19, 21:24, 22:1, 22:4, 23:3, 23:4, 23:10, 23:11, 23:20, 24:2, 24:4, 24:7, 27:11, 27:23, 28:4, 30:8, 31:5, 31:16, 32:8, 34:6, 34:20, 35:24, 37:4, 37:5, 38:4, 38:13, 38:17, 38:18, 40:23, 41:17, 42:20
**CAN'T** [15] - 7:20, 11:12, 11:22, 15:19, 18:8, 27:14, 32:19, 33:20, 35:23, 37:16, 39:22, 39:24, 40:7, 43:6, 43:7
**CANDIDATE** [8] - 19:13, 19:14, 27:4, 33:21, 34:5, 36:15, 36:16, 36:17
**CANDIDATES** [15] - 19:16, 19:17, 19:18, 19:21, 26:16, 26:21, 27:2, 33:18, 34:7, 34:24, 35:22, 36:6, 36:12, 38:3, 38:4
**CANVASS** [1] - 15:23
**CANVASSING** [1] - 9:18

**CARE** [1] - 35:16
**CARRYING** [1] - 40:16
**CASE** [3] - 8:13, 38:4, 42:2
**CAUSE** [1] - 31:25
**CAUTION** [1] - 40:22
**CECIL** [1] - 38:19
**CELL** [1] - 37:4
**CENTER** [1] - 4:16
**CERTAIN** [2] - 10:3, 31:25
**CERTAINLY** [7] - 13:19, 14:10, 21:16, 23:20, 36:3, 37:20, 40:18
**CERTIFY** [1] - 43:18
**CHALLENGE** [1] - 28:1
**CHANGE** [1] - 25:11
**CHARACTERIZATIO N** [1] - 6:1
**CHARGE** [2] - 32:10, 40:25
**CHECKING** [1] - 11:21
**CITY** [11] - 7:2, 14:5, 17:9, 17:16, 19:22, 27:12, 31:4, 31:9, 32:9, 36:9, 41:24
**CIVIL** [1] - 1:3
**CLAIBORNE** [29] - 2:6, 3:19, 7:1, 7:4, 7:9, 7:13, 7:16, 9:3, 9:4, 9:8, 9:16, 12:21, 13:3, 13:4, 13:15, 13:19, 14:8, 15:14, 20:24, 21:1, 22:24, 24:9, 24:10, 24:20, 33:12, 39:6, 39:11, 40:14
**CLAUSE** [2] - 8:6, 8:7
**CLEAR** [6] - 5:1, 25:17, 26:25, 31:19, 40:20, 41:11
**CLERK** [7] - 3:1, 28:8, 37:3, 37:6, 40:22, 42:10, 43:8
**CLERKED** [1] - 25:8
**CLIENT** [16] - 4:7, 4:8, 4:15, 11:11, 14:15, 16:5, 18:14, 22:20, 22:21, 23:6, 23:17, 23:24, 24:2, 24:6, 29:1, 37:16
**CLIENT'S** [1] - 28:25
**CLIENTS** [3] - 13:13, 18:13, 38:13
**CLOSE** [2] - 9:14, 15:12
**CLOSER** [4] - 12:13, 16:17, 17:18, 31:16

**CLOSEST** [1] - 9:19
**CM** [1] - 1:20
**CO** [2] - 24:12, 26:7
**CO-COUNSEL** [2] - 24:12, 26:7
**CODE** [8] - 19:8, 19:9, 23:17, 34:20, 37:17, 38:10, 40:9, 43:6
**CODES** [1] - 43:4
**COFFEE** [1] - 23:12
**COLLEAGUE** [1] - 6:18
**COME** [6] - 15:22, 18:18, 24:21, 37:19
**COMES** [2] - 26:17, 26:22
**COMFORTABLE** [3] - 3:5, 3:7, 3:18
**COMING** [1] - 25:25
**COMMANDMENTS** [1] - 38:19
**COMMENCING** [1] - 1:9
**COMMISSIONER** [2] - 32:9, 32:10
**COMMISSIONERS** [1] - 15:21
**COMMIT** [2] - 34:20, 37:16
**COMMITTING** [2] - 32:7, 35:21
**COMMONWEALTH** [6] - 4:6, 4:13, 6:3, 6:9, 6:21, 14:9
**COMPANY** [1] - 25:23
**COMPLAINT** [6] - 5:10, 5:14, 16:16, 41:25, 42:1, 42:2
**COMPLETED** [2] - 6:13, 13:1
**COMPLETELY** [1] - 10:1
**COMPLIANCE** [1] - 13:17
**COMPLIED** [2] - 27:14, 40:10
**COMPLYING** [2] - 6:22, 43:9
**COMPORTING** [1] - 9:10
**COMPUTER** [3] - 1:24, 1:25, 40:12
**COMPUTER-AIDED** [1] - 1:25
**CONCERNED** [1] - 41:2
**CONDUCT** [1] - 40:19
**CONFIRM** [1] - 7:18
**CONSIDERED** [2] - 15:7, 22:23

**CONSISTENT** [1] - 35:11
**CONSTITUTION** [1] - 8:5
**CONSTITUTIONAL** [3] - 7:25, 10:5, 16:18
**CONTACT** [4] - 37:5, 40:22, 42:10, 42:11
**CONTENTION** [1] - 5:21
**CONTESTED** [1] - 42:14
**CONTESTS** [1] - 19:22
**CONTINUANCE** [1] - 34:11
**CONTINUE** [3] - 13:21, 27:18, 41:12
**CONTINUED** [1] - 2:1
**CONTROL** [1] - 39:14
**CONTROVERSIAL** [1] - 41:11
**CONVENTION** [1] - 4:16
**CONVINCED** [1] - 30:22
**CORDONS** [1] - 15:24
**CORRECT** [9] - 11:25, 12:25, 13:5, 29:8, 30:2, 30:5, 39:18, 39:21, 43:18
**COULD** [3] - 3:7, 11:15, 11:17, 12:3, 12:5, 17:13, 20:3, 26:2, 31:25, 34:4
**COULDN'T** [2] - 13:7, 42:12
**COUNSEL** [10] - 1:18, 2:5, 2:9, 2:13, 20:1, 24:12, 26:7, 40:19, 41:2, 43:16
**COUNT** [2] - 13:1, 29:25
**COUNTED** [1] - 4:17
**COUNTERS** [1] - 9:15
**COUNTING** [8] - 4:8, 5:4, 7:12, 7:15, 8:22, 25:22, 25:24
**COUNTS** [1] - 34:12
**COUNTY** [1] - 1:6
**COURSE** [2] - 26:23, 43:14
**COURT** [182] - 1:1, 1:20, 3:1, 3:2, 3:16, 3:23, 4:6, 4:10, 4:13, 4:21, 5:7, 5:11, 5:23, 5:25, 6:2, 6:3, 6:6, 6:9, 6:11, 6:14, 6:22, 6:24, 7:3, 7:7, 7:11, 7:14, 7:19, 7:20, 7:21, 7:22, 7:23, 8:4,

8:9, 8:15, 8:20, 8:24, 9:3, 9:6, 9:14, 9:23, 10:13, 10:18, 10:22, 11:1, 11:2, 11:6, 11:13, 11:17, 11:22, 12:1, 12:7, 12:13, 12:17, 13:7, 13:18, 14:3, 14:9, 14:11, 15:1, 15:18, 16:4, 16:11, 16:23, 17:14, 17:22, 18:1, 18:12, 18:18, 18:24, 19:4, 19:10, 19:15, 19:24, 20:3, 20:6, 20:13, 20:17, 20:21, 21:2, 21:5, 21:11, 21:15, 21:18, 21:22, 21:25, 22:3, 22:5, 22:8, 22:16, 23:21, 23:25, 24:15, 24:18, 24:23, 24:24, 25:1, 25:2, 25:3, 25:5, 25:7, 25:13, 26:9, 26:20, 26:24, 27:5, 27:23, 28:2, 28:9, 28:10, 28:14, 28:16, 28:19, 28:22, 28:24, 29:2, 29:6, 29:9, 29:13, 29:16, 29:19, 29:21, 29:24, 30:3, 30:6, 30:7, 30:10, 30:16, 30:20, 30:21, 31:4, 31:8, 32:4, 32:6, 32:12, 32:13, 32:17, 32:18, 32:20, 32:24, 33:6, 33:20, 33:23, 34:2, 34:8, 34:16, 34:22, 35:3, 35:12, 36:2, 36:5, 36:10, 36:13, 36:19, 36:24, 37:11, 37:13, 37:15, 37:20, 37:22, 38:6, 38:14, 39:1, 39:9, 39:12, 39:18, 39:21, 40:12, 40:15, 41:9, 41:13, 41:15, 41:17, 41:23, 42:9, 42:22, 43:3, 43:5, 43:11, 43:13, 43:24
**COURTHOUSE** [2] - 1:8, 1:21
**COURTROOM** [3] - 7:8, 7:10, 33:5
**CREDENTIAL** [1] - 37:21
**CREDENTIALED** [1] - 22:14
**CRIMINAL** [1] - 22:22
**CROWD** [1] - 39:14
**CURRENTLY** [1] -

32:2
**CYCLE** [1] - 38:1

# D

**DANCE** [1] - 33:9
**DATE** [2] - 34:12, 43:23
**DATES** [1] - 42:4
**DAY** [8] - 4:18, 7:17, 14:2, 21:10, 26:12, 29:3, 34:11, 35:4
**DAYS** [3] - 23:1, 25:9, 27:7
**DEAL** [2] - 25:16, 41:6
**DECIDE** [2] - 16:25, 23:8
**DECIDED** [2] - 12:23, 23:7
**DECISION** [4] - 10:1, 15:2, 17:3, 17:17
**DECISION-MAKER** [1] - 17:17
**DECISION-MAKING** [1] - 15:2
**DEFENDANT** [6] - 2:5, 2:9, 2:13, 28:19, 29:22, 41:12
**DEFENDANTS** [2] - 28:17, 42:15
**DEMILLE'S** [1] - 38:19
**DEMOCRATIC** [10] - 9:2, 19:25, 20:1, 20:11, 26:20, 27:2, 27:12, 27:20, 35:24, 36:23
**DENIED** [1] - 8:18
**DENY** [1] - 41:18
**DEPTH** [1] - 18:1
**DEPUTIES** [1] - 15:21
**DEPUTY** [1] - 32:9
**DESIGNATE** [1] - 23:20
**DESIGNATED** [2] - 34:15, 34:19
**DETAILS** [1] - 6:18
**DETERMINE** [1] - 40:15
**DIAMOND** [1] - 1:11
**DID** [3] - 36:5, 36:16, 37:9
**DIDN'T** [2] - 18:9, 42:25
**DIFFERENT** [2] - 18:2, 34:6
**DIFFERENTLY** [1] - 34:12
**DIMENSION** [2] - 17:25, 18:2
**DIMENSIONS** [1] - 7:6

**DISAGREEMENT** [1] - 10:24
**DISAGREES** [1] - 43:7
**DISCRIMINATION** [1] - 10:7
**DISCUSS** [1] - 42:7
**DISCUSSED** [2] - 15:24, 33:3
**DISCUSSION** [1] - 38:5
**DISCUSSIONS** [1] - 27:17
**DISOBEYED** [1] - 4:18
**DISPUTE** [6] - 24:24, 25:1, 25:5, 27:9, 27:10, 40:18
**DISTANCE** [11] - 11:15, 11:16, 15:7, 16:25, 17:8, 17:10, 17:11, 23:6, 23:7, 24:5, 33:3
**DISTANCING** [3] - 9:13, 22:7, 40:9
**DISTANT** [1] - 15:10
**DISTRICT** [3] - 1:1, 1:2, 5:23
**DO** [38] - 4:2, 7:17, 12:7, 12:14, 13:5, 13:15, 14:12, 14:19, 14:22, 15:13, 15:15, 15:19, 16:5, 16:6, 16:7, 16:8, 16:23, 17:6, 17:22, 17:23, 18:19, 20:19, 21:1, 21:11, 22:3, 23:15, 24:7, 27:19, 28:6, 32:6, 34:23, 35:1, 36:24, 38:12, 41:13, 42:20, 43:6
**DOABLE** [1] - 38:22
**DOCUMENT** [1] - 5:10
**DOES** [12] - 12:24, 13:3, 14:7, 17:9, 17:14, 23:13, 24:13, 27:6, 31:1, 33:13, 36:14, 38:22
**DOESN'T** [4] - 13:24, 23:18, 27:12, 29:1
**DOING** [6] - 3:5, 3:7, 3:8, 7:12, 27:1, 42:3
**DON'T** [45] - 3:5, 3:16, 5:17, 10:2, 10:19, 12:1, 12:19, 12:22, 14:4, 14:5, 14:6, 15:19, 16:9, 16:12, 17:7, 18:12, 18:20, 18:21, 20:17, 20:22, 21:3, 21:4, 22:6, 22:10, 22:23, 25:7, 25:8, 25:23, 27:5,
27:14, 28:1, 29:2, 30:16, 31:10, 33:16, 34:21, 35:16, 39:8, 39:9, 40:5, 40:22, 41:10, 42:4, 42:10, 42:11
**DONALD** [2] - 1:3, 11:3
**DONE** [2] - 15:18, 39:19
**DOOR** [1] - 28:5
**DOUBT** [1] - 42:25
**DOWN** [5] - 3:8, 9:18, 10:9, 10:10, 29:5
**DOZENS** [1] - 18:10
**DRAWING** [2] - 38:15, 39:10
**DUE** [4] - 7:24, 8:6, 8:17, 34:11
**DURING** [2] - 6:9, 21:9

## E

**E-MAIL** [2] - 18:8, 18:9
**EACH** [13] - 15:10, 15:11, 19:13, 23:3, 23:11, 30:4, 30:14, 35:21, 36:12, 37:23, 38:8, 38:18, 42:16
**EAR** [1] - 24:3
**EASTER** [1] - 39:4
**EASTERN** [1] - 1:2
**EASY** [1] - 23:19
**EFFECT** [1] - 14:10
**EFFECTIVE** [1] - 6:21
**EFFORT** [1] - 25:4
**EITHER** [1] - 10:19
**ELECTION** [10] - 19:8, 19:9, 19:23, 23:17, 34:20, 37:17, 38:1, 40:9, 43:4, 43:6
**ELECTIONS** [6] - 1:7, 3:20, 6:4, 14:17, 14:22, 27:11
**ELOQUENTLY** [1] - 24:13
**ELSE** [4] - 13:10, 18:14, 27:22, 43:11
**EMERGENCY** [2] - 1:13, 4:1
**EMPLOYEES** [1] - 8:25
**END** [1] - 26:12
**ENFORCE** [1] - 5:23
**ENJOY** [1] - 25:23
**ENOUGH** [3] - 8:15, 17:20, 35:14
**ENSURE** [1] - 32:14
**ENTERED** [3] - 4:5, 4:12, 6:23
**ENTIRE** [1] - 36:9
**ENTIRELY** [2] - 20:8, 42:11
**ENTITLED** [1] - 43:20
**ENVELOPE** [3] - 11:23, 12:4, 12:6
**EQUAL** [12] - 8:7, 8:16, 8:18, 8:22, 10:11, 10:13, 11:9, 23:11, 27:18, 35:9, 36:17, 40:7
**EQUALLY** [1] - 30:21
**ERR** [1] - 40:21
**ERRAND** [1] - 27:6
**ESCORT** [1] - 41:5
**ESQUIRE** [6] - 1:15, 2:2, 2:3, 2:6, 2:7, 2:10
**ESTIMATE** [1] - 21:6
**EVENING** [3] - 3:2, 5:6, 20:4
**EVERY** [5] - 15:6, 36:14, 36:16, 36:17, 39:4
**EVERYBODY** [9] - 3:2, 17:6, 17:18, 28:10, 29:20, 32:1, 34:12, 39:23, 40:21
**EVERYONE** [8] - 16:8, 16:15, 17:1, 23:9, 30:23, 30:24, 31:15, 33:9
**EVERYTHING** [2] - 33:7, 42:20
**EVERYWHERE** [1] - 15:6
**EXACTLY** [1] - 32:22
**EXCEED** [1] - 34:5
**EXCEPT** [3] - 9:19, 31:24, 42:13
**EXCUSE** [2] - 8:21, 19:23
**EXPECT** [1] - 40:21
**EXPLAIN** [4] - 5:21, 15:16, 15:23, 28:16
**EXTENT** [3] - 9:9, 9:12, 14:23
**EYES** [3] - 12:3, 35:12, 35:13

## F

**FACT** [5] - 6:20, 17:16, 24:23, 27:9, 42:13
**FACTS** [1] - 6:19
**FACTUAL** [5] - 5:16, 5:18, 10:24, 11:10, 13:6
**FAIR** [1] - 5:11
**FAIRNESS** [1] - 8:14
**FAITH** [8] - 28:1, 40:17, 40:21, 42:21, 42:23, 42:24, 43:8, 43:9
**FAR** [9] - 6:10, 9:7, 13:12, 16:18, 19:19, 21:19, 24:6, 36:13, 36:14
**FAST** [1] - 42:4
**FATALLY** [1] - 5:16
**FCRR** [1] - 1:20
**FEDERAL** [6] - 5:23, 8:5, 15:3, 16:13, 16:14, 25:5, 25:13, 30:7
**FEEL** [3] - 3:4, 3:7, 27:12
**FEET** [47] - 9:18, 9:21, 10:2, 11:11, 11:13, 11:16, 11:22, 11:23, 12:14, 12:15, 12:16, 12:19, 13:9, 13:10, 13:20, 13:25, 15:4, 15:7, 15:8, 15:11, 15:12, 16:6, 16:7, 16:8, 17:18, 23:7, 23:8, 29:14, 30:4, 30:14, 30:17, 30:24, 30:25, 31:1, 31:12, 31:13, 31:14, 31:17, 32:2, 32:22
**FENCE** [1] - 32:22
**FEW** [1] - 27:7
**FEWER** [3] - 19:20, 38:7, 38:10
**FIELD** [57] - 2:7, 3:20, 14:18, 14:19, 15:16, 15:20, 16:4, 16:19, 17:21, 17:23, 18:25, 19:1, 19:7, 19:12, 19:20, 20:1, 21:2, 21:4, 21:8, 21:13, 21:16, 21:20, 21:23, 22:1, 22:4, 22:6, 22:10, 23:14, 23:23, 24:25, 26:5, 26:6, 30:7, 31:6, 31:19, 32:8, 32:15, 32:21, 33:2, 33:15, 33:22, 34:4, 34:14, 34:18, 34:23, 35:11, 36:8, 36:11, 37:14, 37:15, 37:16, 37:24, 38:12, 42:18, 42:25, 43:2, 43:10
**FIGURING** [1] - 10:5
**FILE** [1] - 25:13
**FILED** [1] - 6:5
**FILING** [1] - 6:8
**FIND** [1] - 18:8
**FINE** [6] - 21:10, 25:15, 34:7, 36:13, 36:24
**FIRST** [8] - 4:3, 9:19, 29:14, 30:24, 31:11, 32:2, 32:23, 38:14
**FIT** [1] - 18:13
**FITS** [2] - 40:1
**FIVE** [2] - 10:2
**FLAWED** [1] - 5:16
**FLAWS** [1] - 5:20
**FLOOR** [1] - 2:3
**FOND** [1] - 42:3
**FOOL'S** [1] - 27:6
**FOR** [43] - 1:2, 1:3, 1:13, 1:18, 2:5, 2:9, 2:13, 3:12, 3:20, 4:4, 4:8, 4:15, 5:1, 5:15, 5:16, 6:5, 6:14, 7:1, 9:19, 11:3, 15:20, 15:22, 19:14, 20:1, 21:18, 21:21, 23:16, 24:8, 25:8, 25:19, 27:17, 28:6, 31:24, 32:8, 34:6, 35:9, 37:23, 38:18, 39:15, 39:16, 40:3, 42:13, 42:15
**FOREGOING** [1] - 43:18
**FOUR** [1] - 40:4
**FREE** [4] - 25:1, 25:3, 31:22, 37:1
**FROM** [27] - 4:19, 5:22, 6:6, 11:22, 11:23, 13:8, 13:10, 15:10, 15:11, 16:11, 16:25, 23:11, 24:5, 25:20, 27:2, 29:15, 30:25, 31:1, 31:12, 31:13, 31:14, 31:17, 32:2, 32:23, 38:2, 42:8, 43:19
**FRONT** [5] - 23:10, 24:4, 39:15, 39:25, 40:8

## G

**GATHER** [1] - 3:11
**GENERALITIES** [1] - 8:16
**GENERALLY** [3] - 9:15, 15:5, 35:7
**GENERATED** [2] - 27:8, 41:5
**GENEROUS** [1] - 30:11
**GENTLEMAN** [1] - 4:19

**GET** [7] - 9:15, 15:11, 16:10, 17:2, 17:14, 27:23, 33:7
**GETS** [1] - 31:15
**GETTING** [2] - 8:24, 24:19
**GIVE** [3] - 33:11, 37:3
**GIVEN** [8] - 4:8, 4:15, 8:22, 10:11, 10:17, 11:8, 11:9, 12:11
**GIVING** [1] - 5:19
**GO** [4] - 15:6, 22:17, 30:11, 31:22
**GOES** [2] - 29:5, 30:14
**GOING** [43] - 5:2, 5:4, 8:21, 10:25, 11:18, 12:8, 12:24, 13:1, 13:21, 13:23, 15:3, 16:15, 17:1, 17:2, 17:5, 17:12, 22:17, 22:18, 22:19, 22:20, 23:2, 23:3, 23:22, 25:7, 26:6, 26:11, 27:7, 32:3, 32:13, 32:24, 32:25, 33:7, 33:8, 37:3, 39:1, 39:24, 41:18, 42:2, 42:5, 42:20, 42:23
**GOOD** [10] - 3:2, 20:4, 22:5, 26:4, 28:1, 40:17, 40:21, 42:21, 42:23, 42:24
**GORE** [2] - 8:8, 8:11
**GOT** [2] - 9:21, 18:19
**GRACIOUSLY** [1] - 41:1
**GRANT** [1] - 9:25
**GREAT** [4] - 8:16, 18:4, 38:15, 39:9
**GREATER** [1] - 11:15
**GROUPS** [1] - 19:4
**GUESS** [2] - 23:21, 41:23
**GUIDELINES** [2] - 31:24, 40:9

# H

**HAD** [6] - 4:24, 20:20, 27:21, 36:21, 38:2
**HAIR** [1] - 24:19
**HAND** [2] - 28:21, 38:15
**HANDS** [1] - 32:19
**HANGLEY** [1] - 2:2
**HAPPENS** [2] - 15:4, 16:6
**HAPPY** [4] - 5:19, 13:15, 13:19, 29:20
**HARD** [3] - 3:8, 23:16,
34:8
**HAS** [27] - 4:17, 13:16, 14:1, 14:9, 15:5, 15:24, 16:7, 16:16, 17:7, 18:17, 22:21, 22:22, 23:7, 33:8, 33:11, 33:17, 35:8, 35:12, 35:22, 36:18, 40:4, 40:5, 40:16, 41:1, 41:4, 41:20, 41:24
**HAVE** [87] - 3:25, 4:2, 5:5, 5:25, 6:19, 6:22, 7:17, 10:4, 10:23, 12:7, 12:10, 12:13, 12:17, 12:18, 12:22, 12:23, 14:4, 14:6, 14:10, 14:15, 15:10, 16:10, 16:12, 18:6, 18:7, 20:14, 20:15, 20:19, 20:20, 22:4, 23:3, 23:4, 23:10, 23:12, 23:23, 24:17, 24:22, 25:5, 25:21, 26:7, 26:16, 26:21, 27:1, 27:18, 27:19, 28:15, 28:17, 29:25, 30:3, 30:13, 30:16, 30:18, 30:20, 30:22, 31:20, 32:6, 33:10, 33:13, 34:8, 35:10, 35:22, 36:15, 36:20, 37:8, 37:18, 38:7, 38:10, 38:25, 39:6, 39:7, 40:6, 40:17, 40:18, 40:20, 41:1, 41:5, 42:12, 42:25, 43:2
**HAVEN'T** [2] - 36:21, 36:22
**HAVING** [2] - 11:19, 14:12
**HAZARD** [1] - 24:1
**HE** [23] - 3:9, 6:3, 13:20, 13:23, 16:17, 22:18, 22:19, 22:22, 23:4, 24:14, 33:3, 33:7, 33:8, 33:9, 33:11, 33:13, 40:25, 41:1, 41:5, 42:10, 43:7
**HE'S** [2] - 23:2, 33:8
**HEAD** [3] - 14:17, 15:14, 24:25
**HEALTHY** [1] - 43:14
**HEAR** [7] - 12:23, 13:8, 13:9, 20:17, 22:3, 33:25, 40:17
**HEARD** [2] - 5:20, 30:8
**HEARING** [4] - 1:13, 4:1, 4:4, 12:23
**HEAT** [2] - 27:8, 41:4
**HEAVILY** [1] - 42:14
**HELD** [3] - 16:8, 16:15, 17:2
**HERE** [32] - 3:13, 3:20, 4:19, 7:18, 9:20, 13:11, 13:24, 15:13, 16:13, 17:4, 17:14, 20:2, 20:11, 21:7, 22:1, 24:3, 24:13, 25:5, 25:21, 25:25, 26:3, 27:3, 27:6, 29:6, 30:22, 32:19, 33:9, 35:25, 37:7, 40:25, 41:14, 42:5
**HERE'S** [1] - 39:13
**HESITATE** [1] - 40:22
**HIM** [4] - 20:2, 20:6, 33:11, 41:1
**HIS** [4] - 21:16, 24:25, 33:10, 37:4
**HOLDING** [1] - 29:10
**HONEST** [1] - 42:19
**HONESTLY** [2] - 18:19
**HONOR** [59] - 3:22, 4:4, 4:5, 4:13, 5:6, 5:8, 5:14, 5:17, 6:17, 7:5, 7:16, 7:22, 9:4, 9:8, 10:12, 10:21, 11:14, 13:4, 13:16, 14:21, 14:24, 16:20, 17:5, 17:24, 18:17, 19:1, 19:8, 20:4, 21:24, 22:2, 23:15, 24:10, 24:21, 26:7, 26:23, 28:7, 28:13, 28:23, 29:11, 31:6, 31:19, 32:21, 33:2, 33:16, 33:22, 33:25, 34:4, 34:15, 34:18, 35:21, 37:12, 37:14, 37:24, 38:13, 41:8, 41:22, 42:18, 43:10, 43:12
**HONORABLE** [1] - 1:11
**HONORED** [1] - 32:14
**HOOKUP** [1] - 3:11
**HOPE** [1] - 13:22
**HOPEFUL** [1] - 37:19
**HOURS** [1] - 5:1
**HOW** [30] - 6:25, 7:11, 8:17, 9:14, 11:13, 13:12, 14:1, 16:5, 16:6, 18:12, 18:13, 18:14, 18:22, 19:2, 19:18, 19:24, 20:19, 21:4, 21:5, 21:6,
21:11, 22:20, 27:1, 27:3, 34:23, 35:18, 36:3, 36:6, 36:19
**HOWEVER** [6] - 23:5, 23:9, 24:5, 24:6, 38:21
**HUMAN** [1] - 18:3
**HUNDRED** [1] - 30:17

# I

**I'D** [1] - 10:4
**I'LL** [4] - 9:25, 13:9, 34:11, 37:7
**I'M** [39] - 3:8, 5:19, 8:15, 9:23, 11:1, 11:6, 12:18, 12:21, 14:11, 14:15, 15:1, 16:4, 16:5, 16:9, 17:2, 17:11, 17:12, 18:8, 20:11, 22:8, 22:9, 23:3, 24:3, 24:18, 30:6, 30:21, 31:6, 32:18, 33:7, 35:25, 37:19, 37:25, 38:2, 38:12, 39:22, 41:18, 42:2, 42:3
**I'VE** [2] - 20:6, 30:10
**IDENTIFY** [6] - 20:3, 21:12, 22:18, 33:17, 33:20, 34:6
**IF** [72] - 3:4, 3:6, 3:7, 3:17, 6:24, 9:25, 11:22, 12:3, 12:5, 12:20, 12:25, 13:20, 14:14, 15:7, 15:18, 16:19, 17:9, 17:12, 17:16, 22:21, 22:25, 23:7, 23:8, 24:1, 24:4, 24:7, 24:23, 24:25, 25:2, 25:15, 25:25, 26:2, 26:7, 26:12, 26:16, 26:20, 27:7, 27:9, 27:10, 28:4, 29:10, 30:23, 31:16, 33:9, 33:17, 34:6, 34:14, 34:18, 35:16, 36:16, 36:25, 37:6, 37:8, 37:22, 38:6, 38:9, 39:7, 39:23, 40:1, 40:15, 40:19, 40:23, 41:2, 42:1, 42:9, 43:5, 43:7
**IMAGINE** [1] - 38:19
**IMPLEMENT** [1] - 42:24
**IMPLY** [1] - 43:1
**IMPORTANT** [1] - 13:5
**IN** [76] - 1:1, 3:12, 4:6,
4:9, 4:16, 4:17, 4:25, 5:25, 6:20, 7:15, 8:8, 8:10, 8:12, 8:16, 10:8, 10:9, 10:14, 10:16, 11:4, 12:12, 13:17, 14:20, 14:24, 15:6, 15:22, 15:25, 16:2, 17:16, 18:11, 18:15, 19:3, 19:5, 19:6, 19:13, 19:19, 19:22, 19:23, 20:12, 20:13, 21:9, 22:14, 22:19, 23:10, 23:14, 24:23, 25:4, 25:5, 25:9, 25:14, 26:10, 27:9, 27:17, 28:9, 29:12, 30:14, 31:24, 32:10, 32:25, 33:18, 33:21, 35:23, 36:12, 37:25, 38:2, 38:19, 40:15, 40:16, 40:21, 40:25, 41:12, 41:19, 42:21, 42:23, 43:4, 43:19
**INADEQUATE** [2] - 36:25, 37:1
**INAPPROPRIATE** [1] - 22:23
**INAPPROPRIATELY** [2] - 9:12, 22:25
**INC** [1] - 1:4
**INCONSISTENT** [1] - 24:22
**INCORRECT** [1] - 6:2
**INDICATED** [2] - 33:3, 41:25
**INDICATING** [1] - 29:7
**INDICATING)** [1] - 39:11
**INDIVIDUAL** [2] - 9:11, 11:20
**INFORM** [1] - 38:9
**INFRINGED** [1] - 8:1
**INITIALLY** [1] - 29:17
**INJUNCTION** [1] - 1:13
**INJUNCTIVE** [1] - 5:22
**INJURY** [2] - 10:5, 16:14
**INTEND** [1] - 41:12
**INTERNET** [1] - 12:25
**INTERNET0** [1] - 19:17
**INTERVENTION** [1] - 42:13
**INTO** [8] - 3:6, 3:17, 4:10, 16:10, 17:14, 24:19, 27:24, 33:10
**INVOKED** [1] - 7:24
**IRRATIONAL** [1] -

10:1

**IS** [177] - 3:4, 3:9, 3:11, 3:12, 3:13, 3:14, 3:21, 4:19, 4:20, 5:5, 5:9, 5:16, 5:24, 6:2, 6:10, 6:19, 6:25, 7:7, 7:25, 8:3, 8:17, 8:22, 8:24, 9:3, 9:20, 10:5, 10:13, 10:15, 10:19, 10:24, 11:11, 11:19, 11:23, 12:24, 12:25, 13:1, 13:2, 13:4, 13:5, 13:21, 13:23, 14:23, 14:24, 15:5, 15:7, 15:8, 16:1, 16:8, 16:9, 16:12, 16:13, 16:14, 16:15, 16:17, 17:1, 17:4, 17:5, 17:16, 17:17, 17:19, 18:4, 19:8, 19:13, 20:2, 20:24, 20:25, 21:2, 21:10, 21:18, 21:20, 22:11, 22:17, 22:18, 22:19, 22:20, 22:23, 22:25, 23:6, 23:7, 23:9, 23:21, 23:22, 24:2, 24:6, 24:14, 24:16, 24:20, 24:25, 25:5, 25:6, 25:7, 25:15, 26:11, 26:12, 26:14, 27:1, 27:6, 27:7, 27:9, 27:12, 27:13, 27:16, 27:24, 28:9, 28:17, 28:19, 28:24, 28:25, 29:1, 29:5, 29:14, 30:9, 30:23, 30:24, 31:4, 31:8, 31:9, 31:11, 31:18, 32:2, 32:7, 32:9, 32:10, 32:13, 32:14, 32:22, 33:7, 33:16, 34:3, 34:16, 34:20, 34:22, 35:21, 35:22, 36:25, 37:3, 37:18, 38:5, 38:6, 38:9, 38:15, 38:20, 38:25, 39:5, 39:14, 39:15, 39:19, 39:24, 40:2, 40:25, 41:6, 41:14, 41:23, 41:24, 42:4, 42:6, 42:9, 42:16, 42:24, 43:5, 43:8, 43:9, 43:18

**ISN'T** [1] - 17:19

**ISSUE** [12] - 8:7, 8:10, 8:14, 9:13, 9:16, 16:13, 22:7, 24:11, 24:14, 24:16, 24:20, 42:2

**ISSUED** [2] - 6:3, 14:9

**ISSUES** [2] - 18:4, 24:11

**IT** [60] - 3:5, 3:7, 4:2, 5:1, 5:9, 5:16, 6:19, 6:23, 7:7, 7:23, 8:22, 12:4, 12:24, 13:4, 13:5, 13:21, 14:1, 15:8, 16:17, 16:20, 17:8, 19:16, 20:25, 21:3, 23:1, 23:5, 24:7, 24:13, 24:23, 24:25, 25:2, 25:6, 25:8, 25:11, 25:12, 25:20, 26:2, 26:11, 27:3, 27:6, 27:12, 28:16, 28:17, 31:9, 31:18, 32:4, 32:22, 34:2, 34:4, 35:13, 36:2, 38:3, 38:9, 38:11, 38:16, 39:5, 40:2, 40:4, 42:24

**IT'S** [35] - 3:8, 5:10, 5:11, 5:13, 5:14, 7:9, 8:19, 8:20, 9:23, 12:20, 14:20, 15:7, 15:8, 15:18, 20:8, 22:20, 23:7, 23:8, 23:16, 24:1, 25:10, 25:15, 30:15, 34:5, 34:11, 35:16, 38:3, 39:3, 39:24, 40:1, 40:2, 41:20, 42:13

**ITS** [3] - 6:22, 35:12, 35:13

**J**

**JAMES** [1] - 1:8

**JEREMY** [1] - 4:19

**JEROME** [1] - 1:15

**JMARCUS@ MARCUSLAW.US** [1] - 1:17

**JOB** [1] - 29:3

**JOINTLY** [1] - 37:5

**JUDGE** [9] - 15:3, 15:9, 20:9, 37:10, 38:24, 39:3, 39:8, 40:11, 43:16

**JUDICIAL** [1] - 42:12

**JURISDICTION** [5] - 12:22, 23:16, 30:22, 40:17, 40:18

**JUST** [28] - 5:19, 6:14, 9:24, 12:23, 13:12, 13:13, 15:22, 19:5, 20:15, 23:12, 24:1, 24:2, 25:4, 25:6, 26:3, 26:25, 27:14, 34:8, 34:16, 35:3,

35:4, 35:6, 35:9, 38:9, 38:11, 39:22, 41:11

**K**

**KEEP** [3] - 27:3, 32:4, 32:22

**KEEPING** [1] - 13:24

**KEPT** [3] - 6:16, 6:20, 35:7

**KIM** [1] - 40:25

**KIND** [4] - 7:23, 23:12, 27:21, 27:25

**KNOW** [37] - 6:10, 7:24, 9:7, 9:24, 10:2, 10:19, 12:20, 12:22, 14:6, 15:19, 16:2, 17:7, 18:9, 18:12, 18:20, 19:16, 20:14, 20:15, 21:3, 21:4, 21:13, 22:6, 22:23, 23:23, 25:7, 27:14, 27:16, 33:17, 34:21, 34:23, 35:1, 36:14, 40:5, 42:3

**KNOWLEDGE** [2] - 9:5, 9:6

**KNOWN** [1] - 28:2

**L**

**LAND** [2] - 9:23, 12:22

**LARGER** [2] - 7:10, 37:2

**LAST** [2] - 21:7, 22:11

**LATER** [2] - 20:10, 25:11

**LAUGH** [1] - 18:21

**LAW** [8] - 8:5, 17:12, 27:13, 37:3, 37:6, 40:22, 42:10, 43:9

**LAWSUIT** [1] - 41:25

**LAWYER** [4] - 14:4, 14:16, 23:25, 29:1

**LAWYERS** [3] - 28:3, 42:15

**LEAST** [7] - 9:10, 10:6, 15:11, 24:15, 25:9, 26:11, 31:20

**LEAVE** [1] - 25:6

**LEAVING** [1] - 41:3

**LEFT** [1] - 4:25

**LEGAL** [3] - 5:16, 5:20, 18:7

**LENGTH** [1] - 18:1

**LESS** [2] - 6:24, 12:19

**LET** [3] - 6:14, 7:19, 15:3

**LET'S** [1] - 5:11

**LEVEL** [1] - 20:14

**LIGHT** [3] - 27:8, 41:4, 41:19

**LIKE** [22] - 4:21, 7:23, 14:3, 14:7, 15:8, 16:23, 16:24, 20:22, 22:11, 27:9, 28:11, 28:12, 30:25, 35:6, 35:10, 35:14, 38:15, 38:19, 38:24, 39:5, 40:12

**LIKELY** [1] - 41:25

**LIMITATIONS** [1] - 35:16

**LINE** [1] - 29:4

**LINES** [1] - 29:9

**LISTEN** [2] - 27:23

**LISTS** [1] - 4:24

**LITIGATE** [1] - 41:17

**LITIGATING** [1] - 41:12

**LITIGATION** [2] - 25:19, 26:3

**LITTLE** [5] - 4:10, 6:24, 7:19, 15:16, 29:9

**LIVE** [1] - 20:7

**LIVING** [1] - 29:1

**LOGAN** [1] - 2:3

**LONG** [10] - 4:18, 4:21, 16:8, 23:9, 24:5, 29:4, 38:11, 40:8, 41:23, 41:24

**LOOK** [6] - 14:4, 17:7, 19:16, 24:18, 25:7, 40:3

**LOOKED** [1] - 21:7

**LOOKING** [1] - 12:4

**LOOKS** [2] - 38:24, 39:5

**LOT** [3] - 26:13, 27:8, 29:25

**LOUDER** [1] - 4:10

**M**

**MAIL** [4] - 4:9, 4:17, 18:8, 18:9

**MAIL-IN** [2] - 4:9, 4:17

**MAJOR** [1] - 19:12

**MAKE** [10] - 10:20, 15:25, 16:16, 17:3, 20:22, 22:1, 27:17, 29:1, 41:11, 42:19

**MAKER** [1] - 17:17

**MAKES** [1] - 32:18

**MAKING** [1] - 15:2

**MANAGEMENT** [1] - 42:3

**MANDATED** [1] - 4:7

**MANDATING** [1] - 4:13

**MANY** [28] - 7:11, 11:13, 13:9, 13:10, 18:12, 18:13, 18:14, 18:22, 19:2, 19:18, 19:24, 20:15, 20:19, 21:4, 21:5, 21:6, 21:11, 23:5, 23:10, 34:23, 34:24, 35:2, 35:18, 36:3, 36:6, 36:19, 38:21

**MARCUS** [77] - 1:15, 3:13, 3:15, 3:25, 4:3, 4:12, 5:20, 7:20, 7:21, 8:2, 8:6, 8:10, 8:19, 8:21, 9:1, 9:25, 10:10, 10:15, 10:20, 10:23, 11:5, 11:8, 11:14, 11:18, 11:25, 12:5, 12:10, 12:15, 16:16, 16:25, 17:14, 17:19, 17:24, 18:3, 18:16, 18:23, 21:12, 22:17, 26:8, 26:15, 26:19, 28:7, 28:12, 28:14, 28:15, 28:21, 28:23, 28:25, 29:4, 29:8, 29:11, 29:14, 29:17, 29:20, 29:22, 30:2, 30:5, 30:8, 30:12, 30:18, 31:3, 33:1, 33:2, 33:7, 33:8, 33:17, 33:25, 36:1, 37:11, 37:12, 41:8, 41:10, 41:16, 41:22, 42:8, 43:7, 43:12

**MARCUS'S** [3] - 6:1, 13:13, 27:20

**MARKET** [1] - 1:21

**MARSHALS** [2] - 41:5, 43:15

**MASK** [3] - 3:8, 3:10, 3:18

**MATCHES** [1] - 12:12

**MATTER** [5] - 25:14, 32:5, 37:19, 42:14, 43:20

**MAXIMUM** [1] - 34:19

**MAY** [11] - 10:20, 14:5, 16:17, 17:24, 25:11, 28:21, 40:3, 40:4, 40:17

**MAYBE** [4] - 22:6, 30:20, 31:13, 31:14

**ME** [29] - 6:14, 7:19, 8:21, 11:23, 12:2, 12:24, 15:2, 15:3, 15:9, 15:12, 17:9,

17:15, 19:23, 23:16,
26:2, 27:6, 28:6,
34:10, 36:6, 36:7,
37:5, 38:9, 39:2,
40:19, 40:20, 42:11,
42:17
**MEAN** [5] - 13:5,
19:10, 25:6, 26:25,
43:1
**MEASURE** [1] - 9:21
**MEASURED** [1] - 9:21
**MEDIA** [2] - 3:12,
38:16
**MEETING** [1] - 33:19
**MEGHAN** [2] - 2:6, 7:1
**MEMBER** [2] - 11:1,
14:23
**MENTIONED** [1] - 16:7
**MERCER** [1] - 4:20
**MERION** [1] - 1:16
**MET** [1] - 20:6
**MICROPHONE** [3] -
3:6, 3:17, 4:11
**MIDDLE** [1] - 6:13
**MIGHT** [6] - 16:19,
23:1, 24:21, 25:10,
37:3
**MILL** [1] - 23:12
**MIND** [1] - 26:10
**MINIMUM** [1] - 7:10
**MINUTE** [2] - 6:15,
26:7
**MISCONCEIVES** [1] -
38:24
**MISINTERPRETATIO
N** [1] - 13:23
**MISREMEMBERED**
[1] - 39:2
**MISREPRESENTED**
[1] - 40:20
**MISS** [1] - 31:10
**MISSED** [1] - 31:7
**MISSING** [1] - 39:12
**MISUNDERSTOOD**
[1] - 39:22
**MOMENT** [1] - 30:8
**MOOT** [3] - 12:25,
23:22, 41:19
**MOOTS** [2] - 24:23,
24:25
**MORE** [21] - 6:18,
7:19, 12:7, 12:18,
13:8, 19:3, 21:18,
21:21, 21:23, 24:8,
27:8, 29:25, 30:25,
35:18, 36:21, 36:22,
38:7, 41:4, 41:6,
42:6
**MORNING** [7] - 4:6,
4:13, 6:3, 9:17,

25:12, 37:7, 37:8
**MOST** [1] - 32:11
**MOSTLY** [1] - 15:7
**MOTION** [4] - 1:13,
5:9, 5:15, 41:18
**MOVED** [1] - 9:20
**MOVIE** [1] - 39:2
**MR** [183] - 3:13, 3:15,
3:19, 3:20, 3:22,
3:24, 3:25, 4:3, 4:12,
5:7, 5:8, 5:13, 5:20,
6:1, 6:17, 7:20, 7:21,
8:2, 8:6, 8:10, 8:19,
8:21, 9:1, 9:25,
10:10, 10:15, 10:20,
10:23, 11:5, 11:8,
11:14, 11:18, 11:25,
12:5, 12:10, 12:15,
12:21, 13:13, 13:15,
13:19, 14:8, 14:18,
14:19, 15:3, 15:16,
15:20, 16:4, 16:16,
16:19, 16:25, 17:14,
17:19, 17:21, 17:23,
17:24, 18:3, 18:16,
18:23, 18:25, 19:1,
19:7, 19:12, 19:20,
20:1, 20:4, 20:7,
20:8, 20:19, 21:2,
21:4, 21:8, 21:12,
21:13, 21:16, 21:20,
21:23, 22:1, 22:4,
22:6, 22:10, 22:17,
23:14, 23:23, 24:25,
26:5, 26:6, 26:8,
26:15, 26:19, 26:23,
26:24, 26:25, 27:16,
27:20, 28:7, 28:12,
28:14, 28:15, 28:21,
28:23, 28:25, 29:4,
29:8, 29:11, 29:14,
29:17, 29:20, 29:22,
30:2, 30:5, 30:7,
30:8, 30:12, 30:18,
31:3, 31:6, 31:19,
32:8, 32:13, 32:15,
32:21, 33:1, 33:2,
33:7, 33:8, 33:15,
33:17, 33:22, 33:23,
33:25, 34:4, 34:14,
34:18, 34:23, 34:24,
35:1, 35:7, 35:11,
35:18, 35:20, 36:1,
36:4, 36:5, 36:8,
36:11, 36:14, 36:17,
36:20, 37:10, 37:11,
37:12, 37:13, 37:14,
37:15, 37:16, 37:24,
38:12, 38:22, 38:23,
39:3, 39:6, 39:7,

39:11, 39:12, 39:14,
39:19, 40:11, 40:14,
40:25, 41:8, 41:10,
41:16, 41:22, 42:8,
42:18, 42:25, 43:2,
43:7, 43:10, 43:12
**MS** [22] - 3:19, 7:1,
7:4, 7:9, 7:13, 7:16,
9:3, 9:4, 9:8, 9:16,
9:20, 12:21, 13:3,
13:4, 15:14, 20:24,
21:1, 22:24, 24:9,
24:10, 24:20, 24:22
**MUCH** [3] - 4:4, 25:22,
25:24
**MUMMERS** [1] - 39:16
**MY** [27] - 4:7, 4:8,
4:15, 6:18, 6:19, 9:6,
11:11, 20:7, 23:17,
23:21, 23:24, 24:3,
24:12, 26:7, 28:25,
29:1, 35:20, 37:3,
37:6, 37:16, 38:13,
40:22, 41:23, 42:10,
43:8, 43:13, 43:14
**MYSELF** [2] - 18:5,
35:23

## N

**NAME** [5] - 14:7,
17:17, 18:8, 24:2,
32:6
**NAMES** [7] - 4:23,
4:24, 22:14, 33:1,
33:11, 33:15, 33:18
**NEAR** [1] - 22:10
**NECESSARILY** [1] -
36:11
**NECESSARY** [1] -
42:5
**NEED** [10] - 3:5, 3:16,
14:11, 24:8, 24:14,
25:13, 25:19, 40:3,
41:6, 42:6
**NEEDED** [1] - 29:25
**NEEDS** [3] - 5:17,
37:6, 37:8
**NEGOTIATE** [1] -
42:21
**NEGOTIATED** [1] -
42:23
**NEVER** [3] - 6:19,
20:6, 34:10
**NEXT** [5] - 27:7, 31:12,
31:13, 31:17, 31:18
**NICE** [6] - 3:23, 7:3,
7:4, 14:18, 14:19,
14:21
**NO** [26] - 6:17, 9:4,

9:8, 12:10, 13:23,
15:1, 16:16, 17:18,
18:2, 18:14, 19:7,
26:14, 27:9, 30:6,
31:15, 31:24, 33:12,
35:18, 36:17, 38:5,
39:3, 42:22, 42:25
**NON** [1] - 10:15
**NONE** [1] - 31:15
**NONZERO** [2] - 10:16,
10:18
**NOT** [61] - 5:2, 5:3,
5:24, 6:20, 7:21,
8:19, 8:20, 8:22, 9:8,
9:9, 9:23, 10:4, 10:9,
10:10, 10:16, 11:8,
11:9, 11:11, 12:8,
12:21, 13:12, 14:15,
16:2, 16:4, 16:5,
16:12, 16:18, 17:11,
18:11, 21:1, 21:13,
24:14, 24:18, 25:15,
25:16, 25:18, 25:23,
27:7, 28:17, 30:21,
32:18, 33:3, 33:7,
35:1, 36:11, 36:17,
37:19, 40:3, 40:16,
40:17, 41:14, 41:15,
41:16, 41:24, 42:1,
42:2, 43:8, 43:9
**NOTE** [1] - 37:25
**NOTED** [1] - 6:4
**NOTHING** [2] - 32:18,
42:8
**NOTICE** [1] - 4:4
**NOVEMBER** [1] - 1:9
**NOW** [11] - 3:8, 4:14,
11:24, 21:6, 23:19,
24:16, 24:17, 26:13,
28:9, 35:13, 36:15
**NUMBER** [22] - 1:3,
3:12, 10:16, 10:18,
15:4, 16:6, 18:3,
18:5, 18:16, 20:24,
20:25, 21:3, 22:11,
23:11, 34:1, 35:3,
35:4, 36:1, 36:25,
37:1, 37:2, 37:4
**NUMBERS** [2] - 34:9,
38:17
**NUTS** [2] - 23:1

## O

**OBEY** [1] - 32:20
**OBSERVE** [3] - 10:3,
10:4, 11:20
**OBSERVED** [1] - 18:5
**OBSERVER** [7] - 9:9,
21:9, 22:22, 35:17,

35:23, 38:1
**OBSERVERS** [19] -
7:14, 9:14, 11:19,
13:12, 13:13, 15:25,
18:11, 19:9, 19:11,
21:9, 22:14, 31:16,
31:21, 31:22, 34:1,
34:6, 37:21, 39:16,
39:23
**OBSERVING** [1] -
21:6
**OBVIATE** [3] - 24:7,
25:13, 25:19
**OBVIOUSLY** [2] -
19:15, 40:6
**OCCUPATIONAL** [1] -
24:1
**OCTOBER** [1] - 22:12
**OF** [147] - 1:2, 1:7,
3:13, 3:20, 4:3, 4:21,
5:20, 5:22, 6:1, 6:4,
6:5, 6:8, 6:9, 6:10,
6:13, 6:16, 6:18,
6:20, 6:21, 7:2, 7:6,
7:17, 7:23, 7:25, 8:4,
8:7, 8:9, 9:1, 9:5,
9:6, 9:18, 10:3, 10:6,
10:16, 10:18, 11:1,
11:2, 11:19, 11:20,
11:21, 13:23, 13:24,
14:17, 14:22, 14:24,
15:21, 15:23, 15:25,
16:6, 16:10, 17:1,
17:9, 17:13, 17:15,
18:3, 18:4, 18:5,
18:10, 18:14, 19:18,
19:22, 19:24, 20:11,
21:11, 22:12, 22:17,
23:12, 23:22, 24:3,
24:5, 24:11, 24:15,
24:16, 25:13, 25:19,
25:23, 26:11, 26:13,
26:18, 26:22, 26:23,
27:11, 27:21, 27:25,
28:2, 28:5, 28:16,
29:5, 29:25, 30:4,
30:14, 30:24, 30:25,
31:1, 31:10, 31:11,
31:13, 31:14, 31:15,
31:17, 31:18, 31:21,
31:23, 32:4, 32:6,
32:10, 32:11, 32:13,
32:15, 32:20, 32:23,
34:1, 35:21, 35:23,
35:24, 37:17, 38:1,
38:2, 38:3, 38:9,
38:17, 38:24, 39:16,
39:17, 39:19, 39:20,
39:24, 40:7, 40:9,
40:19, 40:22, 40:25,

41:2, 41:19, 42:3, 43:14, 43:19
**OFF** [3] - 15:24, 20:9, 35:13
**OFFERED** [1] - 28:17
**OFFERING** [1] - 28:20
**OFFICE** [1] - 14:5
**OFFICER** [1] - 32:13
**OFFICERS** [1] - 28:2
**OFFICIAL** [3] - 1:20, 4:20, 43:24
**OKAY** [6] - 9:23, 22:5, 28:6, 28:22, 40:15, 43:11
**OLD** [2] - 8:15, 12:3
**ON** [55] - 3:13, 3:18, 4:4, 4:18, 4:23, 5:4, 6:12, 10:25, 11:18, 12:25, 13:23, 14:13, 15:12, 16:1, 16:20, 17:3, 17:4, 17:12, 18:18, 19:7, 19:22, 20:2, 20:7, 20:11, 20:13, 22:12, 25:11, 25:12, 27:2, 27:5, 28:5, 30:8, 30:14, 31:19, 32:3, 34:11, 34:24, 35:12, 35:22, 35:24, 36:6, 36:12, 38:14, 38:21, 39:3, 39:15, 39:17, 39:20, 39:24, 39:25, 40:6, 40:21
**ONE** [34] - 2:3, 2:7, 5:10, 7:17, 9:10, 11:15, 11:17, 15:21, 17:10, 17:25, 18:4, 18:14, 19:8, 19:14, 20:16, 22:1, 24:11, 26:14, 27:3, 30:8, 31:15, 32:10, 34:5, 35:16, 38:2, 38:21, 39:17, 39:25, 40:4, 40:6, 40:16, 41:8
**ONE-PAGE** [1] - 5:10
**ONLY** [5] - 24:4, 24:11, 29:18, 35:24, 40:4
**OPEN** [1] - 37:4
**OPENED** [1] - 11:23
**OPENING** [3] - 11:20, 12:4, 12:6
**OPENS** [1] - 3:1
**OPERATES** [1] - 6:8
**OR** [23] - 3:9, 8:5, 9:13, 10:2, 10:3, 10:9, 16:12, 16:13, 19:5, 22:22, 26:12, 31:14, 31:17, 31:18, 32:17, 35:4, 37:3,

38:7, 40:4, 40:16, 40:17
**ORDER** [19] - 4:5, 4:12, 4:17, 5:15, 5:21, 5:22, 5:23, 6:2, 6:6, 6:9, 6:22, 7:20, 7:22, 9:17, 14:9, 16:12, 25:2, 42:3
**ORDERED** [1] - 6:12
**ORDERS** [1] - 32:20
**OTHER** [18] - 8:25, 9:13, 10:23, 14:16, 15:10, 15:11, 17:25, 18:17, 19:17, 28:5, 29:23, 32:18, 38:8, 38:21, 39:20, 40:1, 40:5, 42:16
**OTHERWISE** [3] - 23:2, 23:11, 37:2
**OUR** [4] - 9:5, 9:18, 41:13, 43:15
**OUT** [14] - 6:16, 6:20, 9:21, 10:5, 12:18, 13:24, 22:25, 23:15, 24:3, 26:17, 26:22, 28:4, 38:16, 40:16
**OUTSIDE** [1] - 37:17
**OVER** [3] - 10:2, 12:8, 20:2
**OVERSEEING** [1] - 15:22
**OVERVIEW** [1] - 5:20
**OWN** [1] - 35:15

## P

**P.M** [1] - 1:9
**P.O.BOX** [1] - 1:16
**PA** [6] - 1:10, 1:16, 1:22, 2:4, 2:8, 2:12
**PAGE** [3] - 5:10, 5:11, 5:13
**PAPER** [1] - 29:10
**PAPERS** [1] - 4:14
**PARADE** [2] - 4:21, 39:16
**PARKWAY** [1] - 2:7
**PART** [3] - 24:16, 26:11, 39:10
**PARTED** [1] - 38:20
**PARTIALLY** [1] - 24:15
**PARTICIPATED** [1] - 20:12
**PARTICIPATING** [1] - 20:13
**PARTICULAR** [5] - 17:8, 19:4, 22:21, 25:10, 34:12
**PARTIES** [12] - 14:12,

19:11, 19:13, 35:6, 35:14, 37:1, 37:3, 37:5, 37:20, 39:17, 40:19, 41:20
**PARTY** [9] - 9:2, 19:14, 19:25, 20:2, 20:12, 27:12, 34:5, 35:24, 38:2
**PASSED** [1] - 37:18
**PAUL** [1] - 1:11
**PENDENCY** [1] - 6:10
**PENDING** [4] - 6:11, 24:15, 32:4, 32:15
**PENNSYLVANIA** [8] - 1:2, 4:6, 6:6, 6:7, 6:11, 19:8, 24:16, 32:16
**PEOPLE** [40] - 6:16, 6:19, 7:12, 10:1, 10:3, 10:8, 10:16, 10:18, 11:2, 14:7, 15:3, 17:9, 17:10, 18:5, 18:10, 18:12, 18:23, 19:2, 20:19, 21:5, 21:6, 22:13, 22:18, 23:4, 23:5, 23:10, 25:20, 25:21, 30:3, 32:10, 32:24, 33:10, 37:23, 38:7, 38:8, 38:10, 38:14, 38:17, 40:4
**PER** [10] - 19:14, 27:3, 34:5, 34:13, 34:16, 35:5, 35:17, 36:2
**PERSONALLY** [1] - 18:6
**PETITION** [3] - 6:5, 6:8, 6:10
**PHILADELPHIA** [10] - 1:6, 1:10, 1:22, 2:4, 2:8, 2:12, 6:4, 7:2, 19:23, 35:13
**PHONE** [2] - 17:3, 37:4
**PHOTO** [2] - 39:6, 39:7
**PHOTOGRAPHY** [1] - 31:24
**PHYSICAL** [1] - 41:3
**PICK** [2] - 35:3, 35:4
**PICKED** [1] - 15:5
**PILOTING** [1] - 12:2
**PLAINTIFF** [7] - 1:18, 3:14, 8:12, 11:4, 28:18, 33:8, 42:8
**PLEASE** [9] - 3:3, 4:11, 18:20, 20:17, 20:21, 28:10, 31:5, 43:14
**PLUS** [2] - 19:14, 34:5

**POINT** [6] - 14:8, 16:16, 20:10, 22:1, 22:7, 23:15
**POINTS** [1] - 19:7
**POLICE** [1] - 40:19
**POLITICAL** [2] - 19:10, 19:12
**POSITION** [1] - 16:2
**POSSIBLE** [3] - 20:8, 20:23, 26:1
**POSTURE** [1] - 25:3
**PRACTICE** [1] - 23:14
**PRE** [1] - 15:23
**PRE-CANVASS** [1] - 15:23
**PREJUDICE** [2] - 41:19, 41:21
**PREJUDICED** [3] - 26:14, 27:13, 41:16
**PREPARED** [7] - 17:16, 17:17, 24:13, 30:7, 31:5, 31:9, 32:3
**PRESENCE** [1] - 27:13
**PRESENT** [7] - 7:17, 8:3, 23:4, 23:5, 26:17, 27:11, 29:18
**PRESIDENT** [2] - 1:4, 11:3
**PRESIDENTIAL** [2] - 19:17, 27:10
**PRESUMABLY** [1] - 29:24
**PRESUME** [1] - 5:22
**PRINTED** [1] - 38:16
**PROBABLY** [4] - 17:13, 21:8, 21:23, 30:25
**PROBLEM** [9] - 5:5, 11:7, 17:25, 22:21, 35:20, 38:6, 38:10, 42:10, 43:5
**PROCEDURAL** [1] - 6:7
**PROCEDURALLY** [1] - 5:24
**PROCEDURES** [3] - 22:13, 33:19
**PROCEEDINGS** [6] - 1:24, 6:2, 20:12, 20:13, 43:17, 43:19
**PROCESS** [4] - 7:24, 8:6, 8:17, 26:3
**PRODUCE** [1] - 4:21
**PRODUCED** [1] - 1:25
**PROFESSOR** [1] - 17:12
**PROMPTLY** [1] - 6:5
**PROMULGATED** [1] -

22:12
**PROPERLY** [3] - 23:24, 34:14, 34:19
**PROPOSED** [2] - 35:5
**PROTECTION** [3] - 8:7, 8:17, 8:18
**PROTOCOLS** [1] - 22:15
**PROVIDE** [1] - 33:13
**PROVIDED** [1] - 32:25
**PROVIDING** [1] - 15:9
**PROVISION** [1] - 8:4
**PUBLIC** [1] - 16:2
**PUDLIN** [1] - 2:3
**PULL** [1] - 3:7
**PULLED** [1] - 24:3
**PURPOSE** [1] - 11:19
**PUT** [2] - 4:18, 16:20

## Q

**QUARTER** [2] - 5:12, 5:13
**QUESTION** [3] - 14:24, 16:10, 31:7
**QUESTIONS** [2] - 5:18, 23:16
**QUIBBLE** [1] - 17:19
**QUIT** [1] - 29:3
**QUITE** [1] - 31:8

## R

**RACE** [4] - 10:3, 17:10, 36:12
**RACES** [2] - 36:9, 36:10
**RAILING** [1] - 24:5
**RATHER** [2] - 25:22, 25:24
**REACH** [3] - 5:18, 13:11, 14:12
**REACHED** [1] - 41:20
**READ** [1] - 12:25
**REALLY** [11] - 9:7, 10:13, 13:11, 13:22, 14:3, 20:21, 20:22, 26:9, 27:5, 27:9, 38:8
**REASONABLE** [1] - 26:10
**REASONABLY** [2] - 28:4, 40:24
**REASONS** [1] - 5:17
**RECESS** [1] - 16:24
**RECOGNIZED** [1] - 30:21
**RECORD** [10] - 13:6, 13:22, 14:13, 15:12, 16:20, 17:4, 20:9,

22:22, 31:20, 43:19
**RECORDED** [1] - 1:24
**RED** [2] - 29:4, 38:20
**REELECTION** [1] -
27:10
**REFERRED** [1] -
22:24
**REFLECT** [1] - 13:22
**REGARDING** [1] -
19:2
**REGULATIONS** [2] -
14:25, 37:18
**REID** [1] - 9:20
**RELIGION** [1] - 10:4
**REMAINING** [2] -
24:11
**REMEDIES** [1] - 5:25
**REMEMBER** [2] -
8:15, 25:9
**REMOVED** [1] - 31:25
**REMOVES** [1] - 9:11
**REPLACED** [1] - 42:1
**REPORTER** [2] - 1:20,
43:24
**REPRESENT** [3] -
14:22, 18:13, 23:24
**REPRESENTATION**
[2] - 11:10, 27:20
**REPRESENTATIVE**
[2] - 14:16, 36:15
**REPRESENTATIVES**
[9] - 9:1, 18:14,
19:18, 19:21, 19:24,
26:17, 26:21, 27:21,
36:21
**REPRESENTED** [2] -
16:14, 21:12
**REPRESENTING** [4] -
11:2, 11:3, 32:12,
35:25
**REPUBLICAN** [3] -
26:16, 31:21, 34:24
**REPUBLICANS** [1] -
35:10
**REQUEST** [3] - 3:4,
25:13, 38:4
**REQUESTS** [1] - 38:1
**REQUIRE** [2] - 23:18,
33:19
**REQUIRED** [1] - 22:13
**REQUIREMENTS** [2] -
19:2, 43:4
**RESOLUTION** [3] -
25:19, 32:4, 32:15
**RESOLVE** [2] - 25:4,
40:24
**RESPECT** [1] - 17:6
**RESPECTED** [1] -
28:3
**RESPECTFULLY** [1] -

10:20
**RESPONSIBLE** [2] -
13:11, 15:22
**RESTRAINING** [1] -
5:15
**RETURNED** [1] - 33:5
**REVIEW** [1] - 7:20
**REVISED** [2] - 37:7,
37:8
**RIGHT** [24] - 3:14,
3:21, 7:25, 11:24,
12:11, 13:3, 16:13,
16:18, 17:8, 18:7,
20:15, 21:6, 24:16,
28:14, 29:10, 30:13,
30:16, 30:18, 30:20,
31:2, 31:8, 35:13,
35:22, 43:13
**RIPE** [1] - 8:3
**RISE** [1] - 28:8
**ROBERT** [1] - 2:2
**ROOM** [31] - 4:9, 4:16,
5:2, 5:3, 6:16, 6:20,
6:25, 7:6, 10:9,
10:11, 10:14, 10:16,
11:4, 11:9, 12:18,
12:19, 18:11, 18:15,
19:3, 19:5, 19:13,
19:19, 21:18, 21:20,
27:17, 28:16, 30:15,
33:10, 35:23, 38:24
**ROUGH** [1] - 28:15
**ROW** [1] - 9:19
**ROWS** [1] - 29:12
**RPR** [1] - 1:20
**RULE** [1] - 12:15
**RULES** [2] - 6:7, 9:10
**RULING** [2] - 24:22,
32:18
**RUNNING** [1] - 14:5

## S

**SAFE** [9] - 12:20, 15:7,
16:1, 16:25, 20:25,
21:3, 23:6, 23:7,
24:6
**SAFELY** [1] - 40:1
**SAFETY** [1] - 41:3
**SAID** [3] - 35:11,
37:10, 41:4
**SAME** [11] - 16:9,
18:16, 23:9, 30:19,
30:23, 31:15, 31:22,
32:1, 33:23, 35:16,
38:11
**SAY** [24] - 4:2, 7:9,
8:22, 13:24, 14:8,
15:2, 15:9, 15:12,
17:9, 17:17, 19:6,

22:11, 22:18, 23:3,
25:4, 27:19, 27:25,
34:10, 34:11, 36:1,
36:20, 37:9, 37:21,
39:22
**SAYING** [5] - 10:8,
17:11, 17:12, 37:25,
39:22
**SAYS** [3] - 13:8,
13:10, 19:9
**SCHILLER** [1] - 2:3
**SCHMIDT** [1] - 32:10
**SEA** [2] - 38:20
**SEATED** [2] - 3:3,
28:10
**SECOND** [1] - 30:25
**SECRECY** [1] - 16:3
**SECURE** [1] - 16:1
**SECURITY** [4] - 11:21,
22:15, 22:17, 41:1
**SEE** [19] - 3:23, 7:3,
7:4, 11:12, 11:15,
11:17, 11:22, 12:3,
12:5, 12:11, 12:12,
14:18, 14:19, 14:21,
15:6, 28:4, 28:23,
29:11
**SEEKING** [1] - 5:21
**SEEM** [5] - 12:24,
17:9, 17:15, 24:14,
27:6
**SEEMS** [1] - 26:2
**SEGAL** [1] - 2:2
**SEND** [1] - 22:14
**SENT** [2] - 4:24, 18:9
**SESSION** [1] - 28:9
**SET** [12] - 29:22, 30:4,
30:24, 30:25, 31:1,
31:11, 31:12, 31:13,
31:17, 31:18, 31:23,
32:23
**SETH** [1] - 32:8
**SETTLEMENT** [1] -
14:14
**SHAKING** [2] - 15:14,
24:25
**SHE** [2] - 3:9, 22:22
**SHORT** [1] - 4:4
**SHOULD** [3] - 12:23,
25:21, 38:16
**SHOULDERS** [1] -
12:9
**SHOW** [2] - 39:8,
40:23
**SHOWED** [1] - 4:22
**SHUDDER** [1] - 42:18
**SHUT** [1] - 9:18
**SHY** [1] - 42:10
**SIDE** [24] - 10:23,
18:17, 23:3, 23:11,

28:5, 29:5, 34:13,
34:16, 35:5, 35:17,
36:3, 36:25, 37:23,
38:18, 38:21, 39:17,
39:20, 39:25, 40:4,
40:5, 40:6, 40:16,
40:21
**SIDES** [5] - 35:15,
36:12, 38:11, 40:8,
40:23
**SIGNATURE** [3] -
12:11, 12:12
**SIGNATURES** [1] -
11:21
**SIGNIFICANT** [1] -
18:4
**SIMPLE** [1] - 20:23
**SIMPLY** [7] - 4:25,
14:12, 18:7, 28:11,
27:8, 28:3, 35:14
**SINCE** [2] - 6:23,
18:13
**SINGLE** [1] - 9:9
**SIR** [8] - 3:15, 18:20,
20:21, 26:19, 30:12,
31:3, 40:14
**SIT** [1] - 21:7
**SITTING** [2] - 4:19,
24:3
**SIX** [22] - 9:18, 9:21,
11:11, 12:14, 12:15,
12:19, 13:20, 13:25,
15:4, 15:11, 16:6,
23:7, 23:8, 29:14,
30:4, 30:14, 30:24,
31:12, 32:2, 32:22
**SKETCH** [1] - 28:15
**SO** [27] - 5:5, 11:19,
13:22, 14:22, 15:16,
16:15, 16:19, 18:9,
19:3, 19:12, 19:15,
21:20, 22:12, 23:14,
26:12, 28:21, 29:4,
32:19, 33:2, 33:5,
34:4, 34:6, 37:8,
37:14, 38:3, 41:13,
42:2
**SOCIAL** [2] - 22:7,
40:8
**SOCIALLY** [1] - 9:13
**SOLICITOR'S** [1] -
14:5
**SOLVE** [1] - 36:2
**SOME** [7] - 5:22, 10:6,
14:15, 21:15, 21:17,
32:18, 43:3
**SOMEBODY** [7] - 3:9,
14:15, 15:1, 22:24,
31:5, 31:25, 36:7
**SOMEHOW** [1] - 27:20

**SOMEONE** [7] - 13:8,
13:10, 15:8, 17:3,
22:25, 23:1, 32:6
**SOMETHING** [4] -
17:13, 24:3, 37:17,
43:6
**SOMETIME** [1] - 13:2
**SOON** [2] - 13:2,
35:14
**SORRY** [6] - 11:6,
12:19, 18:8, 26:24,
30:6, 31:6
**SORT** [5] - 5:22, 10:6,
17:15
**SOUGHT** [1] - 24:17
**SOUND** [3] - 13:3,
31:2, 38:22
**SOUNDS** [1] - 7:23
**SPACE** [2] - 17:1, 18:2
**SPEAK** [9] - 3:5, 3:6,
3:17, 16:25, 20:9,
28:11, 28:12, 35:24,
38:8
**SPEAKING** [2] - 3:9,
8:16
**SPINNING** [1] - 26:13
**SQUARE** [1] - 2:3
**STAFF** [1] - 7:17
**STAND** [18] - 3:6,
3:16, 9:22, 12:8,
13:14, 14:7, 15:3,
15:11, 16:17, 17:8,
17:10, 17:11, 17:18,
23:6, 23:10, 24:4,
38:18
**STANDARD** [1] - 16:9
**STANDING** [1] - 39:25
**START** [2] - 5:19, 8:2
**STATE** [17] - 5:23,
5:25, 6:1, 7:20, 7:22,
16:11, 17:4, 20:13,
24:24, 25:1, 25:2,
25:3, 25:7, 30:21,
32:4, 32:20, 41:13
**STATES** [1] - 1:1
**STATION** [1] - 1:16
**STATUTE** [2] - 33:18,
35:11
**STATUTORY** [1] -
19:2
**STAY** [4] - 6:21, 15:10,
40:6, 43:14
**STENOTYPE** [1] -
1:24
**STENOTYPE-
COMPUTER** [1] -
1:24
**STEPHANIE** [1] - 9:20
**STILL** [3] - 6:11, 10:4,
24:14

STRANGERS[1] - 25:24
STREET[4] - 1:21, 2:8, 2:11, 39:15
STRUCK[1] - 27:25
STUDIOUSLY[1] - 4:18
STUFF[1] - 27:25
STYLED[1] - 5:10
STYLES[1] - 5:14
SUBJECT[1] - 35:15
SUCH[2] - 4:4, 31:24
SUFFICIENT[1] - 35:9
SUGGEST[1] - 26:6
SUGGESTION[1] - 10:21
SUITE[1] - 2:11
SUPERIOR[1] - 27:21
SUPERMARKET[1] - 15:6
SUPERSEDEAS[1] - 6:9
SUPPOSED[1] - 18:10
SUPREME[10] - 6:6, 6:11, 24:15, 24:24, 25:1, 25:2, 25:3, 25:7, 32:17, 41:13
SURE[4] - 10:22, 15:25, 27:17, 42:19
SURPRISED[2] - 36:16, 37:22
SURVEYOR[2] - 9:24, 12:22
SUZANNE[2] - 1:20, 43:23

**T**

TABLE[1] - 29:14
TABLES[18] - 29:10, 29:12, 29:18, 29:23, 30:1, 30:4, 30:14, 30:24, 31:1, 31:12, 31:13, 31:14, 31:17, 31:18, 32:2, 32:23
TAKE[2] - 16:24, 35:13
TAKING[1] - 25:20
TALK[1] - 26:7
TALKING[1] - 35:4
TAPE[1] - 9:21
TELL[15] - 14:6, 16:18, 19:19, 21:19, 22:19, 22:20, 23:3, 25:2, 25:4, 28:6, 33:8, 36:6, 39:2, 42:17, 43:6
TELLING[2] - 16:5
TEMPORARY[2] -

5:15, 25:18
TEN[10] - 7:9, 7:11, 15:7, 15:8, 16:7, 23:8, 31:13, 34:11, 38:19, 40:5
TEN-DAY[1] - 34:11
TENUOUS[1] - 17:15
TERMS[2] - 6:23, 14:24
TERRIBLY[1] - 41:24
TESTIFY[6] - 4:22, 9:21, 11:12, 18:6, 25:21, 25:25
TESTIMONY[4] - 4:19, 13:8, 13:9, 21:16
THAN[21] - 7:10, 8:25, 11:15, 12:14, 12:19, 14:16, 17:18, 18:19, 19:17, 19:21, 21:18, 21:21, 21:23, 25:25, 27:8, 31:16, 35:18, 35:19, 36:22, 41:4
THANK[8] - 4:3, 5:8, 6:17, 28:7, 30:12, 41:22, 43:12, 43:16
THANKS[2] - 43:13, 43:14
THAT[201] - 3:4, 3:12, 3:14, 3:21, 4:7, 4:14, 4:17, 4:22, 4:24, 5:2, 5:5, 5:16, 5:24, 6:1, 6:6, 6:8, 6:12, 6:19, 7:18, 8:12, 9:3, 9:9, 9:10, 9:12, 9:16, 9:17, 10:1, 10:8, 10:9, 10:19, 11:4, 11:10, 11:19, 12:14, 12:18, 12:22, 12:24, 13:1, 13:2, 13:3, 13:6, 13:10, 13:15, 13:16, 13:21, 13:22, 13:23, 13:24, 14:10, 14:16, 14:20, 15:4, 15:5, 15:6, 15:12, 15:13, 15:15, 15:19, 15:24, 15:25, 16:1, 16:7, 16:9, 16:16, 17:4, 17:5, 17:7, 17:9, 17:12, 17:13, 17:14, 17:20, 17:22, 17:23, 18:4, 18:15, 18:19, 19:5, 19:7, 19:9, 19:19, 20:2, 20:9, 21:10, 21:14, 22:11, 22:16, 22:18, 22:20, 23:1, 23:3, 23:5, 23:10, 23:13, 23:14, 23:15, 23:17, 23:20, 23:21, 24:6,

24:10, 24:12, 24:14, 24:17, 24:20, 25:4, 25:6, 25:15, 25:16, 25:23, 25:25, 26:2, 26:3, 26:7, 26:10, 26:15, 26:17, 26:22, 27:1, 27:13, 27:15, 27:19, 27:20, 27:25, 28:5, 28:17, 28:25, 29:1, 29:4, 29:9, 29:18, 30:9, 30:13, 31:2, 31:4, 31:8, 31:10, 31:11, 31:16, 31:20, 31:25, 32:13, 32:14, 32:19, 33:3, 33:6, 33:25, 34:3, 34:22, 35:2, 35:8, 35:15, 35:21, 36:2, 36:3, 36:25, 37:18, 37:19, 37:25, 38:1, 38:4, 38:12, 38:22, 38:23, 39:9, 39:22, 39:24, 40:4, 40:8, 40:10, 40:15, 40:23, 40:24, 41:11, 41:13, 41:19, 42:4, 42:13, 42:24, 42:25, 43:1, 43:3, 43:7, 43:8, 43:18
THAT'S[14] - 13:18, 13:20, 14:1, 17:11, 22:8, 22:9, 27:3, 29:6, 31:18, 33:23, 34:7, 36:4, 37:25
THE[501] - 1:1, 1:2, 1:11, 3:2, 3:6, 3:12, 3:13, 3:16, 3:17, 3:20, 3:23, 4:6, 4:8, 4:10, 4:12, 4:15, 4:16, 4:19, 4:20, 4:21, 4:23, 4:25, 5:2, 5:3, 5:5, 5:7, 5:9, 5:11, 5:18, 5:20, 5:22, 6:1, 6:3, 6:4, 6:5, 6:8, 6:9, 6:10, 6:11, 6:13, 6:14, 6:16, 6:18, 6:20, 6:21, 6:24, 6:25, 7:1, 7:3, 7:6, 7:7, 7:10, 7:11, 7:12, 7:14, 7:15, 7:17, 7:19, 7:21, 7:23, 7:24, 8:2, 8:3, 8:4, 8:5, 8:6, 8:7, 8:8, 8:9, 8:12, 8:14, 8:15, 8:18, 8:20, 8:22, 8:24, 8:25, 9:1, 9:3, 9:5, 9:6, 9:9, 9:10, 9:12, 9:14, 9:15, 9:19, 9:20, 9:22, 9:23, 10:5, 10:11, 10:13,

10:14, 10:16, 10:18, 10:22, 10:23, 11:1, 11:2, 11:3, 11:6, 11:9, 11:10, 11:13, 11:15, 11:17, 11:19, 11:20, 11:21, 11:22, 12:1, 12:7, 12:11, 12:12, 12:13, 12:15, 12:17, 12:24, 12:25, 13:1, 13:5, 13:7, 13:18, 13:22, 14:1, 14:3, 14:4, 14:5, 14:6, 14:9, 14:11, 14:12, 14:13, 14:17, 14:20, 14:22, 14:23, 14:24, 15:1, 15:4, 15:12, 15:18, 15:21, 15:22, 15:23, 15:24, 15:25, 16:1, 16:2, 16:4, 16:6, 16:9, 16:20, 16:23, 17:1, 17:3, 17:4, 17:9, 17:16, 17:19, 17:22, 18:1, 18:4, 18:7, 18:8, 18:9, 18:11, 18:12, 18:16, 18:17, 18:18, 18:24, 19:3, 19:4, 19:5, 19:8, 19:10, 19:12, 19:13, 19:14, 19:15, 19:17, 19:22, 19:24, 19:25, 20:1, 20:3, 20:6, 20:9, 20:11, 20:12, 20:13, 20:15, 20:17, 20:21, 21:2, 21:5, 21:9, 21:11, 21:13, 21:15, 21:18, 21:22, 21:25, 22:3, 22:5, 22:8, 22:11, 22:12, 22:16, 22:17, 22:18, 23:9, 23:17, 23:21, 23:25, 24:4, 24:7, 24:11, 24:15, 24:16, 24:18, 24:20, 24:23, 24:24, 24:25, 25:1, 25:2, 25:3, 25:4, 25:7, 25:12, 25:13, 25:19, 25:23, 26:9, 26:10, 26:11, 26:15, 26:20, 26:24, 27:2, 27:3, 27:5, 27:7, 27:10, 27:11, 27:12, 27:13, 27:17, 27:23, 28:2, 28:5, 28:8, 28:10, 28:14, 28:16, 28:17, 28:18, 28:19, 28:22, 28:24, 29:2, 29:4, 29:5, 29:6, 29:9, 29:10, 29:13, 29:14, 29:15, 29:16, 29:17, 29:19, 29:21,

29:22, 29:24, 30:3, 30:6, 30:10, 30:13, 30:16, 30:18, 30:19, 30:20, 30:23, 30:24, 30:25, 31:1, 31:4, 31:7, 31:8, 31:9, 31:11, 31:12, 31:13, 31:15, 31:17, 31:18, 31:20, 31:22, 31:23, 32:1, 32:2, 32:3, 32:4, 32:6, 32:9, 32:10, 32:11, 32:12, 32:13, 32:15, 32:17, 32:20, 32:22, 32:23, 32:24, 33:1, 33:3, 33:5, 33:6, 33:8, 33:10, 33:17, 33:18, 33:20, 33:21, 33:23, 33:24, 34:1, 34:2, 34:8, 34:16, 34:17, 34:19, 34:22, 34:24, 35:3, 35:6, 35:10, 35:11, 35:12, 35:14, 35:16, 35:20, 35:21, 35:22, 35:23, 35:24, 36:2, 36:5, 36:6, 36:9, 36:10, 36:13, 36:19, 36:24, 37:1, 37:2, 37:3, 37:5, 37:11, 37:13, 37:15, 37:17, 37:20, 37:22, 38:1, 38:3, 38:4, 38:6, 38:10, 38:11, 38:14, 38:16, 38:20, 38:21, 38:24, 39:1, 39:2, 39:8, 39:9, 39:12, 39:13, 39:15, 39:16, 39:17, 39:18, 39:19, 39:20, 39:21, 39:25, 40:5, 40:6, 40:7, 40:8, 40:9, 40:12, 40:15, 40:19, 40:21, 40:23, 41:3, 41:9, 41:12, 41:15, 41:17, 41:19, 41:20, 41:23, 41:25, 42:1, 42:8, 42:9, 42:13, 42:15, 42:22, 43:3, 43:4, 43:5, 43:6, 43:9, 43:11, 43:13, 43:18, 43:19
THEIR[13] - 4:23, 4:24, 5:1, 5:21, 12:8, 14:24, 24:19, 26:17, 26:21, 27:13, 33:11, 35:15, 41:2
THEM[9] - 13:24, 16:3, 18:24, 25:9, 33:11, 33:13, 33:20, 35:23, 39:24
THEMSELVES[1] -

8:25
**THEN** [15] - 6:4, 11:6, 13:9, 17:2, 17:18, 24:6, 24:21, 24:24, 25:16, 26:8, 26:14, 29:22, 34:7, 35:5, 36:24
**THEORETICALLY** [1] - 17:13
**THERE** [66] - 3:11, 3:12, 4:5, 5:3, 6:2, 9:5, 9:17, 9:25, 10:6, 10:15, 11:19, 12:18, 12:19, 16:12, 16:13, 18:7, 18:10, 19:1, 19:4, 19:18, 19:20, 19:21, 20:24, 20:25, 21:2, 21:18, 21:20, 22:15, 22:19, 23:4, 23:15, 25:6, 25:20, 26:12, 26:16, 26:20, 27:7, 27:9, 29:12, 29:24, 31:20, 31:21, 31:23, 32:4, 32:11, 33:16, 35:2, 36:8, 36:22, 37:22, 38:5, 38:6, 38:9, 39:14, 39:15, 39:23, 39:25, 40:3, 41:6, 42:6, 42:9, 42:16, 43:3, 43:5
**THERE'S** [5] - 17:25, 21:8, 23:19, 34:11, 38:20
**THEREFORE** [1] - 5:3
**THESE** [5] - 12:3, 14:20, 19:15, 23:1, 27:17
**THEY** [47] - 4:22, 4:24, 4:25, 5:2, 5:21, 5:25, 6:12, 9:11, 9:12, 9:17, 9:22, 10:9, 10:10, 10:14, 10:16, 11:10, 11:12, 11:13, 11:20, 12:7, 12:10, 12:13, 13:9, 13:25, 15:2, 15:10, 19:3, 19:9, 23:11, 23:20, 24:17, 25:11, 25:22, 25:24, 29:25, 31:22, 33:10, 33:21, 34:14, 34:18, 36:11, 37:18, 40:5, 40:6, 40:20
**THEY'RE** [6] - 10:8, 11:8, 11:9, 12:8, 13:10, 31:17
**THING** [3] - 12:24, 26:4, 41:8
**THINGS** [4] - 16:3, 23:17, 25:10, 35:7

**THINK** [23] - 5:10, 5:17, 8:23, 10:12, 10:24, 12:1, 13:5, 17:13, 19:21, 20:7, 21:8, 22:10, 23:14, 23:19, 24:10, 26:14, 26:15, 30:10, 38:3, 38:23, 39:21, 41:10, 42:4
**THINKS** [1] - 24:6
**THIRD** [1] - 31:1
**THIS** [62] - 4:6, 4:13, 5:4, 5:6, 6:3, 7:7, 9:17, 11:2, 12:23, 13:9, 13:10, 14:8, 16:5, 16:6, 16:11, 16:14, 16:15, 16:21, 17:4, 17:10, 17:25, 18:5, 19:23, 20:22, 23:22, 24:2, 24:13, 24:14, 25:12, 25:14, 25:17, 25:19, 26:11, 27:6, 27:24, 28:4, 28:21, 28:24, 29:2, 31:10, 31:11, 32:7, 32:14, 33:9, 37:6, 37:8, 37:18, 38:1, 38:14, 38:15, 39:10, 40:3, 40:16, 40:18, 40:24, 41:18, 42:11, 42:19
**THOSE** [10] - 16:3, 21:11, 22:13, 25:9, 29:17, 29:23, 30:14, 31:13, 31:14, 33:17
**THOUGHT** [1] - 39:1
**THREE** [5] - 14:23, 19:14, 34:5, 40:4, 42:15
**THROUGH** [3] - 3:9, 22:17, 37:6
**THUMBS** [1] - 5:1
**THURSDAY** [1] - 1:9
**TILL** [1] - 36:15
**TIME** [7] - 14:20, 18:2, 19:3, 19:13, 21:7, 23:22, 37:6
**TIMES** [5] - 7:10, 7:11, 11:14, 14:20, 35:8
**TO** [308] - 3:5, 3:8, 3:11, 3:16, 3:23, 4:2, 4:8, 4:15, 4:23, 5:2, 5:3, 5:6, 5:17, 5:19, 5:23, 6:5, 7:3, 7:4, 7:15, 7:18, 7:22, 8:2, 8:3, 8:21, 8:22, 9:5, 9:6, 9:9, 9:12, 9:15, 9:19, 9:20, 9:22, 9:24, 10:3, 10:4, 10:11, 11:9, 11:10,

12:7, 12:8, 12:10, 12:11, 12:12, 12:13, 12:14, 12:18, 12:23, 12:24, 12:25, 13:1, 13:5, 13:12, 13:13, 13:15, 13:20, 13:21, 13:25, 14:6, 14:7, 14:10, 14:11, 14:12, 14:18, 14:19, 14:21, 14:23, 15:2, 15:3, 15:4, 15:8, 15:9, 15:10, 15:12, 15:22, 15:23, 15:25, 16:5, 16:6, 16:7, 16:8, 16:10, 16:11, 16:12, 16:15, 16:16, 16:17, 16:21, 16:23, 16:24, 16:25, 17:2, 17:5, 17:6, 17:8, 17:9, 17:15, 17:17, 17:18, 17:25, 18:7, 18:10, 18:15, 18:19, 19:14, 19:16, 20:2, 20:7, 20:15, 20:17, 20:22, 21:9, 21:14, 22:11, 22:13, 22:14, 22:17, 22:18, 22:19, 22:20, 22:21, 22:24, 23:2, 23:3, 23:6, 23:10, 23:15, 23:17, 23:19, 23:22, 23:23, 24:2, 24:5, 24:7, 24:13, 24:14, 24:21, 25:1, 25:3, 25:4, 25:6, 25:8, 25:12, 25:15, 25:17, 25:18, 25:19, 25:21, 25:25, 26:2, 26:3, 26:6, 26:7, 26:10, 26:12, 26:13, 26:16, 26:17, 26:21, 26:25, 27:3, 27:5, 27:6, 27:7, 27:9, 27:14, 27:16, 27:18, 27:19, 27:21, 27:24, 28:1, 28:4, 28:6, 28:11, 28:12, 28:16, 28:18, 29:25, 30:3, 30:11, 30:13, 30:16, 30:18, 30:20, 31:5, 31:10, 31:19, 31:22, 31:25, 32:4, 32:7, 32:13, 32:19, 32:25, 33:5, 33:7, 33:8, 33:9, 33:10, 33:11, 33:13, 33:14, 33:15, 33:17, 33:18, 34:8, 34:19, 34:20, 35:8, 35:9, 35:10, 35:14, 35:16, 35:21, 35:22, 36:22, 37:1, 37:3, 37:6, 37:8, 37:16,

37:20, 37:21, 38:7, 38:8, 38:9, 38:10, 38:11, 38:12, 38:15, 38:16, 38:17, 38:18, 39:1, 39:10, 39:24, 40:6, 40:7, 40:8, 40:17, 40:18, 40:20, 40:21, 40:22, 40:24, 41:6, 41:11, 41:12, 41:18, 41:24, 42:2, 42:5, 42:6, 42:12, 42:16, 42:17, 42:18, 42:19, 42:20, 42:23, 42:24, 43:1, 43:7, 43:13, 43:15
**TODAY** [5] - 9:16, 14:10, 24:22, 25:11, 31:21
**TOLD** [4] - 4:24, 16:9, 18:8, 36:7
**TOMORROW** [4] - 23:21, 25:12, 37:7
**TONIGHT** [2] - 9:7, 37:7
**TOO** [5] - 7:4, 9:17, 14:18, 14:19, 25:16
**TOTAL** [4] - 19:21, 20:24, 20:25, 21:2
**TRANSCRIPT** [2] - 1:25, 43:19
**TRANSCRIPTION** [1] - 1:25
**TRANSPARENT** [1] - 43:3
**TREAT** [2] - 31:21, 32:1
**TREATED** [4] - 23:9, 30:21, 30:23, 31:15
**TROUBLE** [1] - 10:5
**TRUE** [2] - 9:3, 25:15
**TRULY** [1] - 16:4
**TRUMP** [3] - 1:3, 4:15, 11:3
**TRY** [4] - 15:20, 20:22, 26:10, 42:23
**TRYING** [1] - 14:11
**TURN** [1] - 20:2
**TWIDDLING** [1] - 5:1
**TWO** [2] - 19:7, 35:4

## U

**U.S** [1] - 1:8
**UNDER** [3] - 6:7, 8:4, 10:2
**UNDERNEATH** [1] - 38:3
**UNDERSTAND** [11] - 3:9, 5:9, 12:17, 22:16, 24:1, 25:20,

31:9, 31:20, 33:6, 41:4, 42:11
**UNDERSTANDING** [1] - 6:19
**UNDERSTOOD** [1] - 43:2
**UNDOUBTEDLY** [1] - 26:12
**UNFORTUNATELY** [1] - 24:12
**UNITED** [1] - 1:1
**UNLESS** [1] - 9:5
**UNTIL** [2] - 5:1, 32:17
**UP** [14] - 3:6, 3:16, 4:22, 6:14, 7:19, 9:20, 13:25, 19:14, 28:21, 29:22, 31:22, 34:19, 36:15, 42:19
**URGE** [2] - 26:9, 42:9
**US** [2] - 4:4, 35:9
**USED** [2] - 20:7, 27:24

## V

**VARIED** [1] - 11:16
**VARIOUS** [1] - 27:2
**VERSUS** [1] - 1:5
**VERY** [11] - 3:8, 4:3, 17:21, 28:15, 30:15, 33:22, 36:16, 42:4, 42:13, 43:10
**VIDEO** [1] - 3:11
**VIOLATING** [1] - 37:2
**VIRUS** [1] - 12:18
**VOLUNTEER** [1] - 4:23
**VOLUNTEERS** [3] - 4:7, 4:14, 4:22
**VOTER** [1] - 16:3
**VOTES** [1] - 29:25

## W

**WAIT** [1] - 36:5
**WAITING** [1] - 28:6
**WAIVING** [2] - 25:16, 25:18
**WALK** [2] - 13:24, 19:6
**WANT** [26] - 12:2, 16:7, 16:8, 16:17, 16:22, 17:2, 18:16, 19:6, 20:17, 23:15, 25:17, 26:16, 26:21, 27:5, 27:16, 27:24, 28:1, 28:6, 28:16, 30:3, 31:10, 34:8, 35:9, 39:10, 41:11, 42:19
**WANTED** [2] - 4:23,

9:24
**WANTS** [5] - 13:20, 15:9, 22:19, 33:7, 33:9
**WAS** [24] - 4:5, 5:3, 5:4, 6:2, 6:13, 6:23, 7:17, 8:12, 8:14, 8:21, 9:9, 9:11, 9:16, 9:17, 11:18, 12:5, 12:15, 18:9, 24:13, 26:6, 27:19, 29:20, 33:3, 34:2
**WATCH** [5] - 7:15, 15:9, 24:5, 26:17, 26:21
**WAY** [9] - 4:25, 26:13, 26:15, 29:5, 29:10, 31:18, 31:22, 32:1, 38:11
**WE** [84] - 5:5, 5:8, 5:9, 5:15, 5:17, 5:25, 6:22, 6:24, 7:17, 7:21, 9:18, 9:19, 9:21, 10:23, 12:17, 12:23, 13:11, 13:15, 13:16, 13:19, 13:21, 14:10, 14:15, 15:3, 15:13, 15:15, 15:19, 15:20, 17:4, 17:5, 17:17, 17:22, 17:23, 18:8, 18:9, 18:16, 20:9, 20:12, 20:14, 20:15, 20:19, 20:20, 22:10, 24:7, 24:21, 25:5, 26:2, 26:7, 27:1, 27:3, 27:14, 27:16, 27:17, 27:24, 30:13, 30:18, 31:21, 32:1, 32:3, 32:21, 33:3, 33:5, 35:7, 35:9, 36:21, 37:4, 37:8, 37:20, 38:4, 39:3, 40:23, 41:6, 41:11, 41:13, 42:6, 42:20
**WE'LL** [2] - 24:7, 36:24
**WE'RE** [3] - 13:20, 13:24, 35:3
**WE'VE** [2] - 27:1, 41:25
**WEDNESDAY** [1] - 22:12
**WEEKS** [1] - 27:7
**WELL** [10] - 3:25, 6:14, 8:2, 16:17, 17:21, 24:20, 28:2, 28:3, 33:22, 43:10
**WELL-KNOWN** [1] - 28:2

WELL-RESPECTED [1] - 28:3
**WERE** [31] - 4:9, 4:17, 4:23, 4:25, 5:2, 8:7, 8:10, 9:5, 9:11, 9:22, 9:25, 10:1, 11:10, 12:3, 14:14, 17:9, 17:12, 18:7, 18:10, 18:11, 19:22, 25:22, 25:25, 29:17, 29:18, 34:24, 35:2, 36:6, 36:9, 39:1
**WEREN'T** [2] - 9:12, 43:1
**WHAT** [50] - 3:4, 4:2, 7:25, 8:4, 8:17, 8:18, 10:5, 10:19, 10:24, 11:17, 11:18, 12:7, 12:25, 13:21, 15:5, 16:9, 16:14, 16:15, 16:23, 17:1, 17:5, 22:7, 22:8, 22:9, 22:11, 22:23, 24:7, 25:5, 27:24, 28:6, 28:16, 28:19, 30:25, 31:4, 33:16, 34:1, 34:16, 34:20, 34:22, 35:6, 35:9, 37:9, 38:24, 39:5, 39:12, 39:24, 41:24, 42:24
**WHAT'S** [4] - 10:24, 11:6, 13:23, 17:11
**WHATEVER** [8] - 13:2, 15:8, 23:6, 23:8, 35:10, 40:1, 40:2
**WHEEL** [1] - 26:13
**WHEN** [4] - 3:5, 3:9, 18:9, 25:7
**WHERE** [7] - 4:9, 5:4, 14:7, 17:19, 26:14, 32:3, 32:22
**WHETHER** [4] - 12:11, 16:10, 16:12, 16:13
**WHICH** [17] - 4:16, 5:9, 6:10, 8:7, 8:9, 13:1, 14:9, 14:14, 15:24, 16:17, 20:25, 21:3, 32:22, 33:19, 35:24, 41:10, 42:3
**WHILE** [1] - 24:3
**WHISPERING** [1] - 42:16
**WHITE** [2] - 1:20, 43:23
**WHO** [30] - 4:19, 4:20, 4:22, 7:17, 8:24, 10:1, 13:8, 14:7, 14:16, 15:9, 17:3, 18:6, 18:10, 18:11, 18:20, 25:21, 26:16,

26:21, 27:2, 27:25, 28:11, 32:7, 32:9, 32:24, 33:13, 35:22
**WHOEVER** [1] - 29:2
**WHOLE** [1] - 12:24
**WHOM** [2] - 7:25, 27:25
**WHY** [9] - 15:19, 17:19, 27:14, 28:17, 29:1, 30:9, 37:25, 39:8, 42:11
**WIDTH** [1] - 18:1
**WILL** [26] - 4:18, 4:22, 11:11, 15:2, 16:19, 17:3, 17:17, 17:19, 18:6, 24:14, 25:16, 28:5, 28:23, 29:11, 32:21, 35:13, 35:15, 37:19, 37:21, 41:5, 41:10, 41:25, 42:1, 42:10, 42:25
**WILLING** [1] - 38:12
**WISH** [3] - 18:15, 38:8, 42:17
**WITH** [34] - 4:14, 4:20, 6:22, 8:3, 9:10, 12:3, 13:7, 15:1, 16:2, 16:25, 17:6, 17:10, 17:17, 22:21, 24:12, 25:9, 25:16, 27:14, 33:15, 33:23, 35:11, 35:20, 37:20, 38:10, 38:13, 39:10, 40:10, 41:7, 42:1, 42:4, 43:3, 43:5, 43:8, 43:9
**WITHDRAWN** [1] - 42:1
**WITHIN** [11] - 9:17, 11:11, 15:4, 17:8, 23:6, 26:12, 30:4, 30:14, 30:17, 30:19, 30:24
**WITHOUT** [4] - 3:18, 37:2, 41:19, 41:20
**WITHSTANDING** [1] - 6:21
**WITNESS** [2] - 15:21, 16:21
**WITNESSES** [2] - 18:6, 25:14
**WIYGUL** [11] - 2:2, 3:19, 3:22, 3:24, 5:7, 5:8, 5:13, 6:17, 12:21, 36:5, 37:13
**WON'T** [2] - 9:7, 33:21
**WONDERFUL** [1] - 40:24
**WORK** [7] - 9:7, 22:21, 23:13, 28:4, 37:20,

38:13, 39:19
**WORKED** [1] - 16:1
**WORKING** [3] - 4:8, 4:14
**WORKS** [1] - 23:15
**WORLD** [2] - 35:12, 40:23
**WOULD** [49] - 3:4, 4:21, 5:25, 7:9, 10:6, 12:13, 12:19, 13:21, 13:22, 14:3, 14:7, 14:8, 14:15, 14:16, 15:8, 16:23, 16:24, 17:14, 20:2, 20:22, 21:13, 22:7, 22:11, 24:12, 25:24, 26:3, 26:9, 26:14, 26:15, 27:8, 28:3, 28:11, 28:12, 35:6, 35:10, 35:14, 36:2, 36:15, 36:20, 37:22, 37:25, 38:8, 38:15, 39:9, 40:12, 40:24
**WOULDN'T** [4] - 12:2, 19:16, 20:25, 21:3
**WROTE** [1] - 29:2

---

**Y**

**YEAH** [1] - 39:7
**YEAR** [1] - 39:4
**YEARS** [2] - 25:8, 25:10
**YES** [19] - 3:15, 3:22, 11:5, 14:18, 20:7, 24:9, 26:5, 26:19, 28:19, 29:13, 29:16, 29:19, 29:21, 31:3, 32:21, 37:12, 40:14, 41:9, 42:16
**YET** [1] - 30:22
**YOU** [117] - 3:4, 3:5, 3:6, 3:7, 3:16, 3:17, 3:23, 3:25, 4:2, 4:3, 5:8, 6:17, 7:3, 7:4, 7:23, 7:24, 8:17, 9:25, 11:1, 11:22, 12:1, 12:2, 12:3, 12:5, 13:7, 14:4, 14:6, 14:18, 14:19, 14:21, 15:6, 16:2, 16:5, 16:7, 16:8, 16:23, 16:24, 17:2, 18:13, 18:19, 18:21, 18:24, 19:10, 19:16, 19:19, 20:3, 20:14, 20:15, 21:3, 21:5, 21:6, 21:7, 21:11, 21:19, 22:4, 22:19, 23:3, 23:8, 24:7,

26:9, 27:16, 28:4, 28:6, 28:7, 30:3, 30:11, 30:12, 30:16, 30:20, 31:10, 32:6, 32:18, 32:19, 32:25, 33:20, 34:6, 34:23, 36:5, 36:13, 36:14, 37:4, 37:10, 38:7, 38:8, 38:10, 38:15, 38:25, 39:1, 39:7, 39:8, 39:21, 39:22, 40:7, 40:12, 41:5, 41:17, 41:22, 42:3, 42:9, 42:17, 42:24, 42:25, 43:1, 43:6, 43:12, 43:14, 43:16
**YOU'RE** [18] - 3:17, 8:16, 11:23, 14:3, 15:14, 22:19, 23:25, 24:18, 25:1, 25:3, 25:16, 25:18, 28:1, 28:2, 29:10, 30:7, 32:12, 42:23
**YOU'VE** [3] - 16:14, 34:10, 42:22
**YOUR** [82] - 3:7, 3:18, 3:22, 3:25, 4:4, 4:5, 4:13, 5:6, 5:8, 5:14, 5:17, 6:17, 7:4, 7:16, 7:22, 9:4, 9:8, 10:8, 10:12, 10:21, 11:6, 11:14, 12:2, 13:4, 13:16, 14:20, 14:24, 15:14, 16:5, 16:19, 17:24, 18:8, 18:13, 18:14, 18:17, 19:1, 19:7, 20:4, 21:23, 22:2, 22:20, 22:21, 23:6, 23:15, 24:2, 24:6, 24:10, 24:21, 25:12, 26:6, 26:18, 26:22, 26:23, 28:7, 28:12, 28:23, 28:24, 29:3, 29:11, 31:6, 31:19, 32:19, 32:21, 33:2, 33:16, 33:22, 33:25, 34:4, 34:15, 34:18, 35:21, 37:12, 37:14, 37:24, 38:12, 40:12, 41:8, 41:18, 41:22, 42:18, 43:10, 43:12
**YOURSELF** [1] - 20:3