**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


DONALD J. TRUMP FOR PRESIDENT, INC.

v.                                                        Case No.: 20-5533

PHILADELPHIA COUNTY BOARD OF ELECTIONS


**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFF**


The Undersigned respectfully requests leave of this Court to withdraw as counsel for

Plaintiff in this action pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(3) and (4)

inasmuch as the client has used the lawyer's services to perpetrate a crime and the client insists

upon taking action that the lawyer considers repugnant and with which the lawyer has a

fundamental disagreement.


Respectfully submitted,


Jerome M. Marcus
P.A. Bar No. 50708
P.O. Box 212
Merion Station, PA 19066
(610) 246 6584
jmarcus@marcuslaw.us

## <u>CERTIFICATE OF SERVICE</u>

I, Jerome M. Marcus, Esquire hereby certify that on this 7th day of January, 2021, I served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Philadelphia on all counsel of record via email.

<u>/s/ Jerome M. Marcus</u>
Jerome M. Marcus, Esquire
