# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 20-5533 |
| : | |
| **PHILADELPHIA COUNTY BOARD OF ELECTIONS,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, upon consideration of Plaintiff counsel's Motion for Leave to Withdraw (Doc. No. 9), it is hereby **ORDERED** that:

1. If he has not already done so, Jerome Marcus shall **FORTHWITH** serve a copy of the Motion on his client;

2. Any interested Party shall respond to the Motion within the time provided by Local Rule 7.1(c).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.