IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR PRESIDENT, INC.

v.                                                                Case No.: 20-5533

PHILADELPHIA COUNTY BOARD OF ELECTIONS

**NOTICE OF SERVICE UPON PLAINTIFF OF
COUNSEL'S MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

The Undersigned submits this Notice to advise the Court that his Motion for Leave to Withdraw as Counsel for Plaintiff has been served by email upon a representative of the Trump Campaign authorized to received it.

Respectfully submitted,

/s/ Jerome M. Marcus
Jerome M. Marcus
P.A. Bar No. 50708
P.O. Box 212
Merion Station, PA 19066
(610) 246 6584
jmarcus@marcuslaw.us

## CERTIFICATE OF SERVICE

I, Jerome M. Marcus, Esquire hereby certify that on this 7th day of January, 2021, I served a true and correct copy of the foregoing Notice of Service upon Plaintiff of Counsel's Motion for Leave to Withdraw as Counsel for Plaintiff on all counsel of record via email.

/s/ Jerome M. Marcus
Jerome M. Marcus, Esquire