IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., | ) ) ) | CIVIL ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 20-CV- 05533-pd |
| PHILADELPHIA COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action and claims for relief in the complaint and emergency motion for relief filed in the above matter.

As noted on the docket, the parties reached an agreement on November 5, 2020, resulting in the Court's denial without prejudice of Plaintiff's motion for emergency injunction. Following that agreement, the issues in this case were litigated by the parties in the Pennsylvania state courts.

Defendant has not filed an answer to the complaint or a motion for summary judgment. Therefore, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: January 8, 2021                    Respectfully submitted,

                                                               PORTER WRIGHT MORRIS & ARTHUR, LLP

                                By:  */s/ Ronald L. Hicks, Jr.*
                                         Ronald L. Hicks, Jr. (PA #49520)
                                         Six PPG Place, Third Floor
                                         Pittsburgh, PA 15222
                                         (412) 235-4500 (Telephone)
                                         (412) 235-4510 (Fax)
                                         rhicks@porterwright.com

                                         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the within Notice of Dismissal was served on all counsel or parties or record via the Court's ECF system.

Date:  January 8, 2021

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR, LLP

By:  /s/ *Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com

*Counsel for Plaintiff*